**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) <br> ) <br> EUCLID REALTY CAPITAL V, LLC ) <br> ) <br> ) <br> Debtor and Debtor in Possession. ) <br> ) | Case No. <br><br> Chapter 11 |

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Andreas Pericli, declare under penalty of perjury that I am the managing member of Euclid Realty Capital V LLC, and that the following is a true and correct copy of the resolutions adopted by the managing members of said limited liability company at a special meeting duly called and held on the 11th day of November 2025.

> "Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;
>
> Be It Therefore Resolved, that Andreas Pericli, managing member of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the limited liability company; and
>
> Be It Further Resolved, that Andreas Pericli, managing member of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and
>
> Be It Further Resolved, that Andreas Pericli, of this limited liability company is authorized and directed to employ Jeffery T. Martin, Jr., attorney and the law firm of Martin Law Group PC to represent the limited liability company in such bankruptcy case."

Date Signed:  November 11, 2025          /s/ Andreas Pericli
                                         Andreas Pericli, sole member

## Resolution of Members
## of
## EUCLID REALTY CAPITAL V, LLC

Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Andreas Pericli, managing member of this limited liability company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that Andreas Pericli, managing member of this limited liability company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that Andreas Pericli, of this limited liability company is authorized and directed to employ Jeffery T. Martin, Jr. and Diana P. Dias, attorneys and the law firm of Martin Law Group P.C. to represent the limited liability company in such bankruptcy case.

Date Signed:   November 11, 2025          /s/ Andreas Pericli_____
                                          Andreas Pericli, sole member