## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:

**Euclid Realty Capital V LLC,**                    Case No. 25-00518-ELG

                    **Debtor.**                    **Chapter 11**

## <u>NOTICE OF APPEARANCE</u>

WILL THE CLERK OF COURT please note pursuant to Bankruptcy Rule 9010, the

appearance of Katharine Toledo, Trial Attorney, on behalf of Matthew W. Cheney, the Acting

United States Trustee, Region 4.

Dated:  November 12, 2025                    Matthew W. Cheney
                                            Acting United States Trustee, Region 4


                                By:    */s/ Katharine Toledo*
                                       Katharine Toledo, D.C. Bar No. 90027591
                                       Trial Attorney
                                       Office of United States Trustee
                                       1725 Duke Street, Suite 650
                                       Alexandria, VA 22314
                                       (202) 603-5203 (Office Cell)
                                       Email: katharine.i.toledo@usdoj.gov