# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

In re:

**Euclid Realty Capital V LLC,**

Debtor.

Case No. 25-00518-ELG

Chapter 11

## STATEMENT OF THE UNITED STATES TRUSTEE CONCERNING APPOINTMENT OF A COMMITTEE OF UNSECURED CREDITORS

TAKE NOTICE: The Office of the United States Trustee files this statement of record to inform parties in interest and the Court that the United States Trustee has not appointed a committee of unsecured creditors under 11 U.S.C. § 1102. The United States Trustee reserves all rights with respect to 11 U.S.C. § 1102, including, but not limited to, the decision to appoint a committee hereinafter, if deemed appropriate.

Dated: November 14, 2025

Matthew W. Cheney
Acting United States Trustee, Region 4

By: */s/ Katharine Toledo*
Katharine Toledo, D.C. Bar No. 90027591
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(202) 603-5203 (Office Cell)
Email: katharine.i.toledo@usdoj.gov