**22NTCHRG**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 25-00518-ELG |
| **Euclid Realty Capital V LLC**<br>Debtor(s). | Chapter 11 |

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a status hearing will be held:

on 1/7/2026 at 10:00 AM

in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

The debtor (or debtor's representative) must attend the status hearing. Creditors may attend but are not required to do so.

    For the Court:
    Angela D. Caesar
    BY: AM
    Dated: 11/17/2025

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.

United States Bankruptcy Court

District of Columbia

In re:     Case No. 25-00518-ELG

Euclid Realty Capital V LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2

Date Rcvd: Nov 17, 2025     Form ID: pdf001     Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Euclid Realty Capital V LLC, 4917 Carriagepark Rd, Fairfax, VA 22032-2368 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| 802733 | + | Amika Randolph, 501 Chesapeake St SE Unit 102, Washington, DC 20032-3663 |
| 802735 | + | Antonio Colon, 501 Chesapeake St SE Unit 303, Washington, DC 20032-3663 |
| 802737 | + | DC WATER, P.O. BOX 97200, Washington, DC 20090-7200 |
| 802738 | + | Gregory Johnson, 501 Chesapeake St SE Unit 304, Washington, DC 20032-3663 |
| 802739 | + | IBI SBL Investment LP, 84 State St., Boston, MA 02109-2202 |
| 802740 | + | Joyce Matthew, 501 Chesapeake St SE Unit 201, Washington, DC 20032-3663 |
| 802741 | + | Marguette Tinker, 501 Chesapeake St SE Unit 101, Washington, DC 20032-3663 |
| 802743 | + | Michael Missouri, 501 Chesapeake St SE Unit 302, Washington, DC 20032-3663 |
| 802744 | + | Robert Patterson, 501 Chesapeake St SE Unit 203, Washington, DC 20032-3663 |
| 802745 | + | Tamela Fleetwood, 501 Chesapeake St SE Unit 202, Washington, DC 20032-3663 |
| 802746 | + | Tashee Byars, 501 Chesapeake St SE Unit 301, Washington, DC 20032-3663 |
| 802747 | + | Teddy Tucker, 501 Chesapeake St SE Unit 204, Washington, DC 20032-3663 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Nov 17 2025 22:02:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Nov 17 2025 22:00:29 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2025 22:02:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Nov 17 2025 22:00:30 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Nov 17 2025 22:02:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Nov 17 2025 22:02:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 802736 | + | Email/Text: angela.coleman@dc.gov | Nov 17 2025 22:02:00 | DC Office of Tax and Revenue, 1101 4th Street, SW, Suite W270, Washington, DC 20024-4457 |

Case 25-00518-ELG   Doc 10   Filed 11/19/25   Entered 11/20/25 00:04:46   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2025 | Form ID: pdf001 | Total Noticed: 22 |
| TOTAL: 7 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 802748 | *+ | Amika Randolph, 501 Chesapeake St SE Unit 102, Washington, DC 20032-3663 |
| 802750 | *+ | Antonio Colon, 501 Chesapeake St SE Unit 303, Washington, DC 20032-3663 |
| 802751 | *+ | DC Office of Tax and Revenue, 1101 4th Street, SW, Suite W270, Washington, DC 20024-4457 |
| 802752 | *+ | DC WATER, P.O. BOX 97200, Washington, DC 20090-7200 |
| 802753 | *+ | Gregory Johnson, 501 Chesapeake St SE Unit 304, Washington, DC 20032-3663 |
| 802754 | *+ | IBI SBL Investment LP, 84 State St., Boston, MA 02109-2202 |
| 802755 | *+ | Joyce Matthew, 501 Chesapeake St SE Unit 201, Washington, DC 20032-3663 |
| 802756 | *+ | Marguette Tinker, 501 Chesapeake St SE Unit 101, Washington, DC 20032-3663 |
| 802758 | *+ | Michael Missouri, 501 Chesapeake St SE Unit 302, Washington, DC 20032-3663 |
| 802759 | *+ | Robert Patterson, 501 Chesapeake St SE Unit 203, Washington, DC 20032-3663 |
| 802760 | *+ | Tamela Fleetwood, 501 Chesapeake St SE Unit 202, Washington, DC 20032-3663 |
| 802761 | *+ | Tashee Byars, 501 Chesapeake St SE Unit 301, Washington, DC 20032-3663 |
| 802762 | *+ | Teddy Tucker, 501 Chesapeake St SE Unit 204, Washington, DC 20032-3663 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffery T. Martin | on behalf of Debtor In Possession Euclid Realty Capital V LLC jeff@martinlawgroup.com Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com |
| Katharine Toledo | on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov   Robert.W.Ours@usdoj.gov |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov   Robert.W.Ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 4