**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| EUCLID REALTY CAPITAL V, LLC ) | |
| ) | Case No. 25-00518-ELG |
| ) | |
| Debtor and Debtor in Possession. ) | Chapter 11 |
| ) | |

**LINE**

COMES NOW Euclid Realty Capital V LLC ("Debtor"), by counsel, and files this Exhibit B to its Application to employ Martin Law Group, P.C., as counsel for the Debtor [Dkt. No. 9] attached hereto.

**Euclid Realty Capital V LLC**
**By counsel**

/s/ Diana P. Dias
Diana P. Dias, Bar No. 90008128
Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550 Office
Diana@martinlawgroup.com
Jeff@martinlawgroup.com
*Proposed Counsel to the Debtor in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November 2025, a true copy of the foregoing pleading was sent by CM/ECF to all parties requesting notice (including the United States Trustee) and by first class mail, postage prepaid, to the 20 largest creditors and all secured creditors per the attached matrix.

/s/ Diana P. Dias
Diana P. Dias



Jeffery T. Martin, Jr.

Direct: (703) 223-1822
jeff@martinlawgroup.com

November 10, 2025

**VIA EMAIL**
Euclid Realty Capital V, LLC
c/o Andreas Pericli
apericli@euclidgroup.com

    Re:    ***Engagement of Martin Law Group, P.C. as Legal Counsel to Euclid Realty Capital V, LLC***

Dear Mr. Pericli:

    We appreciate your decision to retain Martin Law Group, P.C. (the "Firm") to provide the legal services described below.  This letter is intended to formalize our retention by setting forth our agreement as to the scope and nature of the legal services to be provided and the basis on which the Firm's fees and related expenses will be paid.  I would appreciate your signing and returning this letter at your earliest convenience. Our representation will not begin, and the Firm will have no obligation to provide legal services until this Agreement is signed by the client and a Firm representative, and the retainer paid is paid in full as required. Please feel free to call me if you have any questions.

    <u>Scope and Nature of Representation</u>.  The Firm's client in this engagement will be Euclid Realty Capital V, LLC (the "Client", "you", or "your").  Pursuant to this particular engagement letter, the Firm has not been retained as counsel for any other individual or any other entity, and no such relationship is created by this engagement. Under this engagement, the Firm agrees to provide pre-bankruptcy preparation and advice and legal representation in a Chapter 11 bankruptcy case to be filed in the District of Columbia. This Firm's work and responsibilities will be limited to the specific matters for which the Firm has been retained.  Nothing in this Agreement or in the Firm's statements to you should be construed as a promise or guarantee about the outcome of the work to be performed by the Firm. The Firm makes no promises or guarantees.

    Unless extended in writing (or unless earlier terminated as provided below), this engagement will terminate at the end of the matters described in this letter, which will be deemed to occur upon your receipt of our invoice first reflecting completion of the substantive legal services described above.  The Firm will not be responsible for and represent You in any appeal to a higher court. Such representation constitutes a separate matter and will require a separate retainer agreement.  In any event, unless we agree otherwise in writing, this engagement will be deemed terminated if the matter has been inactive and the Firm has had no occasion to perform any legal services in connection with it for a period of one year.  You will have the right to

Andreas Pericli
Page 2
November 10, 2025

terminate this engagement at any time and for any reason. The Firm also reserves the right to do so if our invoices are not timely paid, or for any other reason required or permitted by the applicable rules of professional conduct, or for violation of the Client's duties (as provided below). In the event of termination, the Firm will be entitled to receive any unpaid fees and expenses. Statements sent subsequent to termination for the purpose of collecting expenses and/or unpaid balances shall not extend the attorney-client relationship.

Once this engagement has concluded, the Firm will retain the file relating to this engagement in closed status only for a period of one (1) year, following which it will be destroyed. Notwithstanding this, the Firm shall not be responsible or liable for the loss or destruction of any documents, papers or information contained in the closed file. Accordingly, you are strongly encouraged, as an alternative, to obtain the file within ninety (90) days following the conclusion of this engagement and retain it in your own possession for safekeeping. This will ensure you have timely access to any documents, papers, or information contained within the file.

<u>Fees</u>. Fees for the Firm's professional services in this matter will be primarily based upon the regularly established hourly rates for the attorneys, legal assistants, and, where appropriate, other staff performing this work. Diana Dias and Jeff Martin will be the attorneys principally involved in this representation. Ms. Dias currently bills at the hourly rate of $365 per hour, Mr. Martin at $575 per hour and paralegals at $180 per hour. <u>In addition, as security for our billings in this matter, we ask that you provide us with an initial retainer of $10,000.00.</u> This retainer will be held in our trust account on your behalf. When a monthly invoice is sent from the Firm to you, the Firm shall be entitled to immediate use of the funds held in retainer to pay the invoice, and when you pay the invoice, the payment will be used first to pay any additional amounts outstanding on the invoice and second to replenish the retainer account. Upon final completion of this matter, any unused retainer will be refunded to you. <u>Notwithstanding any other provision of this agreement, the Firm understands and confirms that approval and payment of post-petition invoices are subject to Bankruptcy Court approval.</u>

We record our time in tenth (0.10) of an hour increments and bill for all time spent working on this matter, including any time spent traveling on the matter, which is billed on a portal-to-portal basis. The Firm will send you monthly invoices covering the services provided during the previous month and any balance carried forward. We will expect each invoice to be paid within thirty (30) days. In the event any invoice remains outstanding for more than 30 days, the Firm reserves the right to charge interest at the rate of 1% per month from the date such invoice was sent. If there are any questions about any invoice, please raise them with me promptly.

This agreement is governed by the laws of Virginia, and any dispute brought hereunder shall be brought in a court of competent jurisdiction located in Virginia.

<u>Reimbursement for Disbursements and Other Costs</u>. In accordance with the Firm's usual practice, disbursements to third parties for local transportation and travel, transcripts, postage, messengers, court reporters, filing and other fees, service of process, commercial printing, and any miscellaneous items will be billed to you at actual cost. In the event we incur additional costs, we will obtain advanced clearance from you before we incur expenses in excess of $300.

Andreas Pericli
Page 3
November 10, 2025

   This letter constitutes the full agreement regarding your retention of this Firm and may not be amended without the written consent of the parties.  If this letter accurately states the agreement and understanding between us, please so indicate by signing in the space provided below and returning this letter to me.  We look forward to working with you.

MARTIN LAW GROUP, P.C.

By: Jeffery T. Martin, Jr.
Its: President

**AGREED TO AND ACCEPTED**:

EUCLID REALTY CAPITAL V, LLC

*Andreas Pericli*
Andreas Pericli (Nov 10, 2025 16:12:00 EST)

By: Andrea Pericli, Managing Member