Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Counsel for IBI SBL Investment LP*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-518-ELG |
| | ) | (Chapter 11) |
| EUCLID REALTY CAPITAL V LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as counsel for creditor IBI SBL Investment LP, and serve all pleadings and court papers upon undersigned counsel.

          Respectfully submitted,

Dated: November 29, 2025         By: /s/ Maurice B. VerStandig
         Maurice B. VerStandig, Esq.
         Bar No. MD18071
         The VerStandig Law Firm, LLC
         9812 Falls Road, #114-160
         Potomac, Maryland 20854
         Phone: (301) 444-4600
         Facsimile: (301) 444-4600
         mac@mbvesq.com
         *Counsel for IBI SBL Investment LP*

*[Certificate of Service on Following Page]*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of November, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig