The order below is hereby signed.

Signed: December 11 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| EUCLID REALTY CAPITAL V, LLC | ) |
| | ) Case No. 25-00518-ELG |
| | ) |
| Debtor and Debtor in Possession. | ) Chapter 11 |
| | ) |

### ORDER AUTHORIZING EMPLOYMENT OF COUNSEL

THIS MATTER comes on upon the Application of Euclid Realty Capital V LLC (the "Debtor") to employ Martin Law Group, P.C., as counsel for the Debtors under a general retainer at the firm's regular hourly rates, from November 19, 2025; and

IT APPEARING that said Application is well founded and in compliance with the applicable Federal Rules of Bankruptcy Procedure and that the employment of said counsel is necessary and in the best interests of the estate; it is hereby

Diana P. Dias, Bar No. 90008128
Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550 Office
jeff@martinlawgroup.com
*Proposed Counsel to the Debtor in Possession*

ORDERED that the Debtor is authorized to retain and employ Martin Law Group, P.C. as legal counsel at its regular hourly rates per hour of attorney time plus expenses incurred; and it is further

ORDERED that compensation shall be paid to said counsel in such amounts to be fixed by further Court Order upon application of counsel to the Court as required by the Federal Rules of Bankruptcy Procedure and by the Local Rules of this Court.

**END OF ORDER**
**Copies to:**
All creditors

I ASK FOR THIS:

/s/ Diana P. Dias\_\_\_
Diana P. Dias, Bar No. 90008128
Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550 Office
Diana@martinlawgroup.com
jeff@martinlawgroup.com
*Proposed Counsel to the Debtor in Possession*

**SEEN AND NO OBJECTION:**
/s/\_Katharine Toledo_____
Katharine Toledo
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
202-603-5203
katharine.i.toledo@usdoj.gov