UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLUMBIA

In Re: Euclid Realty Capital V LLC --Debtor                    Case No.: 25-0518

## Mouthly Reporting 11/11/2025 — 11/30/2025

Supporting Documentation

1. Truist November Bank Statement
2. TD Bank Statement
3. Truist Legal fee check written on 11.11.2025
4. TD Rent deposits
5. Two Personal Bank Statements
6. Water bill
7. Pepco Bills

_Andreas Pericli_
Preparer
_12/24/2025_
Date

_P. Andrey_
Signature
_12/24/2025_
Address

**Monthly Report Nov 11 to November 30th**

**Panel A; TD Bank Transactions**

| Date | Transactic | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 11/18/2025 | DEP | DEPOSIT | | $1,000 | $1,000 |
| 11/26/2025 | DEBIT | ADJ-41 4946 -- court ee | $250 | | $760 |
| 11/26/2025 | CREDIT | BUILDIUM FUNDING | | $500 | 1250 |

**Panel B: Truist Bank Transactions**

| Transaction | Transac | Merchant name | Category nam | Amount | Balance |
|---|---|---|---|---|---|
| 11/11/2023 | | | | | $3,702 |
| 11/12/2025 | Debit | legal fees | Check Payme | -$2,000 | $1,702 |
| 11/19/2025 | Debit | Pepco | Utilities | -$118 | $1,473 |
| 11/19/2025 | Debit | Pepco | Utilities | -$112 | $1,473 |

Panel C Personal funds paid

| | | | | | |
|---|---|---|---|---|---|
| 11/11/2025 | | legal fees | Legal fees | -$10,000 | $10,000 |

**Panel D: Profit and Loss**

| | | | | | |
|---|---|---|---|---|---|
| Rents Received | | | | $1,500 | |
| fees | | | -$12,250 | | ($10,750) |
| utilities | | | -$230 | | ($10,980) |

**Panel E: Receivables and Payables**

**Payables**

| | | | | | |
|---|---|---|---|---|---|
| Pepco | | | $1,060 | | |
| Trash | | | $318 | | |
| washington Gas | | | $0 | | |
| Water | | | $12,786 | * read notes | |
| Taxes | | | $5,000 | | |
| Total unpaid utility bills | | | $19,164 | | |

**Receivables**

| | | | | | |
|---|---|---|---|---|---|
| Unpaud rents | | | $1,014 | | |

Notes: * The current amount is different than the current bill. I have placed a dispute. ** Personal funds were paid when filed for bankruptcy -- not enough funds were in the account at that time.

_Andrew Pericli_

Preparer

_12/24/2025_

Date

_P. Ardull_

Signature

_12/24/2021_

Address

# Attachments of Bank Statements and Bank Transactions



TRUIST HH

Page 1 of 2    11/28/25
VA    1470014431055

441-12-01-00 60211  0 C 001 30    50 004
EUCLID REALTY CAPITAL V LLC
4917 CARRIAGEPARK RD
FAIRFAX VA  22032-2368

# Your account statement
For 11/28/2025

## Contact us

  Truist.com

  (844) 4TRUIST or
(844) 487-8478

---

■ **TRUIST SIMPLE BUSINESS CHECKING** ███ 1055

### Account summary

| | |
|---|---|
| Your previous balance as of 10/31/2025 | $1,093.05 |
| Checks | - 2,000.00 |
| Other withdrawals, debits and service charges | - 5,746.40 |
| Deposits, credits and interest | + 8,125.92 |
| **Your new balance as of 11/28/2025** | **= $1,472.57** |

### Checks

| DATE | CHECK # | AMOUNT($) |
|---|---|---|
| 11/12 | 1015 | 2,000.00 |
| **Total checks** | | **= $ 2,000.00** |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/04 | TRUIST ONLINE TRANSFER MOBILE TO ****0420 - | 1,000.00 |
| 11/06 | ACH CORP DEBIT PAYMENT   WASHINGTON GAS EUCLID REALTY CAPITAL CUSTOMER ID 110001943403 | 16.55 |
| 11/10 | TRUIST ONLINE TRANSFER ONLINE TO ****8460 - | 1,500.00 |
| 11/10 | TRUIST ONLINE TRANSFER ONLINE TO ****2679 - | 3,000.00 |
| 11/19 | BILLPAY   PEPCO PAYMENTUS NTUS EUCLID REALTY CAPITAL | 112.10 |
| 11/19 | BILLPAY   PEPCO PAYMENTUS NTUS EUCLID REALTY CAPITAL | 117.75 |
| **Total other withdrawals, debits and service charges** | | **= $5,746.40** |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/03 | DEPOSIT | 800.00 |
| 11/05 | LRSP      DISTRICT OF COLU EUCLID REALTY CAPITAL  CUSTOMER ID 882103972 | 1,430.00 |
| 11/05 | FRSP RENTA GREATER WASHINGT EUCLID REALTY CAPITAL  CUSTOMER ID 882103972 | 2,130.00 |
| 11/05 | LRSP 2    WELLS FARGO BANK EUCLID REALTY CAPITAL  CUSTOMER ID 882103972 | 2,942.00 |
| 11/07 | XXXXXXXXXX BUILDIUM EUCLID REATLY CAPITAL CUSTOMER ID CC-1106-E6BB5 | 823.92 |
| **Total deposits, credits and interest** | | **= $8,125.92** |

*Important: Fee Changes. Truist has completed an annual review of wholesale payment services pricing. As of January 1, 2026, fees will change for some treasury and payment services, including changes to depository, payment and select digital services. Visit www.truist.com/pricingchanges for a full list of impacted services.*



# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:
    Fraud Management
    P.O. Box 1014
    Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could

have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:
    Card and Direct to Consumer Lending
    PO Box 200
    Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | Outstanding Deposits and Other Credits (Section B) | | | |
| | | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | | |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

1015

**EUCLID REALTY CAPITAL V LLC**
4917 CARRIAGEPARK RD
FAIRFAX, VA 22032

68-426/514

DATE 11/11/2025

PAY TO THE
ORDER OF Martin Law Group                    $ 2,000.00

Two Thousand                                            DOLLARS

**TRUIST** 田

FOR

PAY TO THE ORDER OF
SANDY SPRING BANK
FAIRFAX, VA 22031-3901
055001096
FOR DEPOSIT ONLY
CHECK H:MARTIN LAW GRP PC DEPOSIT C
OPERATING ACCOUNT

20251112 15785000049200 AUB 051403164 TLR# 0002522



**TD Bank**

America's Most Convenient Bank®

T      **STATEMENT OF ACCOUNT**

EUCLID REALTY CAPITAL V LLC
DEBTOR IN POSSESSION
DIP #25-00518
4917 CARRIAGEPARK RD
FAIRFAX VA 22032

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Nov 18 2025-Nov 30 2025 |
| Cust Ref #: | 4442200442-039-T-### |
| Primary Account #: | 0442 |

## Discontinue In-Store Business Debit Card Issuance

Beginning **January 2026**, business debit cards will no longer be printed in-store, and all cards requested will be mailed to the business address on file. Need to replace your card? Use the TD Bank app to request a replacement, then instantly add your card to your digital wallet¹ to make a secure contactless purchases.

For more information visit www.tdbank.com/sbdigtalwallet
¹TD Digital Wallet is only available to the primary small business online banking user.

## Chapter 11 Checking

EUCLID REALTY CAPITAL V LLC
DEBTOR IN POSSESSION
DIP #25-00518

Account #      0442

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 1,026.92 |
| Deposits | 1,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 500.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 250.00 | Days in Period | 13 |
| Ending Balance | 1,250.00 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/18 | DEPOSIT | | 1,000.00 |
| | | Subtotal: | 1,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/26 | CCD DEPOSIT, BUILDIUM FUNDING ACH-1125-41F22 | | 500.00 |
| | | Subtotal: | 500.00 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/26 | DEBIT, ADJ-414946 | | 250.00 |
| | | Subtotal: | 250.00 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

**❶** Ending Balance          1,250.00

**❷** Total Deposits        +

**❸** Sub Total

**❹** Total Withdrawals    -

**❺** Adjusted Balance

| **❷** DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | **❷** |

| **❹** WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | **❹** |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**ID Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

EUCLID REALTY CAPITAL V LLC
DEBTOR IN POSSESSION
DIP #25-00518

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Nov 18 2025-Nov 30 2025 |
| Cust Ref #: | 4442200442-039-T-### |
| Primary Account #: | ████0442 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/18 | 0.00 | 11/26 | 1,250.00 |
| 11/18 | 1,000.00 | | |

Accounts



**TD Bank**

America's Most Convenient Bank®

| | |
|---|---|
| Account: | **CHAPTER 11 CHECKING** |
| Date posted: | **Nov 18, 2025** |
| Amount: | **$1,000.00** |

**Front of deposit slip**

**TD Bank**

CHECKING DEPOSIT

CASH / CURRENCY

500 ˢⁱⁿᵍˡᵉ
500.⁰⁰

DATE   11/18/25

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

NAME   Clid Realty

ACCT #   ███████ 0442

1000 00

**Back of deposit slip**

5806190255695 132700  20251118 000000000000000000000
DDA_CREDIT KZAND  0.00
Fairfax 0806 94004 5806 0008 0050

**Front of check**

Western Union   WESTERN UNION FINANCIAL SERVICES INC. - MIELER - Denver, Colorado   **MONEY ORDER**

19-789277573

$ 750.00

PAY EXACTLY
PAY TO THE ORDER OF   Euclid Realty Capital LL
501 Chicago Ave E. Ween #3ᵈ Depos..

**Back of check**

5806190255696 132728  20251118 0000
TRN_DEBIT KZAND  0.00
Fairfax 0806 94004 5806 0008 0050

**Front of check**



**Back of check**

Attachments of Utility Statements



**EUCLID REALTY CAPITAL V LLC**
**Account Number:** 5503 1646 254
**Service Address:** 501 CHESAPEAKE ST SE HSE
WASHINGTON DC 20032

**NOVEMBER 2025**

**Billing Period:** 10-28-2025 to 11-24-2025
**Bill Issue Date:** 11-25-2025
**FINAL NOTICE BILL**

## ELECTRIC BILL SUMMARY

| | |
|---|---|
| Previous Balance | $555.77 |
| Changes to Your Balance | $7.14 |
| Balance as of Nov 25, 2025 | $562.91 |
| Delivery *Distribution Charges - Pepco* | $47.33 |
| Supply *SOS Provider - Pepco* | $18.21 |

| **Total Amount Due by Dec 16, 2025** | **$628.45** |
|---|---|

**After Dec 16, 2025, a late payment charge of $8.09 will be added, increasing the amount due to $636.54.**

To view your usage, see the Electric Details portion of this bill or log into your account at pepco.com.



Balance as of 11/25/2025 $562.91

**Total Amount Due**
**$628.45**

Supply $18.21

Delivery $47.33

IMPORTANT MESSAGE $479.47 MUST BE PAID BY Dec 8, 2025 TO AVOID DISCONNECTION. In addition, your Net Current Bill of $65.54 must be paid by Dec 16, 2025 to avoid a late payment charge of $8.09 and further collection action. If you have any questions, please call 800-424-8028 for assistance.

**Additional messages may be on the last page of your bill.**

### CONTACT US

| | |
|---|---|
| Customer Service *(7 a.m. - 8 p.m.)* | 202-833-7500 |
| TTY English | 1-800-643-3768 |
| TTY Spanish | 1-800-546-7111 |
| ¿Problemas con la factura? | 202-833-7500 |
| Electric Emergencies & Outages *(24 hrs)* | 1-877-737-2662 |
| **pepco.com/ContactUs** | |

Pepco is regulated by - DC Public Service Commission, dcpsc.org 1325 G St. NW, Suite 800, Washington DC 20005, 202-626-5100

Consumer Advocate - Office of People's Counsel, opc-dc.gov 655 15th Street NW, Suite 200, Washington DC 20005, 202-727-3071

---

**Please tear on the dotted line below.** Invoice Number: 200042664581

Page 1 of 4

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Return this coupon** with your payment made payable to Pepco.

**FINAL NOTICE BILL**
Account number                      5503 1646 254
**Total amount due by Dec 16, 2025**            **$628.45**
**Total amount due after Dec 16, 2025**         **$636.54**

261 1 MB 0.436                      5FD00261

||ᴵ||ᵈ|ᵈ|ᴵ|ᴵᵈᴵᵈ|ᴵᵈ||ᴵᴵᴵ||ᵈ|ᴵᵈ|ᴵ||ᴵᵐᵐᴵᵈ||ᵈ|ᴵᵖᴵᵗᴵᴵᴵᴵᴵᴵ

EUCLID REALTY CAPITAL V LLC
4917 CARRIAGEPARK ROAD
FAIRFAX VA 22032-2368



**Amount Paid:**    $ ☐☐☐ . ☐☐

PO BOX 13608
PHILADELPHIA PA 19101

||ᵈ||ᵖᴵᵐᵐᴵᴵᴵ|ᵈᴵ|ᴵᴵ|ᵈᴵᵈᴵ|ᴵ|ᵈ|ᴵᴵᴵᴵᴵᴵᴵᴵ

7000015503164625400000000005629100000006554000000062845001 0

**EUCLID REALTY CAPITAL V LLC**
**Account number: 5503 1646 254**

Your electric bill for the period
**October 28, 2025 to November 24, 2025**

## Details of your Electric Charges

Non Res - GS ND - service number 0550 3164 6254 7001 4806 14
Electricity you used this period

| Meter Number | Energy Type | End Date | Start Date | Number Of Days | Total Use |
|---|---|---|---|---|---|
| 4ED346592684 | Use (kWh) | Nov 24 Reading 029930 | Oct 28 Reading 029809 | 28 Multiplier 1 | 121 |

Your meter records electric energy use in hourly intervals. Your bill is the total of all hourly intervals recorded during your billing period.
End and start date kWh meter readings are provided for informational purposes only.
Please visit My Account at pepco.com to view your energy use data.

**Your next bill period is scheduled to end on December 29, 2025**

### Electric Summary

| | |
|---|---|
| **Balance from your last bill** | **$555.77** |
| Late Payment Charge | $7.14 |
| **Changes to electric balance** | **$7.14** |
| Electric Charges (Non Res - GS ND) | $65.54 |
| **New electric charges** | **$65.54** |
| **Total amount due by Dec 16, 2025** | **$628.45** |

**Delivery Charges:** These charges reflect the cost of bringing electricity to you.
Current charges for 28 days, **winter rates in effect.**

| Type of charge | How we calculate this charge | Amount($) |
|---|---|---|
| Distribution Services: | | |
| Customer Charge | | 35.59 |
| Energy Charge | 121 kWh X $0.0608800 per kWh | 7.37 |
| BSA Adj II Chg KWH | 121 kWh X $0.0007910- per kWh | 0.10– |
| Residential Aid Discount Surcharge | 121 kWh X $0.0008600 per kWh | 0.10 |
| Administrative Credit | 121 kWh X $0.0008903- per kWh | 0.11– |
| Underground Project Charge | 121 kWh X $0.0003400 per kWh | 0.04 |
| **Subtotal (Set by DC PSC)** | | **42.89** |
| EDIT Credit 10 Year - KWH | 121 kWh X $0.0026700- per kWh | 0.32– |
| Energy Assistance Trust Fund | 121 kWh X $0.0002322 per kWh | 0.03 |
| Sustain Energy Trust Fund | 121 kWh X $0.0069100 per kWh | 0.84 |
| Public Space Occupancy Surcharge | 121 kWh X $0.0022800 per kWh | 0.28 |
| Delivery Tax | 121 kWh X $0.0077000 per kWh | 0.93 |

Page 2 of 4

-------------------------------------------------------------------------------

☐ **Check here to enroll in the Direct Debit plan**    Sign and date here _____

By signing here, you authorize Pepco to electronically deduct the amount of your monthly bill from your checking account each month. The check you send with this signed authorization will be used to set up Direct Debit. You understand that we will notify you each month of the date and amount of the debit, which will be on or after the due date stated on your monthly bill. You understand that to withdraw this authorization you must call Pepco. You understand that Pepco does not charge for this service, but that your bank may have charges for this service.

**Customer Service Centers**

Washington DC
701 Ninth St NW                    (Mon - Fri) 8:30am - 5:15pm
2300 Martin Luther King Jr Ave SE (Mon - Fri) 9:00am - 5:00pm

Maryland
201 West Gude Dr, Rockville       (Mon - Fri) 10:00am - 2:00pm
8300 Old Marlboro Pk, Forestville  (Mon, Wed, Fri) 10:00am - 2:00pm

Any inquiry or complaint about this bill should be made prior to the due date, in order to avoid late charges.

Electronic Check Conversion - When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

♺ Printed on recyclable paper.

# dc water is life®

| | | | |
|---|---|---|---|
| **Account Number:** | 2035438-7 | | |
| **Service Address:** | 501 CHESAPEAKE ST SE | **Questions/Preguntas:** | (202) 354-3600 |
| **Square/Suffix/Lot:** | 6207//0810 | **Emergencies/Emergencia:** | (202) 612-3400 |
| **Impervious Sq. Ft.:** | 9,100 | **Visit Us Online:** | DCWater.com |

| Meter Number | Meter Size | Prior Read Date | Current Read Date | Number of Days | Prior Read | Current Read | Usage (CCF) | Usage (Gallons) | Read Type |
|---|---|---|---|---|---|---|---|---|---|
| 88189524 | 1" | 11/2/25 | 12/1/25 | 30 | 249,295 | 259,891 | 105.96 | 79258.08 | ACT |

## BILL SUMMARY

| | |
|---|---|
| Bill Date | 12/1/25 |
| Previous Balance | $3,160.77 |
| Payments as of 12/1/25 | $0.00 |
| Outstanding Amount Due | $3,160.77 |
| Other Charges and Credits | $0.00 |
| Current Charges | $2,362.69 |
| **Installment Amount (2 of 18)** | **$486.00** |
| **Total Amount Due by 12/26/25** | **$6,009.46** |

*Failure to pay the Total Amont Due by the date shown will subject the account to immediate disconnection of service. The total account balance is $13,786.06.

**Dispute Deadline for Current Bill: 12/21/25**

## IMPORTANT MESSAGES

With paperless billing, you can receive and pay your bill online. Log into My DC Water for more information.

## CURRENT CHARGES - MULTI-FAMILY

| | |
|---|---|
| Metering Fee 1" | $9.16 |
| Water System Replacement Fee 1" | $9.67 |
| Water Services 105.96 CCF X $6.47 | $685.56 |
| Sewer Services 105.96 CCF X $12.52 | $1,326.62 |
| Clean Rivers IAC 9.10 ERU X $24.23 | $220.49 |

### DC GOVERNMENT FEES

| | |
|---|---|
| DC Government PILOT Fee 105.96 CCF X $0.62 | $65.70 |
| DC Government ROW Fee 105.96 CCF X $0.20 | $21.19 |
| DC Govt Stormwater Fee 9.10 ERU X $2.67 | $24.30 |
| **Total Current Charges** | **$2,362.69** |
| **TOTAL CURRENT BILL** | **$2,362.69** |



### USAGE AT A GLANCE (CCF)



*Please return the portion below with your payment to ensure proper credit to your account.*

---

# dc water is life®

**Make a SPLASH to help those in need pay their water bill**

☐ R-Up  ☐ R-Up + $1  ☐ R-up + $5  ☐ R-up + $____  ☐ $____

ROUND UP (R-up)
Round your bill up to the next dollar or more
(Starts on next bill, recurring monthly)

ONE-TIME
(Include with payment)

6751 0010  DY RP 01 12022025 YNNNNY 01 003430  0012

EUCLID REALTY CAPITAL V LLC
501 CHESAPEAKE ST SE
WASHINGTON DC 20032

| | |
|---|---|
| Account Number: | 2035438-7 |
| Total Amount Due: 12/26/25 | $6,009.46 |
| Amount Due After: 12/31/25 | $6,245.73 |
| **Amount Enclosed** | $_____ |

Please allow time for your payment to reach us.

Remit payment to:

DC WATER
P.O. BOX 97200
WASHINGTON, DC 20090

000203543872  1  0006009465  0006245737

**Account Number:**    **2035438-7**

6751 0010 DY RP 01 12022025 YNNNNY 01 003430 0012

---

## EXPLANATION OF TERMS

| | | | | | |
|---|---|---|---|---|---|
| **ACT** | ACTUAL METER READING | **CUST** | CUSTOMER METER READING | **ERU** | EQUIVALENT RESIDENTIAL UNIT |
| **CAP** | CUSTOMER ASSISTANCE PROGRAM | **EST** | ESTIMATED METER READING | **NSF** | INSUFFICIENT FUNDS |
| **CCF** | CENTUM CUBIC FEET (100) | 📏 | 1 CCF = 748 GALLONS 💧 | | |



### CUSTOMER CLASSIFICATION
**DESCRIPTION – Please see 21 DCMR § 4104 for full description of the customer classifications.**

| | |
|---|---|
| RESIDENTIAL | A single-family dwelling used for domestic purposes, within a single-family home, apartment building, condominium or cooperative housing association where each unit is served by a separate service line and is individually metered, or a multi-family structure or development used for domestic purposes (less than 4 units) served by a single service line that is master metered. See 21 DCMR § 4104 for excluded premises. |
| MULTI-FAMILY (MF) | A multi-family structure or developoment used for domestic purposes, with four or more residential dwelling units, including single-family, apartment, condominium, or cooperative housing association served by the same service line that is master metered. See 21 DCMR § 4104 for excluded premises. |
| NON-RESIDENTIAL OR COMMERCIAL | All customers not referenced within the Residential or Multi-Family class including premises where one or more units are not used for domestic purposes and all units are served by the same master metered service line. |

### SERVICE FEES & CHARGES

| | REASON | AMOUNT |
|---|---|---|
| LATE FEE | Bill is not paid within 30 calendar days after bill date<br>Bill is not paid 60 or more days after bill date | 10%<br>1% Interest, compounded monthly |
| SERVICE DISCONNECTION/RESTORATION | Disconnection of service<br>Restoration of service | $60<br>$55 - Residential; $110 - Non-Residential and MF |
| UNAUTHORIZED TURN-ON | Water is illegally turned on without authorization following disconnection | $260 |
| METERING FEE | Installation, operation and repair of DC Water-owned meters | Based on meter size |
| CHECK RETURN FEE | Returned check or electronic funds transfer (EFT) | $35 |
| RETURNED CREDIT CARD FEE | Returned credit card or chargeback charge | $45 |
| WATER SYSTEM REPLACEMENT FEE | Funds replacement of aging water infrastructure | Based on meter size and average water flow |
| MANUAL METER READING FEE | If a customer refuses installation of automated meter reading device or does not satisfy meter transmission requirements, a fee of $20 is charged for residential customers, and $100 to $500 is charged based on meter size for non-residential and MF customers. |
| NON-COMPLIANCE FEE | A $475 fee is charged for failure to comply with a notice of repair order issued to the customer. |
| NEW CUSTOMER ACCOUNT INITIATION FEE (SERVICE INITIATION FEE) | A $60 fee for new account setup. If you are a property owner in the District of Columbia and need to start water service, have your title company contact DC Water and provide a copy of your settlement statement. Tenants are unable to start service. |
| CLEAN RIVERS IMPERVIOUS AREA CHARGE (CRIAC) | This charge is based on the impervious area of a property and was designed so that property owners pay a fair share towards the cost of the Long Term Combined Sewer Overflow Control Plan. The charge structure uses the term equivalent residential unit or ERU to measure the impervious area. Residential properties are categorized into tiered ranges. Multi-family and non-residential properties are charged based on square footage of impervious area. For more information, please visit us at dcwater.com/impervious-area-faq. |

### DC GOVERMENT CHARGES

| | PURPOSE |
|---|---|
| STORMWATER | Set by DC Dept. of Energy & Environment per amount of impervious area, funds DC stormwater management program. |
| ROW (RIGHT-OF-WAY) | Payment made to DC government for DC Water's sewer and water mains that occupy the Public Right-of-Way. |
| PILOT (PAYMENT IN LIEU OF TAXES) | Payment made to DC government for services, like public safety, that are provided to DC Water. |

### BILLING & PAYMENT

| | ACTION |
|---|---|
| PAYING BY MAIL | Write your account number on your check or money order and make it payable to DC Water. |
| SELLING PROPERTY / FINAL BILL REQUEST | If you are selling your property in the District of Columbia and need to close your account, have your title company contact DC Water and provide a copy of your settlement statement. DC Water holds the owner of the property responsible for payment of the final bill. Listed tenants vacating the property are encouraged to contact DC Water to be removed from the account. |
| CAP (CUSTOMER ASSISTANCE PROGRAM) | DC Water assistance program for low-income residents that may qualify for discounts on water and sewer charges and CRIAC. Contact the DC Department of Energy & Environment (DOEE) at (202) 673-6750 or 311 to apply for assistance. |
| SPLASH (SERVING PEOPLE BY LENDING A SUPPORTING HAND) | SPLASH is a DC Water customer assistance program designed to provide emergency assistance to financially challenged District residential owner/tenant customers pay their water and sewer bill. For assistance, contact the Greater Washington Urban League at 202-265-8200. To support this program, please round your bill up to the next dollar or two, and donate the difference to a DC resident in need. To automatically contribute to the roundup program, please check the appropriate box on the payment stub. The monthly roundup contribution will be made automatically. Please be sure your account balance is current before contributing. |

### BILLING DISPUTES

An owner or occupant may challenge the most recent charges on the bill by either: (a) paying the current charges in the bill and notifying DC Water in writing within 20 calendar days after the bill date, the reason(s) why the bill is believed to be incorrect and that the bill is being paid under protest; or, (b) not paying the current charges in the bill and notifying DC Water in writing, within 20 calendar days after the bill date, the reason(s) why the bill is believed to be incorrect. Challenges received after the 20 day period, will be deemed untimely and will not stop the imposition of a penalty for nonpayment of charges or the possibility of termination of service for nonpayment. DC Water will investigate and suspend an owner or occupant's obligation to pay the disputed bill until they have been provided written results of the investigation and the date that the bill should be paid. If it is determined that the bill is erroneous, DC Water shall adjust the bill accordingly and refund any overcharges paid. If the owner/occupant is not satisfied with DC Water's decision, then they may request in writing an administrative hearing within fifteen (15) calendar days of the date of the decision. The owner or occupant is not relieved of the responsibility for paying all previously or subsequently rendered bill(s), uncontested service charges, penalties, interest, and administrative costs. For more information on your rights please visit us at dcwater.com/disputing-bill.

---

Consumer Advocate - Office of Peoples Counsel, OPC-DC.gov, 1133 Fifteenth St NW, Washington, DC 20005, 202-727-3071

SBAPF002

Attachments of Personal Bank Statements


**pepco**℠

AN EXELON COMPANY

**EUCLID REALTY CAPITAL V LLC**
**Account Number:** 5503 8869 479
**Service Address:** 501 CHESAPEAKE ST SE # 202
WASHINGTON DC 20032

**NOVEMBER 2025**

**Billing Period:** 10-28-2025 to 11-24-2025
**Bill Issue Date:** 11-25-2025
**FINAL NOTICE BILL**

## ELECTRIC BILL SUMMARY

| | |
|---|---|
| Previous Balance | $357.38 |
| Changes to Your Balance | $73.19 |
| Balance as of Nov 25, 2025 | $430.57 |
| **Delivery** *Distribution Charges - Pepco* | $32.53 |
| **Supply** *SOS Provider - Pepco* | $67.46 |

| **Total Amount Due by Dec 16, 2025** | **$530.56** |
|---|---|

**After Dec 16, 2025, a late payment charge of $6.16 will be added, increasing the amount due to $536.72.**

To view your usage, see the Electric Details portion of this bill or log into your account at pepco.com.



Balance as of
11/25/2025
$430.57

**Total Amount Due**
**$530.56**

Supply
$67.46

Delivery
$32.53

IMPORTANT MESSAGE $311.61 MUST BE PAID BY Nov 17, 2025 TO AVOID DISCONNECTION. In addition, your Net Current Bill of $99.99 must be paid by Dec 16, 2025 to avoid a late payment charge of $6.16 and further collection action. If you have any questions, please call 800-424-8028 for assistance.

**Additional messages may be on the last page of your bill.**

### CONTACT US

| | |
|---|---|
| Customer Service *(7 a.m. - 8 p.m.)* | 202-833-7500 |
| TTY English | 1-800-643-3768 |
| TTY Spanish | 1-800-546-7111 |
| ¿Problemas con la factura? | 202-833-7500 |
| Electric Emergencies & Outages *(24 hrs)* | 1-877-737-2662 |

**pepco.com/ContactUs**

Pepco is regulated by - DC Public Service Commission, dcpsc.org 1325 G St. NW, Suite 800, Washington DC 20005, 202-626-5100

Consumer Advocate - Office of People's Counsel, opc-dc.gov 655 15th Street NW, Suite 200, Washington DC 20005, 202-727-3071

---

**Please tear on the dotted line below.** Invoice Number: 200732489522

Page 1 of 4

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Return this coupon** with your payment made payable to Pepco.

**FINAL NOTICE BILL**
Account number                5503 8869 479
**Total amount due by Dec 16, 2025**        **$530.56**
**Total amount due after Dec 16, 2025**        **$536.72**

1477 1 AV 0.386                2FD01187

ılı|ılı|ıllıllı|ıllıllılıllılıll|ıllıllı|ıllılıllılıllıll|ıll|ıllıll|lıllıllıllıllıllıllıl

EUCLID REALTY CAPITAL V LLC
501 CHESAPEAKE STREET SE APT 202
WASHINGTON DC  20032-3663



**Amount**
**Paid:**        $ ☐ ☐ ☐ . ☐ ☐

PO BOX 13608
PHILADELPHIA PA 19101

ılıllı|ıllıllıllıllıll|ıllılıllılı|ıllllılıllılllıllılll

7000015503886947900000000000430570000000009999000000005305600010

**EUCLID REALTY CAPITAL V LLC**
**Account number: 5503 8869 479**

Your electric bill for the period
**October 28, 2025 to November 24, 2025**

## Details of your Electric Charges

Residential-R - service number 0550 3886 9479 7001 4806 99
Electricity you used this period

| Meter Number | Energy Type Use (kWh) | End Date | Start Date | Number Of Days | Total Use |
|---|---|---|---|---|---|
| 4ED346592689 | | Nov 24 | Oct 28 | 28 | 435 |
| | | Reading | Reading | Multiplier | |
| | | 046537 | 046103 | 1 | |

Your meter records electric energy use in hourly intervals. Your bill is the total of all hourly intervals recorded during your billing period.
End and start date kWh meter readings are provided for informational purposes only.
Please visit My Account at pepco.com to view your energy use data.

**Your next bill period is scheduled to end on December 29, 2025**

**Delivery Charges:** These charges reflect the cost of bringing electricity to you.
Current charges for 28 days, **winter rates in effect.**

| Type of charge | How we calculate this charge | Amount($) |
|---|---|---|
| Distribution Services: | | |
| Customer Charge | | 17.09 |
| Energy Charge | First 400 kWh X $0.0171600 per kWh | 6.86 |
| Energy Charge | Last 35 kWh X $0.0342000 per kWh | 1.20 |
| BSA Adj II Chg KWH | 400 kWh X $0.0001340 per kWh | 0.05 |
| Residential Aid Discount Surcharge | 435 kWh X $0.0008600 per kWh | 0.37 |
| Administrative Credit | 435 kWh X $0.0002017- per kWh | 0.09− |
| Underground Project Charge | 435 kWh X $0.0002700 per kWh | 0.12 |
| **Subtotal (Set by DC PSC)** | | **25.60** |
| EDIT Credit 10 Year - KWH | First 400 kWh X $0.0004700- per kWh | 0.19− |
| EDIT Credit 10 Year - KWH | Last 35 kWh X $0.0009300- per kWh | 0.03− |
| Energy Assistance Trust Fund | 435 kWh X $0.0002322 per kWh | 0.10 |
| Sustain Energy Trust Fund | 435 kWh X $0.0069100 per kWh | 3.01 |

### Electric Summary

| | |
|---|---|
| **Balance from your last bill** | **$357.38** |
| Deposit Outstanding | $69.20 |
| Late Payment Charge | $3.99 |
| **Changes to electric balance** | **$73.19** |
| Electric Charges (Residential-R) | $99.99 |
| **New electric charges** | **$99.99** |
| **Total amount due by Dec 16, 2025** | **$530.56** |

-----------------------------------------------------------------------------------------------

☐ **Check here to enroll in the Direct Debit plan**    Sign and date here _____

By signing here, you authorize Pepco to electronically deduct the amount of your monthly bill from your checking account each month. The check you send with this signed authorization will be used to set up Direct Debit. You understand that we will notify you each month of the date and amount of the debit, which will be on or after the due date stated on your monthly bill. You understand that to withdraw this authorization you must call Pepco. You understand that Pepco does not charge for this service, but that your bank may have charges for this service.

**Customer Service Centers**

| Washington DC | | Maryland | |
|---|---|---|---|
| 701 Ninth St NW | (Mon - Fri) 8:30am - 5:15pm | 201 West Gude Dr, Rockville | (Mon - Fri) 10:00am - 2:00pm |
| 2300 Martin Luther King Jr Ave SE | (Mon - Fri) 9:00am - 5:00pm | 8300 Old Marlboro Pk, Forestville | (Mon, Wed, Fri) 10:00am - 2:00pm |

Any inquiry or complaint about this bill should be made prior to the due date, in order to avoid late charges.

Electronic Check Conversion - When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

♻ Printed on recyclable paper

**EUCLID REALTY CAPITAL V LLC**
Account number: 5503 8869 479

Your electric bill for the period
**October 28, 2025 to November 24, 2025**

| | | |
|---|---|---:|
| Public Space Occupancy Surcharge | 435 kWh X $0.0022800 per kWh | 0.99 |
| Delivery Tax | 435 kWh X $0.0070000 per kWh | 3.05 |
| **Subtotal (Not set by DC PSC)** | | **6.93** |
| **Total Electric Delivery Charges** | | **32.53** |

**Supply Charges:** These charges reflect the cost of producing electricity for you.
You can compare this part of your bill to offers from competitive suppliers.
Based on billed use, your average annual price to compare is 16.05 cents per kwh.

**Billing Period:  Oct 28, 2025 to Nov 24, 2025 (28 days)**

| Type of charge | How we calculate this charge | Amount($) |
|---|---|---:|
| Transmission Services: Transmission Minimum Charge | Includes First 30 kWh | 0.12 |
| Energy Charge | 405 kWh X $0.0175100 per kWh | 7.09 |
| Generation Services: Generation Minimum Charge | Includes First 30 kWh | 4.18 |
| Energy Charge | 405 kWh X $0.1350617 per kWh | 54.70 |
| Procurement Cost Adjustment | 435 kWh X $0.0031600 per kWh | 1.37 |
| **Total Electric Supply Charges** | | **67.46** |
| **Total Electric Charges - Residential-R** | | **99.99** |

*Your monthly Electricity use in kWh*

**Daily temperature averages:** Nov 2024: 57° F  Nov 2025: 52° F



| Energy Usage History | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nov 24 | Dec 24 | Jan 25 | Feb 25 | Mar 25 | Apr 25 | May 25 | Jun 25 | Jul 25 | Aug 25 | Sep 25 | Oct 25 | Nov 25 |
| Temp | 57° | 41° | 35° | 40° | 52° | 61° | 67° | 75° | 81° | 77° | 71° | 62° | 52° |
| Days | 31 | 32 | 33 | 28 | 29 | 29 | 33 | 29 | 32 | 30 | 30 | 31 | 28 |
| kWh | 21 | 14 | 20 | 10 | 33 | 31 | 49 | 29 | 10 | 16 | 225 | 184 | 435 |

**EUCLID REALTY CAPITAL V LLC**
**Account number: 5503 8869 479**

Your electric bill for the period
**October 28, 2025 to November 24, 2025**

Your daily electricity use for this bill period. Visit My Account at pepco.com to see your hourly electricity use.



Visit pepco.com/dctariffs and click "DC Terms and Conditions" for information on how payments are applied to balances from Pepco and any competitive supplier.

Your smart electric meter is read wirelessly. Visit My Account at pepco.com to view your daily and hourly energy usage.

Need help with bills or other support? Visit pepco.com/SingleStop and click 'Browse Resources' for help with utility bills, food, housing & more.

Pepco EV charging stations are in a neighborhood near you, learn more here Pepco.com/ev.

If you are moving or discontinuing service, please contact Pepco at least three days in advance.

Information regarding rate schedules and how to verify the accuracy of your bill will be mailed upon request.

Follow us on Twitter at twitter.com/PepcoConnect. Like us on Facebook at facebook.com/PepcoConnect.

You can help a Pepco customer in need of assistance with their energy bills. Simply pay exactly $1.00 over your Pepco bill amount and that dollar will be contributed to the Good Neighbor Energy Fund administered by a local 501(c)3 non-profit organization. Amounts over $1.00 will not be identified as a contribution and will result in a credit to your account. Pepco will match each donation by contributing a dollar to the fund, up to $100,000.



**dc** water is life®

| | | |
|---|---|---|
| Account Number: | 2035438-7 | |
| Service Address: | 501 CHESAPEAKE ST SE | |
| Square/Suffix/Lot: | 6207//0810 | |
| Impervious Sq. Ft.: | 9,100 | |

| Questions/Preguntas: | (202) 354-3600 |
|---|---|
| Emergencies/Emergencia: | (202) 612-3400 |
| Visit Us Online: | DCWater.com |

| Meter Number | Meter Size | Prior Read Date | Current Read Date | Number of Days | Prior Read | Current Read | Usage (CCF) | Usage (Gallons) | Read Type |
|---|---|---|---|---|---|---|---|---|---|
| 88189524 | 1" | 11/2/25 | 12/1/25 | 30 | 249,295 | 259,891 | 105.96 | 79258.08 | ACT |

### BILL SUMMARY

| | |
|---|---|
| Bill Date | 12/1/25 |
| Previous Balance | $3,160.77 |
| Payments as of 12/1/25 | $0.00 |
| Outstanding Amount Due | $3,160.77 |
| Other Charges and Credits | $0.00 |
| Current Charges | $2,362.69 |
| **Installment Amount (2 of 18)** | **$486.00** |

**Total Amount Due by 12/26/25**          **$6,009.46**
*Failure to pay the Total Amount Due by the date shown will subject the account to immediate disconnection of service. The total account balance is $13,786.06.

**Dispute Deadline for Current Bill: 12/21/25**

### IMPORTANT MESSAGES

With paperless billing, you can receive and pay your bill online. Log into My DC Water for more information.

### CURRENT CHARGES - MULTI-FAMILY

| | |
|---|---|
| Metering Fee 1" | $9.16 |
| Water System Replacement Fee 1" | $9.67 |
| Water Services 105.96 CCF X $6.47 | $685.56 |
| Sewer Services 105.96 CCF X $12.52 | $1,326.62 |
| Clean Rivers IAC 9.10 ERU X $24.23 | $220.49 |

### DC GOVERNMENT FEES

| | |
|---|---|
| DC Government PILOT Fee 105.96 CCF X $0.62 | $65.70 |
| DC Government ROW Fee 105.96 CCF X $0.20 | $21.19 |
| DC Govt Stormwater Fee 9.10 ERU X $2.67 | $24.30 |
| **Total Current Charges** | **$2,362.69** |
| **TOTAL CURRENT BILL** | **$2,362.69** |



**USAGE AT A GLANCE (CCF)**

*Please return the portion below with your payment to ensure proper credit to your account.*

---

**dc** water is life®



**Make a SPLASH to help those in need pay their water bill**

☐ R-Up    ☐ R-Up + $1    ☐ R-up + $5 ☐ R-up + $____ ☐ $____

ROUND UP (R-up)
Round your bill up to the next dollar or more
(Starts on next bill, recurring monthly)

ONE-TIME
(Include with payment)

6751 0010  DY RP 01 12022025 YNNNNY 01 003430  0012

EUCLID REALTY CAPITAL V LLC
501 CHESAPEAKE ST SE
WASHINGTON DC 20032

| Account Number: | 2035438-7 |
|---|---|
| Total Amount Due: 12/26/25 | $6,009.46 |
| Amount Due After: 12/31/25 | $6,245.73 |
| **Amount Enclosed** | $_____ |

Please allow time for your payment to reach us.

Remit payment to:

DC WATER
P.O. BOX 97200
WASHINGTON, DC 20090

000203543872  1  0006009465 0006245737

**Account Number:**        2035438-7

6751 0010 DY RP 01 12022025 YNNNNY 01 003430 0012



---

### EXPLANATION OF TERMS

| | | | | | |
|---|---|---|---|---|---|
| **ACT** | ACTUAL METER READING | **CUST** | CUSTOMER METER READING | **ERU** | EQUIVALENT RESIDENTIAL UNIT |
| **CAP** | CUSTOMER ASSISTANCE PROGRAM | **EST** | ESTIMATED METER READING | **NSF** | INSUFFICIENT FUNDS |
| **CCF** | CENTUM CUBIC FEET (100) | 🌢 | 1 CCF = 748 GALLONS 🌢 | | |

### CUSTOMER CLASSIFICATION — DESCRIPTION – Please see 21 DCMR § 4104 for full description of the customer classifications.

| | |
|---|---|
| RESIDENTIAL | A single-family dwelling used for domestic purposes, within a single-family home, apartment building, condominium or cooperative housing association where each unit is served by a separate service line and is individually metered, or a multi-family structure or development used for domestic purposes (less than 4 units) served by a single service line that is master metered. See 21 DCMR § 4104 for excluded premises. |
| MULTI-FAMILY (MF) | A multi-family structure or development used for domestic purposes, with four or more residential dwelling units, including single-family, apartment, condominium, or cooperative housing association served by the same service line that is master metered. See 21 DCMR § 4104 for excluded premises. |
| NON-RESIDENTIAL OR COMMERCIAL | All customers not referenced within the Residential or Multi-Family class including premises where one or more units are not used for domestic purposes and all units are served by the same master metered service line. |

### SERVICE FEES & CHARGES

| | REASON | AMOUNT |
|---|---|---|
| LATE FEE | Bill is not paid within 30 calendar days after bill date<br>Bill is not paid 60 or more days after bill date | 10%<br>1% Interest, compounded monthly |
| SERVICE DISCONNECTION/RESTORATION | Disconnection of service<br>Restoration of service | $60<br>$55 - Residential; $110 - Non-Residential and MF |
| UNAUTHORIZED TURN-ON | Water is illegally turned on without authorization following disconnection | $260 |
| METERING FEE | Installation, operation and repair of DC Water-owned meters | Based on meter size |
| CHECK RETURN FEE | Returned check or electronic funds transfer (EFT) | $35 |
| RETURNED CREDIT CARD FEE | Returned credit card or chargeback charge | $45 |
| WATER SYSTEM REPLACEMENT FEE | Funds replacement of aging water infrastructure | Based on meter size and average water flow |
| MANUAL METER READING FEE | If a customer refuses installation of automated meter reading device or does not satisfy meter transmission requirements, a fee of $20 is charged for residential customers, and $100 to $500 is charged based on meter size for non-residential and MF customers. | |
| NON-COMPLIANCE FEE | A $475 fee is charged for failure to comply with a notice of repair order issued to the customer. | |
| NEW CUSTOMER ACCOUNT INITIATION FEE (SERVICE INITIATION FEE) | A $60 fee for new account setup. If you are a property owner in the District of Columbia and need to start water service, have your title company contact DC Water and provide a copy of your settlement statement. Tenants are unable to start service. | |
| CLEAN RIVERS IMPERVIOUS AREA CHARGE (CRIAC) | This charge is based on the impervious area of a property and was designed so that property owners pay a fair share towards the cost of the Long Term Combined Sewer Overflow Control Plan. The charge structure uses the term equivalent residential unit or ERU to measure the impervious area. Residential properties are categorized into tiered ranges. Multi-family and non-residential properties are charged based on square footage of impervious area. For more information, please visit us at dcwater.com/impervious-area-faq. | |

### DC GOVERMENT CHARGES — PURPOSE

| | |
|---|---|
| STORMWATER | Set by DC Dept. of Energy & Environment per amount of impervious area, funds DC stormwater management program. |
| ROW (RIGHT-OF-WAY) | Payment made to DC government for DC Water's sewer and water mains that occupy the Public Right-of-Way. |
| PILOT (PAYMENT IN LIEU OF TAXES) | Payment made to DC government for services, like public safety, that are provided to DC Water. |

### BILLING & PAYMENT — ACTION

| | |
|---|---|
| PAYING BY MAIL | Write your account number on your check or money order and make it payable to DC Water. |
| SELLING PROPERTY / FINAL BILL REQUEST | If you are selling your property in the District of Columbia and need to close your account, have your title company contact DC Water and provide a copy of your settlement statement. DC Water holds the owner of the property responsible for payment of the final bill. Listed tenants vacating the property are encouraged to contact DC Water to be removed from the account. |
| CAP (CUSTOMER ASSISTANCE PROGRAM) | DC Water assistance program for low-income residents that may qualify for discounts on water and sewer charges and CRIAC. Contact the DC Department of Energy & Environment (DOEE) at (202) 673-6750 or 311 to apply for assistance. |
| SPLASH (SERVING PEOPLE BY LENDING A SUPPORTING HAND) | SPLASH is a DC Water customer assistance program designed to provide emergency assistance to financially challenged District residential owner/tenant customers pay their water and sewer bill. For assistance, contact the Greater Washington Urban League at 202-265-8200. To support this program, please round your bill up to the next dollar or two, and donate the difference to a DC resident in need. To automatically contribute to the roundup program, please check the appropriate box on the payment stub. The monthly roundup contribution will be made automatically. Please be sure your account balance is current before contributing. |

### BILLING DISPUTES

An owner or occupant may challenge the most recent charges on the bill by either: (a) paying the current charges in the bill and notifying DC Water in writing within 20 calendar days after the bill date, the reason(s) why the bill is believed to be incorrect and that the bill is being paid under protest; or, (b) not paying the current charges in the bill and notifying DC Water in writing, within 20 calendar days after the bill date, the reason(s) why the bill is believed to be incorrect. Challenges received after the 20 day period, will be deemed untimely and will not stop the imposition of a penalty for nonpayment of charges or the possibility of termination of service for nonpayment. DC Water will investigate and suspend an owner or occupant's obligation to pay the disputed bill until they have been provided written results of the investigation and the date that the bill should be paid. If it is determined that the bill is erroneous, DC Water shall adjust the bill accordingly and refund any overcharges paid. If the owner/occupant is not satisfied with DC Water's decision, then they may request in writing an administrative hearing within fifteen (15) calendar days of the date of the decision. The owner or occupant is not relieved of the responsibility for paying all previously or subsequently rendered bill(s), uncontested service charges, penalties, interest, and administrative costs. For more information on your rights please visit us at dcwater.com/disputing-bill.

---

# Attachments of Personal Bank Statements

**MileagePlus UNITED**

| December 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | **13** |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

New Balance
**$8,747.75**

Minimum Payment Due
**$212.00**

Payment Due Date
**12/13/25**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 years | $26,542 |
| $357 | 3 years | $12,862 (Savings=$13,680) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

Account Number:  XXXX XXXX XXXX 0403

| | |
|---|---|
| Previous Balance | $4,550.36 |
| Payment, Credits | -$147.00 |
| Purchases | +$4,219.74 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$124.65 |
| New Balance | $8,747.75 |
| Opening/Closing Date | 10/17/25 - 11/16/25 |
| Credit Access Line | $9,000 |
| Available Credit | $252 |
| Cash Access Line | $1,800 |
| Available for Cash | $252 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## UNITED MILEAGEPLUS AWARD MILES SUMMARY

| | |
|---|---|
| + 1 mile per $1 spent on all purchases | 4,220 |
| + Additional miles earned on United purchases | 0 |
| + Additional miles earned at restaurants | 100 |
| + Additional miles earned on hotel stays | 0 |

### Total miles transferred to United 4,320

Thank you for choosing the United(SM) Explorer Card. Please visit www.united.com/usemiles to see all of your redemption options! 1-800-421-4655 (MileagePlus) 1-800-241-6522 (Reservations)

Your United(SM) Explorer Card provides: Free first checked bag for you and a traveling companion (terms apply), Priority Boarding, no foreign transaction fees, 2 United Club one-time passes each anniversary, and 25% off United inflight purchases. You earn 2 miles per $1 spent on United purchases, including airline tickets, seat upgrades, inflight food, beverages and Wi-Fi, and other United purchases. You earn 2 miles per $1 spent on dining including eligible delivery services, 2 miles per $1 spent on hotel accommodations when booked with the hotel, and 1 mile per $1 spent on all other purchases.

## YOUR ACCOUNT MESSAGES

Reminder: To the extent they are accepted, purchases of cryptocurrency and other similar digital or virtual currency are treated as a cash advance with a cash advance fee and an annual percentage rate (APR) that may be higher than your purchase APR.

Your next AutoPay payment for $212.00 will be deducted from your AutoPay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000002  FIS33339 C 4       Y  9  16  25/11/16       Page 1 of 2       05058   MA MA  64242   3201000004000 6424201
0480 INS16559



**MileagePlus UNITED**

4388576197740403000212000087477500000001

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account Messages for details.

| | |
|---|---|
| Payment Due Date: | 12/13/25 |
| New Balance: | $8,747.75 |
| Minimum Payment Due: | $212.00 |

Account number: XXXX XXXX XXXX 0403

$ _____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

64242 BEX 9 33025 C
ANDREAS N PERICLI
4917 CARRIAGEPARK RD
FAIRFAX VA 22032-2368

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

⑈5000 160 28⑈ 2366 1977 0403 6⑆



| | Call Customer Service: | | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|---|---|
| | In U.S. 1-800-537-7783 | | P.O. Box 15298 | P.O. Box 1423 | www.chase.com/cardhelp |
| | Spanish 1-888-446-3308 | | Wilmington, DE 19850-5298 | Charlotte, NC 28201-1423 | |
| | Pay by phone 1-800-436-7958 | | | | |
| | International 1-847-888-6600 | | | |  |
| | We accept operator relay calls | | | | |

## Information About Your Account

### Making Your Payments:
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers above. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, we will credit to your account that day. If your payment is received after 5 p.m. local time at our Payments address on this statement, we will credit it to your account as of the next calendar day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

### Account Information Reported To Credit Bureau:
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

### Authorization To Convert Your Check To An Electronic Transfer Debit:
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

### Conditional Payments:
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

### Annual Renewal Notice:
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

### Calculation Of Balance Subject To Interest:
To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). This calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For fee-based Chase Pay Over Time plans, there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),

balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever you may choose - for fees

### How To Avoid Paying Interest On Purchases:
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance (or Interest Saving Balance) in full each month.

### Credit Limit:
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

### What To Do If You Think You Find A Mistake On Your Statement:
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance
- We can apply any unpaid amount against your credit limit.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases:
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024



To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

## YOUR ACCOUNT MESSAGES (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment. If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 11/09 | Payment Thank You - Web | -147.00 |
| **PURCHASE** | | |
| 10/20 | APPLE.COM/BILL 866-712-7753 CA | 7.99 |
| 10/18 | JustAnswer LLC 800-8998365 CA | 39.00 |
| 10/25 | ZAXBY'S #45202 JACKSON TN | 25.25 |
| 10/26 | CHIPOTLE 3937 JACKSON TN | 18.38 |
| 10/25 | STARBUCKS STORE 25531 JACKSON TN | 8.57 |
| 10/26 | STARBUCKS STORE 08527 JACKSON TN | 11.14 |
| 10/27 | MCDONALD'S F8022 JACKSON TN | 15.34 |
| 10/28 | APPLE.COM/BILL 866-712-7753 CA | 12.99 |
| 10/27 | SHELL OIL 10012604004 DICKSON TN | 11.88 |
| 10/28 | MARATHON 115071 DUBLIN VA | 21.95 |
| 11/02 | GIANT 2741 FAIRFAX VA | 17.95 |
| 11/06 | APPLE.COM/BILL 866-712-7753 CA | 2.99 |
| 11/07 | SQ *RAMS BOOSTER CLUB, IN Fairfax VA | 3.21 |
| 11/07 | SQ *RAMS BOOSTER CLUB, IN Fairfax VA | 2.14 |
| 11/08 | TST*BANH MI ONG - FAIRFA Fairfax VA | 9.07 |
| 11/08 | DOMINO'S 4247 FAIRFAX VA | 8.72 |
| 11/11 | MARTIN LAW GROUP, P.C. 188-88582546 VA | 4,000.00 |
| 11/11 | DUNKIN #308047 Q35 FAIRFAX VA | 3.17 |
| **INTEREST CHARGED** | | |
| 11/16 | PURCHASE INTEREST CHARGE | 124.65 |
| | TOTAL INTEREST FOR THIS PERIOD | $124.65 |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $135.00 |
| Total interest charged in 2025 | $1,232.50 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 26.74%(v)(d) | $5,488.73 | $124.65 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.74%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 26.74%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 26.74%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



| December 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**New Balance**
**$13,181.01**
Minimum Payment Due
**$307.00**
Payment Due Date
**12/16/25**

## SOUTHWEST® RAPID REWARDS® CREDIT CARD SUMMARY

| | |
|---|---|
| + 4X Pts for Southwest purchases | 0 |
| + 2X Points for Partner purchases | 0 |
| + 2X Pts on Gas Stns and Dining | 228 |
| + 2X Pts for local transit/commuting | 62 |
| + 2X Pts for internet/cable/phone services | 12 |
| + 2X Pts for select streaming | 508 |
| + Points earned on all other purchases | 6,171 |

### - Total Rapid Rewards transf. to Southwest          6,981

View your card rewards dashboard and see all the benefits of your Rapid Rewards® Credit Card at www.chase.com/Southwest. View point totals and redeem at www.Southwest.com/rraccount. Call 1-800-I-FLY-SWA or visit www.Southwest.com.

Earn 4 Rapid Rewards® points per $1 spent on purchases made directly with Southwest Airlines®. Earn 2 points for every $1 spent at gas stations and restaurants. Earn 1 point per $1 spent on all other purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APRs may be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 24 years | $37,633 |
| $517 | 3 years | $18,609 (Savings=$19,024) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

Account Number:  XXXX XXXX XXXX 7818

| | |
|---|---|
| Previous Balance | $6,680.43 |
| Payment, Credits | -$250.00 |
| Purchases | +$6,575.02 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$175.56 |
| **New Balance** | **$13,181.01** |
| Opening/Closing Date | 10/20/25 - 11/19/25 |
| Credit Access Line | $13,200 |
| Available Credit | $18 |
| Cash Access Line | $2,640 |
| Available for Cash | $18 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

## YOUR ACCOUNT MESSAGES

Reminder: To the extent they are accepted, purchases of cryptocurrency and other similar digital or virtual currency are treated as a cash advance with a cash advance fee and an annual percentage rate (APR) that may be higher than your purchase APR.

Your next AutoPay payment for $307.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001  FIS33339 D 12        Y  9  19  25/11/19        Page 1 of 2        01868  MA MA  49738        3231000012000497 3801
0530

**Southwest** Rapid Rewards

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**AUTOPAY IS ON**
See Your Account
Messages for details.

4147202735497818000307000131810100000003

| | |
|---|---|
| Payment Due Date: | 12/16/25 |
| New Balance: | $13,181.01 |
| Minimum Payment Due: | $307.00 |

Account number: XXXX XXXX XXXX 7818

49738 BEX 9 32325 D
ANDREAS N PERICLI
4917 CARRIAGEPARK RD
FAIRFAX VA 22032-2368

$_____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

CARDMEMBER SERVICE
PO BOX 1423
CHARLOTTE NC  28201-1423

⑆5000160 28⑈359 273549 7818 7⑈'



 

**Call Customer Service:**
In U.S. 1-800-792-0001
Spanish 1-888-446-3308
Pay by phone 1-800-436-7958
International 1-302-594-8200
We accept operator relay calls

**Send Inquiries to:**
P.O. Box 15298
Wilmington, DE 19850-5298

**Mail Payments to:**
P.O. Box 1423
Charlotte, NC 28201-1423

**Visit Our Website:**
www.chase.com/cardhelp

## Information About Your Account

**Making Your Payments:**
The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments electronically through our website or by one of our customer service phone numbers shown. In using any of these channels, you are authorizing us to withdraw funds as a one-time electronic funds transfer from your bank account. In our automated phone system, this authorization is provided via entry of a personal identification number. You may revoke this authorization by cancelling your payment through our website or customer service telephone numbers prior to the payment processing. If we receive your completed payment request through one of these channels by 11:59 p.m. Eastern Time, we will credit your payment as of that day. If you receive your request after 11:59 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date in your request we will credit your payment as of that day.

If you pay by regular U.S. mail to the Payments address shown on this statement, write your account number on your check or money order and include the payment coupon in the envelope. Do not send more than one payment or coupon per envelope. Do not staple, clip or tape the documents. Do not include correspondence. Do not send cash. If we receive your properly prepared payment on any day by 5 p.m. local time at our Payments address on this statement, if you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported To Credit Bureau:**
We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, please write to us at Chase Card Services P.O. Box 15369, Wilmington, DE 19850-5369.

**Authorization To Convert Your Check To An Electronic Transfer Debit:**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. Your bank account may be debited as soon as the same day we receive your payment. You will not receive your check back from your institution.

**Conditional Payments:**
Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:**
If your Account Agreement has an annual membership fee, you are responsible for it every year your Account is open. We will add your annual membership fee to your monthly billing statement once a year, whether or not you use your account. Your annual membership fee will be added to your purchase balance and may incur interest. The annual membership fee is non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual membership fee is billed. Your payment of the annual membership fee does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, the annual membership fee will no longer be billed to your Account.

**Calculation Of Balance Subject To Interest:**
To figure your periodic interest charges for each billing cycle using a daily periodic rate(s) applies, we use the daily balance method (including new transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including new transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases (including Chase Pay Over Time plans created at checkout with select merchants), balance transfers, cash advances, My Chase Loan or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. For tax-based Chase Pay Over Time plans there is a fixed monthly fee of up to 1.72% of the amount of each eligible purchase transaction or amount you select to pay over time with no interest. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1. the date of the transaction - for new purchases (including Chase Pay Over Time plans created at checkout with select merchants),



balance transfers, cash advances, or My Chase Loans;

2. the date the payee deposits the check - for new cash advance checks or balance transfer checks;

3. the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever are later - for fees

**How To Avoid Paying Interest On Purchases:**
Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account (or Interest Saving Balance) in full each billing period by the date and time due, no interest is charged on new purchases month to month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on higher rate balances unless you pay your balance (or Interest Saving Balance) in full each month.

**Credit Limit:**
If you want to inquire about your options to help prevent your account from exceeding your credit limit, please call the number on the back of your card.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299.

In your letter, give us the following information:

- Account information: Your name and Account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.

- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases:**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use the right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299, Wilmington, DE 19850-5299

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA04012024

To manage your account, including card payments, alerts, and change of address, visit **www.chase.com/cardhelp** or call the customer service number which appears on your account statement.

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 11/09 | Payment Thank You - Web | -250.00 |
| **PURCHASE** | | |
| 10/20 | DD *DOORDASH HONEYGROW 855-431-0459 CA | 25.38 |
| 10/20 | APPLE.COM/BILL 866-712-7753 CA | 29.97 |
| 10/20 | APPLE.COM/BILL 866-712-7753 CA | 19.99 |
| 10/22 | APPLE.COM/BILL 866-712-7753 CA | 9.99 |
| 10/24 | UBER   *TRIP HELP.UBER.COM CA | 13.95 |
| 10/26 | Spotify P3BD3553BB New York NY | 19.99 |
| 10/27 | APPLE.COM/BILL 866-712-7753 CA | 9.99 |
| 10/28 | APPLE.COM/BILL 866-712-7753 CA | 59.97 |
| 10/29 | UBER   *TRIP HELP.UBER.COM CA | 16.95 |
| 10/29 | DD *DOORDASH BIGBUNSDA 855-431-0459 CA | 29.34 |
| 10/29 | APPLE.COM/BILL 866-712-7753 CA | 12.99 |
| 10/31 | APPLE.COM/BILL 866-712-7753 CA | 11.99 |
| 11/06 | APPLE.COM/BILL 866-712-7753 CA | 10.98 |
| 11/06 | APPLE.COM/BILL 866-712-7753 CA | 6.99 |
| 11/10 | DD *DOORDASH DAVESHOTC 855-431-0459 CA | 32.08 |
| 11/10 | BARTLEBY 866-524-3843 CA | 9.99 |
| 11/11 | MARTIN LAW GROUP, P.C. 188-88582546 VA | 6,000.00 |
| 11/11 | WAL-MART #5227 BURKE VA | 54.35 |
| 11/12 | discovery+ 012-3456789 TN | 5.99 |
| 11/12 | LIDL #8031 FREDERICKSBUR VA | 86.01 |
| 11/11 | THE HOME DEPOT 4639 FAIRFAX VA | 20.07 |
| 11/13 | Disney Plus 888-9057888 CA | 18.99 |
| 11/12 | APPLE.COM/BILL 866-712-7753 CA | 2.99 |
| 11/13 | APPLE.COM/BILL 866-712-7753 CA | 6.99 |
| 11/13 | APPLE.COM/BILL 866-712-7753 CA | 31.96 |
| 11/13 | PANDA EXPRESS #3238 OXON HILL MD | 27.13 |
| **INTEREST CHARGED** | | |
| 11/19 | PURCHASE INTEREST CHARGE | 175.56 |
| | TOTAL INTEREST FOR THIS PERIOD | $175.56 |

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $1,700.56 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 23.74%(v)(d) | $8,707.48 | $175.56 |
| **CASH ADVANCES** | | | |
| Cash Advances | 28.74%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS / MY CHASE LOAN** | | | |
| Balance Transfers | 23.74%(v)(d) | - 0 - | - 0 - |
| My Chase Loan | 23.74%(v)(d) | - 0 - | - 0 - |
| | | | **31 Days in Billing Period** |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

ANDREAS N PERICLI                                Page 2 of 2                          Statement Date:    11/19/25