**Panel A: TD Transactions**

| Date | Trans Type | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 12/5/2025 | CREDIT | Transfer | rent 260 | | $8,260 | $9,510 |
| 12/8/2025 | CREDIT | Rent | rent | | $800 | $10,310 |
| 12/15/2025 | DEP | Rent | rent | | $250 | $11,860 |
| 12/15/2025 | DEP | Rent | rent | | $300 | $11,610 |
| 12/15/2025 | DEP | Rent | rent | | $500 | $11,310 |
| 12/15/2025 | DEP | Rent | rent | | $500 | $10,810 |
| 12/17/2025 | CHECK | CHECK # 102 | Professional Services | $1,000 | | $7,744 |
| 12/17/2025 | DEBIT | Insurance | Property Insurance | $3,116 | | $8,744 |
| 12/19/2025 | DEP | CHK ORDERS | other | $50 | | $7,694 |
| 12/22/2025 | CREDIT | trash | trash | | $0 | $7,694 |
| 12/23/2025 | DEBIT | trash | trash | $529 | | $7,165 |
| 12/26/2025 | DEBIT | PEPCO | utilities | $426 | | $6,110 |
| 12/26/2025 | DEBIT | PEPCO | utilities | $628 | | $6,536 |

**Panel B: Truist Transactions**

| Date | Trans Type | Description | Category | Amount | Balance |
|---|---|---|---|---|---|
| 12/1/2025 | Debit | Gas | Utilities | ($142.45) | $1,292.74 |
| 12/1/2025 | Debit | Gas | Utilities | ($20.83) | $1,292.74 |
| 12/1/2025 | Debit | Gas | Utilities | ($16.55) | $1,292.74 |
| 12/2/2025 | Credit | voucher rent | Rent Income | $2,942.00 | $4,560.74 |
| 12/2/2025 | Credit | voucher rent | Rent Income | $326.00 | $4,560.74 |
| 12/4/2025 | Credit | voucher rent | Rent Income | $2,130.00 | $8,120.74 |
| 12/4/2025 | Credit | voucher rent | Rent Income | $1,430.00 | $8,120.74 |
| 12/5/2025 | Check | Check #1017 | Transfer to TD | ($8,000.00) | $120.74 |
| 12/17/2025 | Debit | Fees | Taxes & Fees | ($36.00) | ($278.47) |
| 12/17/2025 | Debit | Pepco | Utilities | ($202.64) | ($278.47) |
| 12/17/2025 | Debit | fees | Taxes & Fees | ($36.00) | ($278.47) |
| 12/17/2025 | Debit | Pepco | Utilities | ($124.57) | ($278.47) |
| 12/26/2025 | Debit | fees | Taxes & Fees | ($36.00) | ($386.47) |
| 12/26/2025 | Debit | fees | Taxes & Fees | ($36.00) | ($386.47) |
| 12/26/2025 | Debit | fees | Taxes & Fees | ($36.00) | ($386.47) |

**Panel C: Profit and Loss**

| | Expenses | Income | Net |
|---|---|---|---|
| Rent | | $9,438 | |
| Utilities | $1,561.49 | | |
| Water | 0 | | |
| Bank Fees | $180.00 | | |
| Insurance | $3,116 | | |
| Professional Services | $1,000 | | |
| **Total** | **$5,857.59** | **$9,438** | **$3,580.41** |

**Panel D: Receivables and Payables**

**Payables**

| | |
|---|---:|
| Pepco | $311 |
| Trash | $212 |
| Washington Gas | $0 |
| Water | $17,038 (*) |
| Taxes | $5,000 |
| **Total** | **$22,561** |

**Receivables**

| | |
|---|---:|
| unpaid rent | $4,119 |

Notes: (*)I have a possible leak at the property and I have a dispute.
DC water authority will be at the property on January 21st