

**Front of check**



**Back of check**

