

Accounts

| | |
|---|---|
| Account: | **CHAPTER 11 CHECKING** |
| Date posted: | **Dec 15, 2025** |
| Amount: | **$250.00** |

**Front of deposit slip**



**Back of deposit slip**



**Front of check**



**Back of check**

