

Accounts

| | |
|---|---|
| Account: | **CHAPTER 11 CHECKING** |
| Date posted: | **Dec 15, 2025** |
| Amount: | **$500.00** |

Front of deposit slip



Back of deposit slip



Front of check

Back of check