**dc water is life®**

| Account Number: | ▇▇▇438-7 |
|---|---|
| Service Address: | 501 CHESAPEAKE ST SE |
| Square/Suffix/Lot: | 6207//0810 |
| Impervious Sq. Ft.: | 9,100 |

| Questions/Preguntas: | (202) 354-3600 |
|---|---|
| Emergencies/Emergencia: | (202) 612-3400 |
| Visit Us Online: | DCWater.com |

| Meter Number | Meter Size | Prior Read Date | Current Read Date | Number of Days | Prior Read | Current Read | Usage (CCF) | Usage (Gallons) | Read Type |
|---|---|---|---|---|---|---|---|---|---|
| 88189524 | 1" | 12/2/25 | 1/2/26 | 32 | 259,891 | 270,897 | 110.06 | 82324.88 | ACT |

### BILL SUMMARY

| | |
|---|---|
| Bill Date | 1/5/26 |
| Previous Balance | $6,009.46 |
| Payments as of 1/5/26 | $0.00 |
| Outstanding Amount Due | $6,009.46 |
| Other Charges and Credits | $8,584.94 |
| Current Charges | $2,443.91 |
| **Total Amount Due by 1/30/26** | **$17,038.31** |

**Dispute Deadline for Current Bill: 1/25/26**

### IMPORTANT MESSAGES

This account is PAST DUE in the amount of $6009.46.

With paperless billing, you can receive and pay your bill online. Log into My DC Water for more information.

### CURRENT CHARGES - MULTI-FAMILY

| | |
|---|---|
| Metering Fee 1" | $9.16 |
| Water System Replacement Fee 1" | $9.67 |
| Water Services 110.06 CCF X $6.47 | $712.09 |
| Sewer Services 110.06 CCF X $12.52 | $1,377.95 |
| Clean Rivers IAC 9.10 ERU X $24.23 | $220.49 |

### DC GOVERNMENT FEES

| | |
|---|---|
| DC Government PILOT Fee 110.06 CCF X $0.62 | $68.24 |
| DC Government ROW Fee 110.06 CCF X $0.20 | $22.01 |
| DC Govt Stormwater Fee 9.10 ERU X $2.67 | $24.30 |
| **Total Current Charges** | **$2,443.91** |

### OTHER CHARGES AND CREDITS

| | |
|---|---|
| 1% Penalty (Refer to back of bill) | $107.28 |
| 10% Late Penalty Fee | $701.06 |
| Installment Plan Cancelled | $7,776.60 |
| **Total Other Charges and Credits** | **$8,584.94** |
| **TOTAL CURRENT BILL** | **$11,028.85** |



USAGE AT A GLANCE (CCF)

---

*Please return the portion below with your payment to ensure proper credit to your account.*

---



Make a SPLASH to help those in need pay their water bill

☐ R-Up    ☐ R-Up + $1    ☐ R-up + $5    ☐ R-up + $____    ☐ $____

ROUND UP (R-up) — Round your bill up to the next dollar or more (Starts on next bill, recurring monthly)

ONE-TIME (Include with payment)

| Account Number: | 2035438-7 |
|---|---|
| **Total Amount Due: 1/30/26** | **$17,038.31** |
| Amount Due After: 2/4/26 | $17,282.70 |
| **Amount Enclosed** | $_____ |

Please allow time for your payment to reach us.

6751 0010  DY RP 05 01062026 YNNNNY 01 003641  0014

EUCLID REALTY CAPITAL V LLC
501 CHESAPEAKE ST SE
WASHINGTON DC 20032

Remit payment to:

DC WATER
P.O. BOX 97200
WASHINGTON, DC  20090

Account Number:    2035438-7    6751 0010  DY RP 05 01062026 YNNNNY 01 003641  0014

## EXPLANATION OF TERMS

| | | | | | |
|---|---|---|---|---|---|
| ACT | ACTUAL METER READING | CUST | CUSTOMER METER READING | ERU | EQUIVALENT RESIDENTIAL UNIT |
| CAP | CUSTOMER ASSISTANCE PROGRAM | EST | ESTIMATED METER READING | NSF | INSUFFICIENT FUNDS |
| CCF | CENTUM CUBIC FEET (100) | | 1 CCF = 748 GALLONS | | |

| CUSTOMER CLASSIFICATION | DESCRIPTION – Please see 21 DCMR § 4104 for full description of the customer classifications. |
|---|---|
| RESIDENTIAL | A single-family dwelling used for domestic purposes, within a single-family home, apartment building, condominium or cooperative housing association where each unit is served by a separate service line and is individually metered, or a multi-family structure or development used for domestic purposes (less than 4 units) served by a single service line that is master metered. See 21 DCMR § 4104 for excluded premises. |
| MULTI-FAMILY (MF) | A multi-family structure or development used for domestic purposes, with four or more residential dwelling units, including single-family, apartment, condominium, or cooperative housing association served by the same service line that is master metered. See 21 DCMR § 4104 for excluded premises. |
| NON-RESIDENTIAL OR COMMERCIAL | All customers not referenced within the Residential or Multi-Family class including premises where one or more units are not used for domestic purposes and all units are served by the same master metered service line. |



| SERVICE FEES & CHARGES | REASON | AMOUNT |
|---|---|---|
| LATE FEE | Bill is not paid within 30 calendar days after bill date<br>Bill is not paid 60 or more days after bill date | 10%<br>1% Interest, compounded monthly |
| SERVICE DISCONNECTION/RESTORATION | Disconnection of service<br>Restoration of service | $60<br>$55 - Residential; $110 - Non-Residential and MF |
| UNAUTHORIZED TURN-ON | Water is illegally turned on without authorization following disconnection | $260 |
| METERING FEE | Installation, operation and repair of DC Water-owned meters | Based on meter size |
| CHECK RETURN FEE | Returned check or electronic funds transfer (EFT) | $35 |
| RETURNED CREDIT CARD FEE | Returned credit card or chargeback charge | $45 |
| WATER SYSTEM REPLACEMENT FEE | Funds replacement of aging water infrastructure | Based on meter size and average water flow |
| MANUAL METER READING FEE | If a customer refuses installation of automated meter reading device or does not satisfy meter transmission requirements, a fee of $20 is charged for residential customers, and $100 to $500 is charged based on meter size for non-residential and MF customers. | |
| NON-COMPLIANCE FEE | A $475 fee is charged for failure to comply with a notice of repair order issued to the customer. | |
| NEW CUSTOMER ACCOUNT INITIATION FEE (SERVICE INITIATION FEE) | A $60 fee for new account setup. If you are a property owner in the District of Columbia and need to start water service, have your title company contact DC Water and provide a copy of your settlement statement. Tenants are unable to start service. | |
| CLEAN RIVERS IMPERVIOUS AREA CHARGE (CRIAC) | This charge is based on the impervious area of a property and was designed so that property owners pay a fair share towards the cost of the Long Term Combined Sewer Overflow Control Plan. The charge structure uses the term equivalent residential unit or ERU to measure the impervious area. Residential properties are categorized into tiered ranges. Multi-family and non-residential properties are charged based on square footage of impervious area. For more information, please visit us at dcwater.com/impervious-area-faq. | |

| DC GOVERMENT CHARGES | PURPOSE |
|---|---|
| STORMWATER | Set by DC Dept. of Energy & Environment per amount of impervious area, funds DC stormwater management program. |
| ROW (RIGHT-OF-WAY) | Payment made to DC government for DC Water's sewer and water mains that occupy the Public Right-of-Way. |
| PILOT (PAYMENT IN LIEU OF TAXES) | Payment made to DC government for services, like public safety, that are provided to DC Water. |

| BILLING & PAYMENT | ACTION |
|---|---|
| PAYING BY MAIL | Write your account number on your check or money order and make it payable to DC Water. |
| SELLING PROPERTY / FINAL BILL REQUEST | If you are selling your property in the District of Columbia and need to close your account, have your title company contact DC Water and provide a copy of your settlement statement. DC Water holds the owner of the property responsible for payment of the final bill. Listed tenants vacating the property are encouraged to contact DC Water to be removed from the account. |
| CAP (CUSTOMER ASSISTANCE PROGRAM) | DC Water assistance program for low-income residents that may qualify for discounts on water and sewer charges and CRIAC. Contact the DC Department of Energy & Environment (DOEE) at (202) 673-6750 or 311 to apply for assistance. |
| SPLASH (SERVING PEOPLE BY LENDING A SUPPORTING HAND) | SPLASH is a DC Water customer assistance program designed to provide emergency assistance to financially challenged District residential owner/tenant customers pay their water and sewer bill. For assistance, contact the Greater Washington Urban League at 202-265-8200. To support this program, please round your bill up to the next dollar or two, and donate the difference to a DC resident in need. To automatically contribute to the roundup program, please check the appropriate box on the payment stub. The monthly roundup contribution will be made automatically. Please be sure your account balance is current before contributing. |

### BILLING DISPUTES

An owner or occupant may challenge the most recent charges on the bill by either: (a) paying the current charges in the bill and notifying DC Water in writing within 20 calendar days after the bill date, the reason(s) why the bill is believed to be incorrect and that the bill is being paid under protest; or, (b) not paying the current charges in the bill and notifying DC Water in writing, within 20 calendar days after the bill date, the reason(s) why the bill is believed to be incorrect. Challenges received after the 20 day period, will be deemed untimely and will not stop the imposition of a penalty for nonpayment of charges or the possibility of termination of service for nonpayment. DC Water will investigate and suspend an owner or occupant's obligation to pay the disputed bill until they have been provided written results of the investigation and the date that the bill should be paid. If it is determined that the bill is erroneous, DC Water shall adjust the bill accordingly and refund any overcharges paid. If the owner/occupant is not satisfied with DC Water's decision, then they may request in writing an administrative hearing within fifteen (15) calendar days of the date of the decision. The owner or occupant is not relieved of the responsibility for paying all previously or subsequently rendered bill(s), uncontested service charges, penalties, interest, and administrative costs. For more information on your rights please visit us at dcwater.com/disputing-bill.

Consumer Advocate - Office of Peoples Counsel, OPC-DC.gov, 1133 Fifteenth St NW, Washington, DC 20005, 202-727-3071    SBAPF002