# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| EUCLID REALTY CAPITAL V, LLC ) | |
| ) | Case No. 25-00518-ELG |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

## NOTICE OF HEARING ON MOTION TO RETAIN EXISTING BANK ACCOUNT AND OPPORTUNITY TO OBJECT

PLEASE TAKE NOTICE that the Debtor, Euclid Realty Capital V, LLC ("Debtor"), has filed papers with this Court asking the Court to enter an order authorizing the Debtor to retain an existing bank account. The motion is on file with the Clerk of the U.S. Bankruptcy Court and may be reviewed therein or copies may be obtained by making a written request upon the undersigned counsel to the Debtor.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not wish this Honorable Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before February 11, 2026, you or your attorney must:

  X    File with the court a written response explaining your position at:

  Clerk of the Court
  United States Bankruptcy Court
  333 Constitution Avenue, N.W.
  Washington, DC 20001

You must also mail a copy to:

  Jeffery T. Martin, Jr.
  Martin Law Group, P.C.
  8065 Leesburg Pike, Suite 750
  Vienna, Virginia 22182
  (Counsel for the Debtor)

  X    Attend the hearing on the motion scheduled to be held on February 18, 2026 at 10:00 a.m., at the United States Bankruptcy Court, Courtroom 1, 333 Constitution Avenue, N.W., Washington, DC 20001.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   January 21, 2026        Signature, name, address and telephone
                                         number of person giving notice:

                                         /s/ Jeffery T. Martin, Jr.
                                       Jeffery T. Martin, Jr., Bar No. VA71860
                                       Martin Law Group, P.C.
                                       8065 Leesburg Pike, Suite 750
                                       Vienna, VA 22182
                                       703-834-5550 Office
                                       jeff@martinlawgroup.com
                                       *Counsel to the Debtor*

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this January 21, 2026, mailed a true and correct copy of the foregoing Notice of Motion and Opportunity to Object to the parties listed on the attached mailing matrix. Pursuant to Local Rule 5005-3(c), the attached Service List is being filed with the original of this Notice filed with the court but is not being served on all entities served with this notice.

                                         s/ Jeffery T. Martin, Jr.
                                         Jeffery T. Martin, Jr.