**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| EUCLID REALTY CAPITAL V, LLC ) | |
| ) | Case No. 25-00518-ELG |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

**<u>ORDER</u>**

THIS MATTER comes on upon the Motion of Euclid Realty Capital V, LLC ("Debtor") to maintain a pre-existing bank account held at Truist Bank to receive rental income payments from The District of Columbia Housing Authority ("DCHA"); and

IT APPEARING that said Motion is well founded and in the best interest of the estate and its creditors; it is hereby

ORDERED that the Debtor is authorized to receive rental income payments form DCHA in its pre-existing Truist Bank account numbered XXXXXXXX1055 solely to receive rental payments; and it is further

ORDERED that Debtor shall transfer the full balance of any deposits of rental income to the debtor-in-possession account within two (2) business days of receipt.

I ASK FOR THIS:

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550 Office
jeff@martinlawgroup.com
Counsel for the Debtor


SEEN:

_____
Katherine Toledo
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
703-557-7274 (telephone)