**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Euclid Realty Capital V LLC,** | ) | Case No. 25-00518-ELG |
| | ) | |
| Debtor | ) | (Chapter 11) |
| | ) | |
| | ) | |

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES AND PLEADINGS**

Please take notice that pursuant to Federal Rules of Bankruptcy Procedure Rule 9010(b), Emil Hirsch of Carlton Fields, P.A., hereby enters his appearance as counsel of record for the District of Columbia Water and Sewer Authority. The undersigned requests, pursuant to 11 U.S.C. § 1109 and Federal Rules of Bankruptcy Procedure Rules 2002, 3017, 9007, and 9010, copies of all notices, motions, and pleadings filed or entered in this case be given to and served upon the following:

> Emil Hirsch
> Carlton Fields, P.A.
> 1625 Eye Street NW, Suite 800
> Washington, DC 20006
> Telephone: 202-965-8184
> Email: ehirsch@carltonfields.com

Please take further notice that the foregoing request includes notices and papers referred to in the rules specified above, but also, without limitation, notices of application, complaint, demand, hearing, motion, order, pleadings, or request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, or otherwise which effect or seek to affect in any way any rights or interests of creditors and parties in interest in this case.

143618956.1

Dated: February 12, 2026,         Respectfully submitted,

               */s/ Emil Hirsch*
               Emil Hirsch (D.C. Bar No. 0930479)
               CARLTON FIELDS, P.A.
               1625 Eye Street NW, Suite 800
               Washington, DC 20006
               Tel: (202) 965-8184
               Fax: (202) 965-8104
               ehirsch@carltonfields.com
               *Attorney for DC Water and Sewer Authority*

143618956.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the Notice of Entry of Appearance and Request for Notices and Pleadings was served electronically through the Court's electronic filing system on the 12th day of February 2026.

                                                             */s/ Emil Hirsch*
                                                           Emil Hirsch, Esq.

143618956.1