The order below is hereby signed.

Signed: February 13 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | )<br>)<br>) |
| EUCLID REALTY CAPITAL V, LLC | )<br>) Case No. 25-00518-ELG<br>) |
| Debtor. | ) Chapter 11<br>) |

## ORDER

THIS MATTER comes on upon the Motion of Euclid Realty Capital V, LLC ("Debtor") to maintain a pre-existing bank account held at Truist Bank to receive rental income payments from The District of Columbia Housing Authority ("DCHA"); and

IT APPEARING that said Motion is well founded and in the best interest of the estate and its creditors; it is hereby

ORDERED that the Debtor is authorized to receive rental income payments form DCHA in its pre-existing Truist Bank account numbered XXXXXXXX1055 solely to receive rental payments; and it is further

ORDERED that Debtor shall transfer the full balance of any deposits of rental income to the debtor-in-possession account within two (2) business days of receipt, and it is further

ORDERED that the Debtor will continue to provide statements for the Truist Bank account numbered XXXXXXXX1055 account with its MORs for as long as that account remains open.

I ASK FOR THIS:

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550 Office
jeff@martinlawgroup.com
Counsel for the Debtor


SEEN:

/s/ Katharine Toledo
Katharine Toledo
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
(202)-603-5203
Katharine.I.Toledo@usdoj.gov


END OF ORDER