The order below is hereby signed.

Signed: February 13 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:                                    )
                                          )
EUCLID REALTY CAPITAL V, LLC              )
                                          )    Case No. 25-00518-ELG
                                          )
        Debtor.                           )    Chapter 11
                                          )

## ORDER

THIS MATTER comes on upon the Motion of Euclid Realty Capital V, LLC ("Debtor") to maintain a pre-existing bank account held at Truist Bank to receive rental income payments from The District of Columbia Housing Authority ("DCHA"); and

IT APPEARING that said Motion is well founded and in the best interest of the estate and its creditors; it is hereby

ORDERED that the Debtor is authorized to receive rental income payments form DCHA in its pre-existing Truist Bank account numbered XXXXXXXX1055 solely to receive rental payments; and it is further

ORDERED that Debtor shall transfer the full balance of any deposits of rental income to the debtor-in-possession account within two (2) business days of receipt, and it is further

ORDERED that the Debtor will continue to provide statements for the Truist Bank account numbered XXXXXXXX1055 account with its MORs for as long as that account remains open.

I ASK FOR THIS:

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
703-834-5550 Office
 jeff@martinlawgroup.com
Counsel for the Debtor

SEEN:

/s/ Katharine Toledo
Katharine Toledo
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
(202)-603-5203
Katharine.I.Toledo@usdoj.gov

END OF ORDER

United States Bankruptcy Court

District of Columbia

In re:                                                                                                          Case No. 25-00518-ELG

Euclid Realty Capital V LLC                                                                     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 13, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

**Recip ID        Recipient Name and Address**
dbpos        +    Euclid Realty Capital V LLC, 4917 Carriagepark Rd, Fairfax, VA 22032-2368

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2026                    Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2026 at the address(es) listed below:**

**Name**                **Email Address**

Diana Pereira Dias
    on behalf of Debtor In Possession Euclid Realty Capital V LLC diana@martinlawgroup.com

Emil Hirsch
    on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com
    wdcecf@cfdom.net;ewhittington@carltonfields.com;ACinca@carltonfields.com;lierardi@carltonfields.com

Jeffery T. Martin
    on behalf of Debtor In Possession Euclid Realty Capital V LLC jeff@martinlawgroup.com
    Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com

Katharine Toledo
    on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 13, 2026 | Form ID: pdf001 | Total Noticed: 1

Maurice Belmont VerStandig
on behalf of Creditor IBI SBL Investment LP mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 7