### Panel A: TD Transactions

| Date | Trans Type | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 1/12/2026 | CREDIT | Rent Income | | | 500 | $7,410 |
| 1/12/2026 | CREDIT | Rent Income | | | 800 | $6,910 |
| 1/28/2026 | DEP | DEPOSIT | | | 1550 | $8,960 |
| 1/30/2026 | DEP/credit | Check Deposit | | | 5000 | $13,960 |

### Panel B: Truist Transactions

| Date | Trans Type | Description | Category | Amount | Balance |
|---|---|---|---|---|---|
| 1/2/2026 | Credit | Greater Washin | Deposits | $2,130.00 | $1,743.53 |
| 1/5/2026 | Debit | Washington Ga | Utilities | ($197.08) | $5,010.14 |
| 1/5/2026 | Debit | Washington Ga | Utilities | ($25.76) | $5,010.14 |
| 1/5/2026 | Debit | Washington Ga | Utilities | ($16.55) | $5,010.14 |
| 1/5/2026 | Credit | Wells Fargo | Deposits | $2,942.00 | $5,010.14 |
| 1/5/2026 | Credit | District of Colur | Deposits | $564.00 | $5,010.14 |
| 1/7/2026 | Credit | District of Colur | Deposits | $1,430.00 | $6,440.14 |
| 1/21/2026 | Debit | Pepco | Utilities | ($296.98) | $5,925.85 |
| 1/21/2026 | Debit | Pepco | Utilities | ($217.31) | $5,925.85 |
| 1/29/2026 | Debit | Washington Ga | Utilities | ($201.02) | $5,684.91 |
| 1/29/2026 | Debit | Washington Ga | Utilities | ($23.37) | $5,684.91 |
| 1/29/2026 | Debit | Washington Ga | Utilities | ($16.55) | $5,684.91 |
| 1/30/2026 | Check | | Cash & Checks | ($5,000.00) | $684.91 |

### Panel C: Profit and Loss

| | Expenses | Income | Net |
|---|---|---|---|
| Rent | | $8,366 | |
| Utilities | ($994.62) | | |
| Water | | | |
| Bank Fees | | | |
| Insurance | | | |
| Professional Services | | | |
| **Total** | **($994.62)** | **$8,366** | **$7,371.38** |

### Panel D: Receivables and Payables

**Payables**

| | |
|---|---|
| Pepco | |
| Trash | $512 |
| Washington Gas | $0 |
| Water | $17,038 (*) |
| Taxes | $5,000 |
| **Total** | **$22,550** |

**Receivables**

Rent Receivables $4,119

Notes: (*) Dcwater authroity visited the property on January 2st and found out a faulty meter
The balance is in dispute the charge for February is $823 only