1020

**EUCLID REALTY CAPITAL V LLC**
4917 CARRIAGEPARK RD
FAIRFAX, VA 22032

DATE 1/29/2026    68-426/514

PAY TO THE ORDER OF __Euclid Realty Capital V LLC__   $ 5,000.00

__Five Thousand__ DOLLARS

TRUIST

FOR __Transfer from Truist to TD A/C__    P. Ry

580619029834 123805  20260130 000001470014431055
TRN_DEBIT KZAND  5000.00
Fairfax 0806 94004 5806 0008 0028

For Deposit