Office of the United States Trustee
Katharine I. Toledo
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(202) 603-5203 (Office Cell)
katharine.i.toledo@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Euclid Realty Capital V LLC,** | Case No. 25-00518-ELG |
| Debtor. | Chapter 11 |

### MOTION TO EXPEDITE HEARING AND SHORTEN TIME TO RESPOND

Matthew W. Cheney, Acting United States Trustee for Region 4 (the "U.S. Trustee"), by counsel, moves this Court to shorten time to respond to and expedite the hearing on the U.S. Trustee's Motion to Convert or Dismiss (the "Motion to Dismiss"). In support of this Motion, the U.S. Trustee states as follows:

### FACTUAL BACKGROUND

1. This Court has jurisdiction over this matter pursuant to §§ 1334 and 157.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On November 11, 2025, the Debtor filed this case under chapter 11 of the Bankruptcy Code. *See* Docket No. 1.

4. The facts as provided in the U.S. Trustee's Motion to Dismiss, filed contemporaneous herewith, are incorporated by reference.

5. Through the Motion to Dismiss, the U.S. Trustee seeks the entry of an Order dismissing the case.

## BASIS FOR RELIEF

Federal Rule of Bankruptcy Procedure 9006(c) provides that "…when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

The Local Rules of this Honorable Court, in turn, provide a specific procedure for the shortening of time and for the noticing of an expedited hearing:

> If a movant requests that the time for filing objections should be shortened and/or that a more expedited hearing is needed, the movant shall contemporaneously file a separate motion (a "Motion to Shorten") requesting that the court shorten the time to object and/or requesting that the Court set an expedited hearing (an "Expedited Hearing Motion"). The Motion shall include statements explaining why the underlying substantive motion requires an expedited ruling by the Court and any time restrictions or other relevant information. A notice of the underlying substantive motion(s) shall not be filed until the Court rules on the Motion to Shorten or Expedited Hearing Motion.

Local Rule 9013-2(a).

## ARGUMENT

6. The main basis of the U.S. Trustee's Motion to Dismiss is the Debtor's failure to maintain insurance on the real property of the Debtor ("the Property").

7. On January 22, 2026, the Office of the U.S. Trustee requested proof of the Debtor's real property insurance.

8. As of the date of the filing of this Motion, the Debtor has failed to produce proof of unexpired insurance coverage on the Property.

9. The U.S. Trustee seeks to have the Motion to Dismiss heard expeditiously so as to not leave the bankruptcy estate vulnerable to the complete loss of its main asset. The lack of insurance on the Property exposes the main asset of the estate.

10. According to Bankruptcy Rule 2002(a), a motion to convert or dismiss a chapter 11 case shall have 21 days' notice, but the Court may order otherwise.

11. Accordingly, the U.S. Trustee wishes to expedite the hearing and shorten time to respond to the Motion to Dismiss.

12. The U.S. Trustee requests that a hearing on the Motion to Dismiss be set for Wednesday, March 4, 2026.

13. To the extent the Court grants the relief requested in this Motion to Expedite Hearing and Shorten Time, the U.S. Trustee will immediately serve a copy of the notice of hearing via electronic transmission.

WHEREFORE, the Acting United States Trustee respectfully requests that the Court enter an Order shortening the time to respond to the Motion to Convert or Dismiss and setting an expedited hearing thereon.

Dated: February 20, 2026

Matthew W. Cheney
Acting United States Trustee, Region 4

*/s/ Katharine I. Toledo*
Katharine I. Toledo, D.C. Bar No. 90027591
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(202) 603-5203 (Office Cell)
Email: katharine.i.toledo@usdoj.gov

**Certificate of Service**

  I hereby certify that on February 20, 2026, I electronically filed the foregoing Motion with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Diana Pereira Dias diana@martinlawgroup.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Emil Hirsch ehirsch@carltonfields.com, wdcecf@cfdom.net; ewhittington@carltonfields.com;ACinca@carltonfields.com;lierardi@carltonfields.com

Jeffery T. Martin jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com; brittany@martinlawgroup.com;Diana@martinlawgroup.com

Katharine Toledo katharine.i.toledo@usdoj.gov, Robert.W.Ours@usdoj.gov

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

  I further certify that on February 20, 2026, a copy of the foregoing Motion was served by first class mail, postage prepaid to the Debtor and Debtor's List of Creditors who have the 20 Largest Unsecured Claims, as listed below:

| | |
|---|---|
| Euclid Realty Capital V LLC<br>4917 Carriagepark Rd.<br>Fairfax, VA 22032 | DC Office of Tax and Revenue<br>1101 4th Street, SW, Suite W270<br>Washington, DC 20024 |
| DC WATER<br>P.O. BOX 97200<br>Washington, DC 20090 | |

              */s/ Robert W. Ours*
              Robert W. Ours
              Paralegal Specialist