The order below is hereby signed.

Signed: February 20 2026

*[Signature]*
Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | |
| Euclid Realty Capital V LLC, | Case No. 25-00518-ELG |
| Debtor. | Chapter 11 |

### ORDER GRANTING MOTION TO EXPEDITE HEARING AND TO SHORTEN TIME TO RESPOND TO THE ACTING UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 (the "U.S. Trustee") to Expedite Hearing and Shorten Time to Respond (the "Motion"), and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that any opposition to the Motion to Convert or Dismiss shall be heard orally at the hearing; and it is further

ORDERED, that the hearing on the U.S. Trustee's Motion to Convert or Dismiss shall be held on **March 4, 2026 at 10:00 a.m.**, in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations; and it is further

ORDERED, that immediately upon entry of this Order, the U.S. Trustee shall serve a notice of the hearing to all required parties.

I ask for this:

Matthew W. Cheney
Acting United States Trustee, Region 4

*/s/ Katharine Toledo*
Katharine Toledo, D.C. Bar No. 90027591
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(202) 603-5203 (Office Cell)
Email: katharine.i.toledo@usdoj.gov

Copies to:

Euclid Realty Capital V LLC
4917 Carriagepark Rd.
Fairfax, VA 22032

Diana Pereira Dias diana@martinlawgroup.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Emil Hirsch ehirsch@carltonfields.com, wdcecf@cfdom.net; ewhittington@carltonfields.com;ACinca@carltonfields.com;lierardi@carltonfields.com

Jeffery T. Martin jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com;

brittany@martinlawgroup.com;Diana@martinlawgroup.com

Katharine Toledo katharine.i.toledo@usdoj.gov, Robert.W.Ours@usdoj.gov

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

All creditors on mailing matrix

**END OF ORDER**

United States Bankruptcy Court
District of Columbia

In re:  Case No. 25-00518-ELG
Euclid Realty Capital V LLC  Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 | User: admin | Page 1 of 2
Date Rcvd: Feb 20, 2026 | Form ID: pdf001 | Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Euclid Realty Capital V LLC, 4917 Carriagepark Rd, Fairfax, VA 22032-2368 |
| 802733 | + | Amika Randolph, 501 Chesapeake St SE Unit 102, Washington, DC 20032-3663 |
| 802735 | + | Antonio Colon, 501 Chesapeake St SE Unit 303, Washington, DC 20032-3663 |
| 802736 | + | DC Office of Tax and Revenue, P O Box 37559, Washington, DC 20013-7559 |
| 802737 | + | DC WATER, P.O. BOX 97200, Washington, DC 20090-7200 |
| 806481 | + | DC Water & Sewer Authority, 1385 Canal Street SE, Washington, DC 20003-5015 |
| 802738 | + | Gregory Johnson, 501 Chesapeake St SE Unit 304, Washington, DC 20032-3663 |
| 802739 | + | IBI SBL Investment LP, 84 State St., Boston, MA 02109-2202 |
| 803461 | + | IBI SBL Investment LP, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 802740 | + | Joyce Matthew, 501 Chesapeake St SE Unit 201, Washington, DC 20032-3663 |
| 802741 | + | Marguette Tinker, 501 Chesapeake St SE Unit 101, Washington, DC 20032-3663 |
| 802743 | + | Michael Missouri, 501 Chesapeake St SE Unit 302, Washington, DC 20032-3663 |
| 802744 | + | Robert Patterson, 501 Chesapeake St SE Unit 203, Washington, DC 20032-3663 |
| 802745 | + | Tamela Fleetwood, 501 Chesapeake St SE Unit 202, Washington, DC 20032-3663 |
| 802746 | + | Tashee Byars, 501 Chesapeake St SE Unit 301, Washington, DC 20032-3663 |
| 802747 | + | Teddy Tucker, 501 Chesapeake St SE Unit 204, Washington, DC 20032-3663 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 802751 | + | Email/Text: angela.coleman@dc.gov | Feb 20 2026 22:12:00 | DC Office of Tax and Revenue, 1101 4th Street, SW, Suite W270, Washington, DC 20024-4457 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 802748 | *+ | Amika Randolph, 501 Chesapeake St SE Unit 102, Washington, DC 20032-3663 |
| 802750 | *+ | Antonio Colon, 501 Chesapeake St SE Unit 303, Washington, DC 20032-3663 |
| 802752 | *+ | DC WATER, P.O. BOX 97200, Washington, DC 20090-7200 |
| 802753 | *+ | Gregory Johnson, 501 Chesapeake St SE Unit 304, Washington, DC 20032-3663 |
| 802754 | *+ | IBI SBL Investment LP, 84 State St., Boston, MA 02109-2202 |
| 802755 | *+ | Joyce Matthew, 501 Chesapeake St SE Unit 201, Washington, DC 20032-3663 |
| 802756 | *+ | Marguette Tinker, 501 Chesapeake St SE Unit 101, Washington, DC 20032-3663 |
| 802758 | *+ | Michael Missouri, 501 Chesapeake St SE Unit 302, Washington, DC 20032-3663 |
| 802759 | *+ | Robert Patterson, 501 Chesapeake St SE Unit 203, Washington, DC 20032-3663 |
| 802760 | *+ | Tamela Fleetwood, 501 Chesapeake St SE Unit 202, Washington, DC 20032-3663 |
| 802761 | *+ | Tashee Byars, 501 Chesapeake St SE Unit 301, Washington, DC 20032-3663 |
| 802762 | *+ | Teddy Tucker, 501 Chesapeake St SE Unit 204, Washington, DC 20032-3663 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Diana Pereira Dias | on behalf of Debtor In Possession Euclid Realty Capital V LLC diana@martinlawgroup.com |
| Emil Hirsch | on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com wdcecf@cfdom.net;ewhittington@carltonfields.com;ACinca@carltonfields.com;lierardi@carltonfields.com |
| Jeffery T. Martin | on behalf of Debtor In Possession Euclid Realty Capital V LLC jeff@martinlawgroup.com Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com |
| Katharine Toledo | on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor IBI SBL Investment LP mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 7