**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **Euclid Realty Capital V LLC,** | **Case No. 25-00518-ELG** |
| **Debtor.** | **Chapter 11** |

### NOTICE OF EXPEDITED HEARING ON MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE AND DEADLINE TO OBJECT

**NOTICE IS HEREBY GIVEN** that the Acting United States Trustee has filed a motion to convert or dismiss chapter 11 case ("Motion").

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**NOTICE OF DEADLINE TO OBJECT.** Any opposition to the Motion shall be heard orally at the hearing.

**NOTICE OF HEARING.** A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **March 4, 2026 at 10:00 a.m**. The hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations.

Parties in interest with questions may contact the undersigned. If you or your attorney do not state an objection at the hearing, the court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

Office of the United States Trustee
Katharine Toledo
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(202) 603-5203 (Office Cell)
katharine.i.toledo@usdoj.gov

Dated:  February 23, 2026

Matthew W. Cheney
Acting United States Trustee, Region 4

*/s/ Katharine Toledo*
Katharine Toledo, D.C. Bar No. 90027591
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(202) 603-5203 (Office Cell)
Email: katharine.i.toledo@usdoj.gov

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 23, 2026, I electronically filed the foregoing Notice of Expedited Hearing with the Clerk of the Court and served it via the Court's CM/ECF system and by electronic mail upon all counsel who have entered an appearance in the case:

Diana Pereira Dias diana@martinlawgroup.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Emil Hirsch ehirsch@carltonfields.com, wdcecf@cfdom.net; ewhittington@carltonfields.com;ACinca@carltonfields.com;lierardi@carltonfields.com

Jeffery T. Martin jeff@martinlawgroup.com, Martin.JefferyT.B119228@notify.bestcase.com; brittany@martinlawgroup.com;Diana@martinlawgroup.com

Katharine Toledo katharine.i.toledo@usdoj.gov, Robert.W.Ours@usdoj.gov

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I further certify that on February 23, 2026, a copy of the foregoing Notice was served by overnight mail to the Debtor and Debtor's List of Creditors who have the 20 Largest Unsecured Claims, as listed below:

| Euclid Realty Capital V LLC<br>4917 Carriagepark Rd.<br>Fairfax, VA 22032 | DC Office of Tax and Revenue<br>1101 4th Street, SW, Suite W270<br>Washington, DC 20024 |
| --- | --- |
| DC WATER<br>P.O. BOX 97200<br>Washington, DC 20090 | |

/s/ Robert W. Ours
Robert W. Ours
Paralegal Specialist