Emil Hirsch, DC Bar No. 930479
Carlton Fields, P.A.
1625 I Street NW, Suite 800
Washington, DC 20006
Attorney for District of Columbia Water
and Sewer Authority

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: § § | |
| **Euclid Realty Capital V LLC** § § § § | **Case No.: 25-00518-ELG** **(Chapter 11)** |
| **Debtor** § | |

## DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY'S RESPONSE TO U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE

District of Columbia Water and Sewer Authority ("DC Water"), by and through undersigned counsel, consents to the granting of the pending U.S. Trustee's Motion to Convert or Dismiss Chapter 11 Case (ECF 23). DC Water supports the United States Trustee's argument that the case should be dismissed due to the Debtor's failure to maintain real property insurance and pay its quarterly fees and to comply with the requirements of 11 U.S.C. § 366.

Dated: March 9, 2026

Respectfully submitted,

 */s/ Emil Hirsch*
Emil Hirsch (D.C. Bar No. 0930479)
CARLTON FIELDS, P.A.
1625 I Street NW, Suite 800
Washington, DC 20006
Tel: (202) 965-8184
Fax: (202) 965-8104
ehirsch@carltonfields.com
*Attorney for DC Water and Sewer Authority*

143879207.2

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing District of Columbia Water and Sewer Authority's Response to U.S. Trustee's Motion to Convert or Dismiss Chapter 11 Case was filed and served electronically using the Court's ECF system on March 9, 2026.

                                         /s/ *Emil Hirsch*
                                         Emil Hirsch

143879207.2