**November 2025**

**TD Bank #0442**  Beginning Balance: $ -

| Date | | Transaction Type | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| | 11/18/2025 | DEPOSIT | Deposit | | $ - | $ 1,000.00 | $ 1,000.00 |
| | 11/26/2025 | DEPOSIT | ADJ-41 4946 -- court fee | | $ (250.00) | $ - | $ 750.00 |
| | 12/26/2025 | DEBIT | BUILDIUM FUNDING | Rent | $ - | $ 500.00 | $ 1,250.00 |
| | | | | | $ (250.00) | $ 1,500.00 | |

**Truist Bank #1055**  Beginning Balance: $ 3,702.42

| Date | | Transaction Type | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| | 11/12/2025 | CHECK | Check # 1015 | Check | $ (2,000.00) | $ - | $ 1,702.42 |
| | 11/19/2025 | CREDIT | PEPCO | Utilities | $ (112.10) | $ - | $ 1,590.32 |
| | 11/19/2025 | CREDIT | PEPCO | Utilities | $ (117.75) | $ - | $ 1,472.57 |
| | | | | | $ (2,229.85) | $ - | |

**Personal Funds Paid**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/11/2025 | Credit | Legal fees | Fees | $ (10,000.00) | $ - | |

**Profit & Loss**

| | Debit | Credit | |
|---|---|---|---|
| Rents received | $ - | $ 1,500.00 | |
| Fees | $ (2,250.00) | $ - | |
| Utilities | $ (229.85) | $ - | |
| **Profit (loss)** | $ (2,479.85) | $ 1,500.00 | $ (979.85) |

**Receivables & Payables**

Payables

| | | |
|---|---|---|
| Pepco | $ (1,060.00) | |
| Trash | $ (318.00) | |
| Washington Gas | $ - | |
| Water | $ (12,786.00) | *read notes |
| Taxes | $ (5,000.00) | |
| **Total unpaid utility bills** | **$ (19,164.00)** | |

Receivables

| | |
|---|---|
| Unpaid rents | $ 1,014.00 |

| Income Statement (statement of Operations) | Current Month |
|---|---|
| Gross icome/sales (net of returns and allowances) | $ 1,500.00 |
| Cost of goods sold (inclusive of depreciation, if applicable) | $ - |
| Gross profit (a-b) | $ 1,500.00 |
| Selling expenses | $ - |
| General and administrative expenses | $ (2,479.85) |
| Other expenses | |
| Depreciation and/or amortization (not included in 4b) | |
| Interest | |
| Taxes (local, state, and federal) | |
| Reorganization | |
| Profit (loss) | $ (979.85) |