1015

**EUCLID REALTY CAPITAL V LLC**
4917 CARRIAGEPARK RD
FAIRFAX, VA 22032

SECURED BY EZSHIELD

DATE 11/11/2025   68-426/514

PAY TO THE ORDER OF Martin Law Group   $2,000.00

Two Thousand ———— DOLLARS

**TRUIST** HH

FOR

20251112 15785000049200 AUB 051403164 TLR# 0002522

ENDORSE HERE

PAY TO THE ORDER OF
SANDY SPRING BANK
FAIRFAX, VA 20031-3901
055001096
FOR DEPOSIT ONLY
CHECK H: MARTIN LAW GROUP, P.C.
OPERATING ACCOUNT
NAME OF FINANC 1833098001 N         DATE