# TD Bank

**America's Most Convenient Bank®**

Accounts

| | |
|---|---|
| Account: | **CHAPTER 11 CHECKING** |
| Date posted: | **Nov 18, 2025** |
| Amount: | **$1,000.00** |

**Front of deposit slip**

TD Bank — CHECKING DEPOSIT

DATE 11/18/25
NAME Clid Realty
ACCT. # 4442200442

500.00
500.00
1000.00

**Back of deposit slip**

580619025595 132700  20251118 000000000000000000
DDA_CREDIT KZAND  0.00
Fairfax 0806 94004 5806 0008 0050

**Front of check**

THIS DOCUMENT CONTAINS A TRUE WATERMARK   HOLD UP TO LIGHT TO VIEW

Western Union — WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

MONEY ORDER

19-789277573

$ 750.00

PAY EXACTLY
PAY TO THE ORDER OF Euclid Realty Capital LL
501 Chesapeake S.E. Wason #3

PAYMENT FOR/ACCT. #

MOBILE DEPOSIT PROHIBITED

**Back of check**

580619025596 132728  20251118 0000
TRN_DEBIT KZAND  0.00
Fairfax 0806 94004 5806 0008 0050

**Front of check**



THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

**Western Union**

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

19-789277572

$ 500.00

PAY EXACTLY

PAY TO THE ORDER OF   Euclid Realty Capital LLC

501 Chesapeake St. S.E. # 304

MOBILE DEPOSIT PROHIBITED

⑈102100400⑈ 40197892775720⑈

**Back of check**



580619025597 132728   20251118 0000
TRN_DEBIT KZAND   0.00
Fairfax 0806 94004 5806 0008 0050