**December 2025**

**TD Bank #0442**    Beginning Balance:    **$ 1,250.00**

| Date | Transaction Type | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 12/5/2025 | CREDIT | Transfer | Transfer from Truist (Rent $260) | $ - | $ 8,260.00 | $ 9,510.00 |
| 12/5/2025 | CREDIT | Rent | Rent | $ - | $ 800.00 | $ 10,310.00 |
| 12/15/2025 | DEPOSIT | Rent | Rent | $ - | $ 250.00 | $ 10,560.00 |
| 12/15/2025 | DEPOSIT | Rent | Rent | $ - | $ 300.00 | $ 10,860.00 |
| 12/15/2025 | DEPOSIT | Rent | Rent | $ - | $ 500.00 | $ 11,360.00 |
| 12/15/2025 | DEPOSIT | Rent | Rent | $ - | $ 500.00 | $ 11,860.00 |
| 12/17/2025 | CHECK | CHECK # 102 | Professional Services | $ (1,000.00) | $ - | $ 10,860.00 |
| 12/17/2025 | DEBIT | Insurance | Property Insurance | $ (3,116.10) | $ - | $ 7,743.90 |
| 12/19/2025 | DEPOSIT | CHK ORDERS | Other Expenses | $ (50.20) | $ - | $ 7,693.70 |
| 12/22/2025 | DEPOSIT | Account Verify | Other Expenses | $ - | $ 0.01 | $ 7,693.71 |
| 12/23/2025 | DEBIT | Trash Utility | Utilities | $ (529.16) | $ - | $ 7,164.55 |
| 12/26/2025 | DEBIT | PEPCO | Utilities | $ (426.00) | $ - | $ 6,738.55 |
| 12/26/2025 | DEBIT | PEPCO | Utilities | $ (628.45) | $ - | **$ 6,110.10** |
| | | | | $ (5,749.91) | $ 10,610.01 | |

**Truist Bank #1055**    Beginning Balance:    **$ 1,472.57**

| Date | Transaction Type | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 12/1/2025 | DEBIT | Gas | Utilities | $ (142.45) | $ - | $ 1,330.12 |
| 12/1/2025 | DEBIT | Gas | Utilities | $ (20.83) | $ - | $ 1,309.29 |
| 12/1/2025 | DEBIT | Gas | Utilities | $ (16.55) | $ - | $ 1,292.74 |
| 12/2/2025 | CREDIT | Voucher rent | Rent | $ - | $ 2,942.00 | $ 4,234.74 |
| 12/2/2025 | CREDIT | Voucher rent | Rent | $ - | $ 326.00 | $ 4,560.74 |
| 12/4/2025 | CREDIT | Voucher rent | Rent | $ - | $ 2,130.00 | $ 6,690.74 |
| 12/4/2025 | CREDIT | Voucher rent | Rent | $ - | $ 1,430.00 | $ 8,120.74 |
| 12/5/2025 | CHECK | Check # 1017 | Transfer to TD | $ (8,000.00) | $ - | $ 120.74 |
| 12/17/2025 | DEBIT | Fees | Taxes & Fees | $ (36.00) | $ - | $ 84.74 |
| 12/17/2025 | DEBIT | PEPCO | Utilities | $ (202.64) | $ - | $ (117.90) |
| 12/17/2025 | DEBIT | Fees | Taxes & Fees | $ (36.00) | $ - | $ (153.90) |
| 12/17/2025 | DEBIT | PEPCO | Utilities | $ (124.57) | $ - | $ (278.47) |
| 12/26/2025 | DEBIT | Fees | Taxes & Fees | $ (36.00) | $ - | $ (314.47) |
| 12/26/2025 | DEBIT | Fees | Taxes & Fees | $ (36.00) | $ - | $ (350.47) |
| 12/26/2025 | DEBIT | Fees | Taxes & Fees | $ (36.00) | $ - | **$ (386.47)** |
| | | | | $ (8,687.04) | $ 6,828.00 | |

| Income Statement (statement of Operations) | Current Month | |
|---|---|---|
| Gross icome/sales (net of returns and allowances) | $ | 9,438.01 |
| Cost of goods sold (inclusive of depreciation, if applicable) | $ | - |
| Gross profit (a-b) | $ | 9,438.01 |
| Selling expenses | $ | - |
| General and administrative expenses | $ | (6,436.95) |
| Other expenses | | |
| Depreciation and/or amortization (not included in 4b) | | |
| Interest | | |
| Taxes (local, state, and federal) | | |
| Reorganization | | |
| Profit (loss) | **$** | **3,001.06** |