

**America's Most Convenient Bank®**

Accounts

## Front of check



## Back of check

