

Accounts

Accounts

Account:                    **CHAPTER 11 CHECKING**

Date posted:                **Dec 15, 2025**

Amount:                     **$250.00**

**Front of deposit slip**



**Back of deposit slip**



DDA_CREDIT ATALUKD   250.00
Fairfax 0806 94004 5806 0005 0010

**Front of check**



THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

Western Union      WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado      MONEY ORDER
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

1628

$250.00

PAY EXACTLY   TWO HUNDRED FIFTY DOLLARS AND NO CENTS

PAY TO THE
ORDER OF   *Euclid Realty Capital LLC*   PAYMENT FOR/ACCT. #

*501 Chesapeake St 309*   PURCHASER'S ADDRESS

MOBILE DEPOSIT PROHIBITED

**Back of check**



TRN_DEBIT ATALUKD   0.00
Fairfax 0806 94004 5806 0005 0010