

Accounts

Account: **CHAPTER 11 CHECKING**

Date posted: **Dec 15, 2025**

Amount: **$300.00**

**Front of deposit slip**



**Back of deposit slip**



DDA_CREDIT ATALUKD 300.00
Fairfax 0806 94004 5806 0005 0009

**Front of check**



THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

Western Union WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Denver, Colorado MONEY ORDER

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

$300.00

PAY EXACTLY THREE HUNDRED DOLLARS AND NO CENTS

PAY TO THE ORDER OF Euclid Realty

501 Chesapeake St SE

MOBILE DEPOSIT PROHIBITED

**Back of check**



TRN_DEBIT ATALUKD 0.00
Fairfax 0806 94004 5806 0005 0009