

Accounts

**Account:**          **CHAPTER 11 CHECKING**

**Date posted:**          **Dec 15, 2025**

**Amount:**          **$500.00**

## Front of deposit slip



## Back of deposit slip



**Front of check**

**Back of check**