

Accounts

**Account:** **CHAPTER 11 CHECKING**

**Date posted:** **Dec 15, 2025**

**Amount:** **$500.00**

**Front of deposit slip**



**Back of deposit slip**



DDA_CREDIT ATALUKD   500.00
Fairfax 0806 94004 5806 0005 0007

**Front of check**



**Back of check**



TRN_DEBIT ATALUKD   0.00
Fairfax 0806 94004 5806 0005 0007