**January 2026**

**TD Bank #0442** — Beginning Balance: **$ 6,110.10**

| Date | Transaction Type | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 1/12/2026 | DEPOSIT | BUILDIUM | Rent | $ - | $ 800.00 | $ 6,910.10 |
| 1/12/2026 | DEPOSIT | BUILDIUM | Rent | $ - | $ 500.00 | $ 7,410.10 |
| 1/28/2026 | DEPOSIT | Rent | Rent | $ - | $ 1,550.00 | $ 8,960.10 |
| 1/30/2026 | Transfer | Transfer from Truist | Transfer | $ - | $ 5,000.00 | **$ 13,960.10** |
| | | | | $ - | $ 7,850.00 | |

**Truist Bank #1055** — Beginning Balance: **$ (386.47)**

| Date | Transaction Type | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 1/2/2026 | DEBIT | Voucher rent - Greater Washington | Rent | $ - | $ 2,130.00 | $ 1,743.53 |
| 1/5/2026 | DEBIT | Washington Gas | Utilities | $ (16.55) | $ - | $ 1,726.98 |
| 1/5/2026 | DEBIT | Washington Gas | Utilities | $ (25.76) | $ - | $ 1,701.22 |
| 1/5/2026 | DEBIT | Washington Gas | Utilities | $ (197.08) | $ - | $ 1,504.14 |
| 1/5/2026 | CREDIT | Voucher rent - District of Columbia | Rent | $ - | $ 564.00 | $ 2,068.14 |
| 1/5/2026 | CREDIT | Voucher rent - DHS | Rent | $ - | $ 2,942.00 | $ 5,010.14 |
| 1/7/2026 | CREDIT | Voucher rent - District of Columbia | Rent | $ - | $ 1,430.00 | $ 6,440.14 |
| 1/21/2026 | DEBIT | PEPCO | Utilities | $ (217.31) | $ - | $ 6,222.83 |
| 1/21/2026 | DEBIT | PEPCO | Utilities | $ (296.98) | $ - | $ 5,925.85 |
| 1/29/2026 | DEBIT | Washington Gas | Utilities | $ (16.55) | $ - | $ 5,909.30 |
| 1/29/2026 | DEBIT | Washington Gas | Utilities | $ (23.37) | $ - | $ 5,885.93 |
| 1/29/2026 | DEBIT | Washington Gas | Utilities | $ (201.02) | $ - | $ 5,684.91 |
| 1/30/2026 | Transfer | Check # 1020 | Check | $ (5,000.00) | $ - | **$ 684.91** |
| | | | | $ (5,994.62) | $ 7,066.00 | |

**Profit & Loss**

| | | Debit | Credit | Balance |
|---|---|---|---|---|
| Rents received | | $ - | $ 9,916.00 | |
| Insurance | | $ - | $ - | |
| Utilities | | $ (994.62) | $ - | |
| **Profit (loss)** | | $ (994.62) | $ 9,916.00 | **$ 8,921.38** |

**Receivables & Payables**

Payables

| | Amount | |
|---|---|---|
| Pepco | $ (512.00) | |
| Trash | $ - | |
| Washington Gas | $ - | |
| Water | $ (17,038.00) | *read notes |
| Taxes | $ (5,000.00) | |
| **Total unpaid utility bills** | **$ (22,550.00)** | |

Receivables

| | Amount |
|---|---|
| Unpaid rents | $ 4,119.00 |

| Income Statement (statement of Operations) | Current Month |
|---|---|
| Gross icome/sales (net of returns and allowances) | $ 9,916.00 |
| Cost of goods sold (inclusive of depreciation, if applicable) | $ - |
| Gross profit (a-b) | $ 9,916.00 |
| Selling expenses | $ - |
| General and administrative expenses | $ (994.62) |
| Other expenses | |
| Depreciation and/or amortization (not included in 4b) | |
| Interest | |
| Taxes (local, state, and federal) | |
| Reorganization | |
| Profit (loss) | **$ 8,921.38** |