1020

**EUCLID REALTY CAPITAL V LLC**
4917 CARRIAGEPARK RD
FAIRFAX, VA 22032

SECURED BY EZSHIELD

DATE 1/29/2026

68-426/514

PAY TO THE
ORDER OF Euclid Realty Capital V LL $ 5,000.0

Five Thousand

DOLLARS

**TRUIST**

FOR Transfer from Truist to TD A/c

P. A

MP

580619029834 123805 20260130 000001470014431055
TRN_DEBIT KZAND 5000.00
Fairfax 0806 94004 5806 0008 0028