**February 2026**

| TD Bank #0442 | | Beginning Balance: | $ | | 13,960.10 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | | Transaction Type | Description | | Category | Debit | Credit | Balance | |
| | 2/10/2026 | DEPOSIT | BUILDIUM | | Rent | $ - | $ 800.00 | $ 14,760.10 | |
| | 2/25/2026 | DEPOSIT | BUILDIUM | | Rent | $ - | $ 1,137.00 | $ 15,897.10 | |
| | 2/27/2026 | DEBIT | Mid-Atlantic Insurance | | Insurance | $ (13,507.86) | $ - | $ 2,389.24 | |
| | 2/27/2026 | DEBIT | BILL.COM Payables | | Trash Utility | $ (423.16) | $ - | **$ 1,966.08** | |
| | | | | | | $ (13,931.02) | $ 1,937.00 | | |

| Truist Bank #1055 | | Beginning Balance: | $ | | 684.91 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | | Transaction Type | Description | | Category | Debit | Credit | Balance | |
| | 2/3/2026 | DEBIT | Voucher rent - District of Columbia | | Rent | $ - | $ 564.00 | $ 1,248.91 | |
| | 2/3/2026 | DEBIT | Voucher rent - District of Columbia | | Rent | $ - | $ 1,430.00 | $ 2,678.91 | |
| | 2/3/2026 | DEBIT | Voucher rent - DHS | | Rent | $ - | $ 2,942.00 | $ 5,620.91 | |
| | 2/5/2025 | CREDIT | Voucher rent - Greater Washington | | Rent | $ - | $ 2,130.00 | $ 7,750.91 | |
| | 2/20/2026 | CREDIT | PEPCO | | Utilities | $ (231.19) | $ - | $ 7,519.72 | |
| | 2/20/2026 | CREDIT | PEPCO | | Utilities | $ (286.14) | $ - | $ 7,233.58 | |
| | 2/26/2026 | DEBIT | Washington Gas | | Utilities | $ (19.05) | $ - | $ 7,214.53 | |
| | 2/26/2026 | DEBIT | Washington Gas | | Utilities | $ (25.28) | $ - | $ 7,189.25 | |
| | 2/26/2026 | Transfer | Washington Gas | | Utilities | $ (255.39) | $ - | **$ 6,933.86** | |
| | | | | | | $ (817.05) | $ 7,066.00 | | |

**Profit & Loss**

| | | | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| Rents received | | | | $ - | $ 9,003.00 | |
| Insurance | | | | $ (13,507.86) | $ - | |
| Utilities | | | | $ (1,240.21) | $ - | |
| **Profit (loss)** | | | | $ (14,748.07) | $ 9,003.00 | **$ (5,745.07)** |

**Receivables & Payables**

Payables

| | | |
|---|---|---|
| Pepco | $ - | |
| Trash | $ - | |
| Washington Gas | $ - | |
| Water | $ (8,316.69) | *read notes |
| Taxes | $ (5,000.00) | |
| **Total unpaid utility bills** | **$ (13,316.69)** | |

Receivables

| | |
|---|---|
| Unpaid rents | $ 1,950.00 |

| Income Statement (statement of Operations) | Current Month | |
|---|---|---|
| Gross icome/sales (net of returns and allowances) | $ | 9,003.00 |
| Cost of goods sold (inclusive of depreciation, if applicable) | $ | - |
| Gross profit (a-b) | $ | 9,003.00 |
| Selling expenses | $ | - |
| General and administrative expenses | $ | (14,748.07) |
| Other expenses | | |
| Depreciation and/or amortization (not included in 4b) | | |
| Interest | | |
| Taxes (local, state, and federal) | | |
| Reorganization | | |
| Profit (loss) | $ | (5,745.07) |