Accounts



America's Most Convenient Bank®

| | |
|---|---|
| Account: | **CHAPTER 11 CHECKING** |
| Date posted: | **Mar 9, 2026** |
| Amount: | **$16,100.00** |

**Front of deposit slip**



**Back of deposit slip**



**Front of check**



**Back of check**



**Front of check**



**Back of check**

**Front of check**



**Back of check**



**Front of check**



**Back of check**



**Front of check**



**Back of check**



**Front of check**



**Back of check**



**Front of check**



**Back of check**



**Front of check**



**Back of check**



**Front of check**

WESTERN UNION FINANCIAL SERVICES INC. · ISSUER · Denver, Colorado

WESTERN UNION FINANCIAL SERVICES INC. · ISSUER · Denver, Colorado

MONEY ORDER

19-809191200

$500.00

**Back of check**

