Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Counsel for IBI SBL Investment LP*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-518-ELG |
| | ) | (Chapter 11) |
| EUCLID REALTY CAPITAL V LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF MOTION TO DEFER CONSIDERATION OF
ADEQUACY OF DISCLOSURE STATEMENT TO CONFIRMATION HEARING**

NOTICE IS HEREBY GIVEN that IBI SBL Investment LP has moved to defer consideration of the disclosure statement in this matter to a hearing on confirmation of the accompanying plan of liquidation.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the motion or if you would like the Court to consider your views, then ON OR BEFORE April 24, 2026, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for April 29, 2026 at 10:00 AM.

1

2

The hearing will be held in person and via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

                                           Respectfully submitted,

Dated: April 11, 2026                        By: /s/ Maurice B. VerStandig
                                          Maurice B. VerStandig, Esq.
                                          Bar No. MD18071
                                          The VerStandig Law Firm, LLC
                                            9812 Falls Road, #114-160
                                          Potomac, Maryland 20854
                                          Phone: (301) 444-4600
                                          Facsimile: (301) 444-4600
                                          mac@mbvesq.com
                                          *Counsel for IBI*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

                                          /s/ Maurice B. VerStandig
                                          Maurice B. VerStandig

2