**March 2026**

**TD Bank #0442** — Beginning Balance: $ 1,966.08

| Date | Transaction Type | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 3/9/2026 | DEPOSIT | BUILDIUM | Rent | $ - | $ 800.00 | $ 2,766.08 |
| 3/9/2026 | CREDIT | Transfer from Truist (Rent $3,100) | | $ - | $ 16,100.00 | $ 18,866.08 |
| 3/10/2026 | DEBIT | CCD DEBIT, Bill.Com Payables | Trash Utility | $ (211.58) | $ - | $ 18,654.50 |
| 3/11/2026 | DEPOSIT | BUILDIUM | Rent | $ - | $ 550.60 | $ 19,205.10 |
| 3/12/2026 | Transfer | Check #143 (Front door repairs) | Check | $ (476.28) | $ - | $ 18,728.82 |
| 3/13/2026 | Transfer | Check #144 (Trash removal from (2) units) | Trash Utility | $ (1,585.00) | $ - | $ 17,143.82 |
| 3/23/2026 | DEBIT | CCD DEBIT, Quarterly Fee Payment (Court fee) | | $ (250.00) | $ - | $ 16,893.82 |
| 3/25/2026 | DEPOSIT | BUILDIUM | Rent | $ - | $ 600.00 | $ 17,493.82 |
| | | | | $ (2,522.86) | $ 18,050.60 | |

**Truist Bank #1055** — Beginning Balance: $ 6,933.86

| Date | Transaction Type | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 3/3/2026 | DEBIT | Voucher rent - District of Columbia | Rent | $ - | $ 1,430.00 | $ 8,363.86 |
| 3/3/2026 | DEBIT | Voucher rent - DHS | Rent | $ - | $ 2,942.00 | $ 11,305.86 |
| 3/5/2026 | DEBIT | Voucher rent - Greater Washington | Rent | $ - | $ 2,130.00 | $ 13,435.86 |
| 3/9/2026 | Transfer | Check #1021 (Transfer to TD Bank) | Check | $ (13,000.00) | $ - | $ 435.86 |
| 3/20/2026 | CREDIT | PEPCO | Utilities | $ (183.21) | $ - | $ 252.65 |
| 3/20/2026 | CREDIT | PEPCO | Utilities | $ (313.16) | $ - | $ (60.51) |
| 3/20/2026 | Fees | Overdraft Item Fee | Fee | $ (36.00) | $ - | $ (96.51) |
| 3/26/2026 | DEBIT | Washington Gas | Utilities | $ (19.05) | $ - | $ (115.56) |
| 3/26/2026 | Fees | Overdraft Item Fee | Fee | $ (36.00) | $ - | $ (151.56) |
| 3/26/2026 | DEBIT | Washington Gas | Utilities | $ (22.34) | $ - | $ (173.90) |
| 3/26/2026 | Fees | Overdraft Item Fee | Fee | $ (36.00) | $ - | $ (209.90) |
| 3/26/2026 | Fees | Returned Item Fee | Fee | $ (36.00) | $ - | $ (245.90) |
| 3/31/2026 | Transfer | Transfer from Truist (personal account) | Transfer | $ - | $ 400.00 | $ 154.10 |
| | | | | $ (13,681.76) | $ 6,902.00 | |

**Profit & Loss**

| | | Debit | Credit | |
|---|---|---|---|---|
| Rents received | | $ - | $ 11,552.60 | |
| Fees | | $ (394.00) | $ - | |
| Repairs | | $ (476.28) | $ - | |
| Insurance | | $ - | $ - | |
| Utilities | | $ (2,334.34) | $ - | |
| **Profit (loss)** | | $ (3,204.62) | $ 11,552.60 | $ 8,347.98 |

**Receivables & Payables**

Payables

| | Debit | |
|---|---|---|
| Pepco | $ - | |
| Trash | $ - | |
| Washington Gas | $ - | |
| Water | $ (12,282.17) | *read notes |
| Taxes | $ (5,000.00) | |
| **Total unpaid utility bills** | **$ (17,282.17)** | |

Receivables

| | Credit |
|---|---|
| Unpaid rents | $ 1,550.00 |

| Income Statement (statement of Operations) | Current Month |
|---|---|
| Gross icome/sales (net of returns and allowances) | $ 11,952.60 |
| Cost of goods sold (inclusive of depreciation, if applicable) | $ - |
| Gross profit (a-b) | $ 11,952.60 |
| Selling expenses | $ - |
| General and administrative expenses | $ (3,204.62) |
| Other expenses | |
| Depreciation and/or amortization (not included in 4b) | |
| Interest | |
| Taxes (local, state, and federal) | |
| Reorganization | |
| Profit (loss) | $ 8,747.98 |