

Accounts

#### America's Most Convenient Bank®

Account:                **CHAPTER 11 CHECKING**

Date posted:            **Mar 9, 2026**

Amount:                 **$16,100.00**

**Front of deposit slip**



**Back of deposit slip**



**Front of check**



**Back of check**



**Front of check**



**Back of check**



**Front of check**



**Back of check**



**Front of check**



**Back of check**



**Front of check**



**Back of check**



**Front of check**

**Back of check**



**Front of check**



EUCLID REALTY CAPITAL V LLC
4917 CARRIAGEPARK RD
FAIRFAX, VA 22032

DATE 3/7/2026   68-426/514

PAY TO THE
ORDER OF Euclid Realty Capital V LLC   $ 13,000.00

Thirteen Thousand/100   DOLLARS

TRUIST

FOR Deposit   P. Aus

1021

**Back of check**



**Front of check**



**Back of check**



580619032076 095618 20260309 0000819850915

TRN_DEBIT KZAND 0.00

Fairfax 0806 94004 5806 0008 0017

**Front of check**



**Back of check**



580619032074 095610    20260309 0000819319

TRN_DEBIT KZAND    0.00

Fairfax 0806 94004 5806 0008 0017