

Accounts

## Front of check

**EUCLID REALTY CAPITAL V LLC**    11-26                                    144
4917 CARRIAGEPARK RD                                                         19-17/540
FAIRFAX VA          22032                                                    808

3/11/2026

Pay to the
Order of    Recycle Monky    $ 1,585.00

One Thousad & Five Hundred & Eghty    Dollars

TD Bank

For    Trash 8 loads          P. Auly

⑆054001725⑆  4442200442⑈    0144

## Back of check