

Accounts

America's Most Convenient Bank®

## Front of check

EUCLID REALTY CAPITAL V LLC    11-25                                    143

4917 CARRIAGEPARK RD                                                    15-172/540

FAIRFAX VA          22032                          8/10/2026            E06
                                                        Date

Pay to the
Order of     Chesapeake Security          $ 476.28

Four Hundred & Seventy-six.28          Dollars

TD Bank
America's Most Convenient Bank

For    Lock Replacement                              P. Andy                MP

⑈054001725⑈ 444220044 2⑈    0143

⑈054001725⑈  444220044 2⑈      0143

Harland Clarke                                              TD Bank, N.A.

## Back of check

>053101121< 03/12/2026 013059514

2540131 0005 00023

Pay To The Order Of
Truist

For Deposit Only
Chesapeake Security Service Co.
121000644599 1