The order below is hereby signed.

Signed: April 27 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-518-ELG |
| | ) | (Chapter 11) |
| EUCLID REALTY CAPITAL V LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO DEFER CONSIDERATION OF
ADEQUACY OF DISCLOSURE STATEMENT TO CONFIRMATION HEARING**

Upon consideration of the Motion to Defer Consideration of Adequacy of Disclosure Statement to Confirmation Hearing (the "Motion"), DE #40, the lack of opposition thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that IBI SBL Investment LP ("IBI") shall serve a copy of the plan of reorganization (the "Plan"), DE #38, alongside the disclosure statement (the "Disclosure Statement"), DE #39, together with a copy of this order and, where applicable, a ballot in substantial conformity with Official Form 314, on all parties on the mailing matrix in this case, alongside the United States Securities and Exchange Commission, not later than the second business day succeeding the date of entry of this order; and it is further

1

ORDERED, that IBI shall file a certificate of service within five (5) business days of effectuating the service called for the preceding paragraph of this order; and it is further

ORDERED, that any objection(s) to confirmation of the Plan, or approval of the Disclosure Statement, shall be filed not later than June 3, 2026; and it is further

ORDERED, that any ballots on confirmation of the Plan shall be cast in such a manner as to be received by counsel for IBI not later than June 3, 2026, with said ballots to be cast via e-mail, to mac@mbvesq.com, by any party represented by counsel; and it is further

ORDERED, that IBI shall file a summary of ballots not later than June 5, 2026; and it is further

ORDERED, that a hearing on approval of the Disclosure Statement, and confirmation of the Plan, shall be held on June 10, 2026 at 11:00 am prevailing eastern time, or as soon thereafter as the matter may reasonably be called on for hearing, with said hearing to be conducted via hybrid means in Courtroom 1 at 333 Constitution Avenue, NW, Washington, DC 20001 and via Zoom, with parties in interest able to receive Zoom credentials by directing an e-mail to Gunn_Hearings@dcb.uscourts.gov.

I ask for this:


/s/ Maurice B. VerStandig
Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Counsel for IBI SBL Investment LP*

2