The order below is hereby signed.

Signed: April 27 2026



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-518-ELG |
| | ) | (Chapter 11) |
| EUCLID REALTY CAPITAL V LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION TO DEFER CONSIDERATION OF**
**ADEQUACY OF DISCLOSURE STATEMENT TO CONFIRMATION HEARING**

Upon consideration of the Motion to Defer Consideration of Adequacy of Disclosure Statement to Confirmation Hearing (the "Motion"), DE #40, the lack of opposition thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that IBI SBL Investment LP ("IBI") shall serve a copy of the plan of reorganization (the "Plan"), DE #38, alongside the disclosure statement (the "Disclosure Statement"), DE #39, together with a copy of this order and, where applicable, a ballot in substantial conformity with Official Form 314, on all parties on the mailing matrix in this case, alongside the United States Securities and Exchange Commission, not later than the second business day succeeding the date of entry of this order; and it is further

ORDERED, that IBI shall file a certificate of service within five (5) business days of effectuating the service called for the preceding paragraph of this order; and it is further

ORDERED, that any objection(s) to confirmation of the Plan, or approval of the Disclosure Statement, shall be filed not later than June 3, 2026; and it is further

ORDERED, that any ballots on confirmation of the Plan shall be cast in such a manner as to be received by counsel for IBI not later than June 3, 2026, with said ballots to be cast via e-mail, to mac@mbvesq.com, by any party represented by counsel; and it is further

ORDERED, that IBI shall file a summary of ballots not later than June 5, 2026; and it is further

ORDERED, that a hearing on approval of the Disclosure Statement, and confirmation of the Plan, shall be held on June 10, 2026 at 11:00 am prevailing eastern time, or as soon thereafter as the matter may reasonably be called on for hearing, with said hearing to be conducted via hybrid means in Courtroom 1 at 333 Constitution Avenue, NW, Washington, DC 20001 and via Zoom, with parties in interest able to receive Zoom credentials by directing an e-mail to Gunn_Hearings@dcb.uscourts.gov.

I ask for this:

/s/ Maurice B. VerStandig
Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Counsel for IBI SBL Investment LP*

United States Bankruptcy Court

District of Columbia

In re: |                                    | Case No. 25-00518-ELG

Euclid Realty Capital V LLC

Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 27, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + IBI SBL Investment LP, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2026           Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Diana Pereira Dias | on behalf of Debtor In Possession Euclid Realty Capital V LLC diana@martinlawgroup.com brittany@martinlawgroup.com;jeff@martinlawgroup.com |
| Emil Hirsch | on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com wdcecf@cfdom.net;ewhittington@carltonfields.com;ACinca@carltonfields.com;lierardi@carltonfields.com |
| Jeffery T. Martin | on behalf of Debtor In Possession Euclid Realty Capital V LLC jeff@martinlawgroup.com Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com;Elouis@martinlawgroup.com;Stuart@martinlawgroup.com |
| Katharine Toledo | on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |

District/off: 0090-1          User: admin          Page 2 of 2

Date Rcvd: Apr 27, 2026          Form ID: pdf001          Total Noticed: 1

Maurice Belmont VerStandig

on behalf of Creditor IBI SBL Investment LP mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 7