UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

IN RE:

EUCLID REALTY CAPITAL V LLC

CASE NO: 25-518

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. 38

On 4/29/2026, I did cause a copy of the following documents, described below,

Plan of Reorganization ECF Docket Reference No. 38

Disclosure Statement 39

Scheduling Order 42

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/29/2026

/s/ Maurice VerStandig
Maurice VerStandig  18071

The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854
301-444-4600
mac@dcbankruptcy.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

IN RE:

EUCLID REALTY CAPITAL V LLC

CASE NO: 25-518

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 38

On 4/29/2026, a copy of the following documents, described below,

Plan of Reorganization ECF Docket Reference No. 38

Disclosure Statement 39

Scheduling Order 42

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/29/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Maurice VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD  20854

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-518
DISTRICT OF DISTRICT OF COLUMBIA
WED APR 29 11-38-6 PST 2026

EXCLUDE

IBI SBL INVESTMENT LP
CO THE VERSTANDIG LAW FIRM  LLC
9012 FALLS ROAD
114 160
POTOMAC  MD 20854-3976

ANTONIO COLON
501 CHESAPEAKE ST SE UNIT 303
WASHINGTON  DC 20032-3663

DC WATER
PO BOX 97200
WASHINGTON  DC 20090-7200

EXCLUDE

IBI SBL INVESTMENT LP
04 STATE ST
BOSTON  MA 02109-2202

MARGUETTE TINKER
501 CHESAPEAKE ST SE UNIT 101
WASHINGTON  DC 20032-3663

TAMELA FLEETWOOD
501 CHESAPEAKE ST SE UNIT 202
WASHINGTON  DC 20032-3663

U S TRUSTEE FOR REGION FOUR
U S TRUSTEES OFFICE
1725 DUKE STREET
SUITE 650
ALEXANDRIA  VA 22314-3489

DC WATER AND SEWER AUTHORITY
1385 CANAL STREET
WASHINGTON  DC   20003-5015

WASHINGTON  DC
E BARRETT PRETTYMAN U S COURTHOUSE
333 CONSTITUTION AVE  NW 1225
WASHINGTON  DC 20001-2802

DC OFFICE OF TAX AND REVENUE
1101 4TH STREET  SW  SUITE W270
WASHINGTON  DC 20024-4457

DC WATER  SEWER AUTHORITY
1385 CANAL STREET SE
WASHINGTON  DC 20003-5015

EXCLUDE

IBI SBL INVESTMENT LP
CO THE VERSTANDIG LAW FIRM  LLC
9012 FALLS ROAD
114 160
POTOMAC  MARYLAND 20854-3976

MICHAEL MISSOURI
501 CHESAPEAKE ST SE UNIT 302
WASHINGTON  DC 20032-3663

TASHEE BYARS
501 CHESAPEAKE ST SE UNIT 301
WASHINGTON  DC 20032-3663

DIANA PEREIRA DIAS
MARTIN LAW GROUP  PC
8065 LEESBURG PIKE
SUITE 750
VIENNA  VA 22182-2702

DEBTOR

EUCLID REALTY CAPITAL V LLC
4917 CARRIAGEPARK RD
FAIRFAX  VA 22032-2368

AMIKA RANDOLPH
501 CHESAPEAKE ST SE UNIT 102
WASHINGTON  DC 20032-3663

DC OFFICE OF TAX AND REVENUE
P O BOX 37559
WASHINGTON  DC 20013-7559

GREGORY JOHNSON
501 CHESAPEAKE ST SE UNIT 304
WASHINGTON  DC 20032-3663

JOYCE MATTHEW
501 CHESAPEAKE ST SE UNIT 201
WASHINGTON  DC 20032-3663

ROBERT PATTERSON
501 CHESAPEAKE ST SE UNIT 203
WASHINGTON  DC 20032-3663

TEDDY TUCKER
501 CHESAPEAKE ST SE UNIT 204
WASHINGTON  DC 20032-3663

JEFFERY T MARTIN
MARTIN LAW GROUP  PC
8065 LEESBURG PIKE
STE 750
VIENNA  VA 22182-2702