**April 2026**

**TD Bank #0442**  Beginning Balance:  $  17,493.82

| Date | Transaction Type | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 4/3/2026 | CREDIT | BUILDIUM | Rent | $ - | $ 489.00 | $ 17,982.82 |
| 4/8/2026 | CREDIT | BUILDIUM | Rent | $ - | $ 800.00 | $ 18,782.82 |
| 4/16/2026 | CREDIT | BUILDIUM | Rent | $ - | $ 800.00 | $ 19,582.82 |
| 4/17/2026 | DEBIT | CCD DEBIT, BUILDIUM FUNDING | Reversal | $ (800.00) | $ - | $ 18,782.82 |
| 4/22/2026 | CREDIT | BUILDIUM | Rent | $ - | $ 800.00 | $ 19,582.82 |
| 4/22/2026 | DEBIT | Law Office of Alfredo | Fee | $ (407.50) | $ - | $ 19,175.32 |
| 4/24/2026 | DEBIT | CCD DEBIT, BILL.COM PAYABLE | Trash Utility | $ (211.58) | $ - | $ 18,963.74 |
| 4/29/2026 | DEPOSIT | DEPOSIT | Rent | | $ 1,550.00 | $ 20,513.74 |
| 4/30/2026 | DEPOSIT | DEPOSIT (Transfer from Truist) | Transfer | $ - | $ 5,500.00 | $ 26,013.74 |
| | | | | $ (1,419.08) | $ 9,939.00 | |

**Truist Bank #1055**  Beginning Balance:  $  154.10

| Date | Transaction Type | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 4/2/2026 | DEBIT | Washington Gas | Utilities | $ (243.88) | $ - | $ (89.78) |
| 4/2/2026 | DEPOSIT | Voucher rent - District of Columbia | Rent | $ - | $ 1,430.00 | $ 1,340.22 |
| 4/2/2026 | DEPOSIT | Voucher rent - DHS | Rent | $ - | $ 2,942.00 | $ 4,282.22 |
| 4/6/2026 | Transfer | Voucher rent - Greater Washington | Rent | $ - | $ 2,130.00 | $ 6,412.22 |
| 4/20/2026 | CREDIT | PEPCO | Utilities | $ (156.55) | $ - | $ 6,255.67 |
| 4/20/2026 | CREDIT | PEPCO | Utilities | $ (175.15) | $ - | $ 6,080.52 |
| 4/24/2026 | Fees | Washington Gas | Utilities | $ (19.05) | $ - | $ 6,061.47 |
| 4/24/2026 | DEBIT | Washington Gas | Utilities | $ (25.55) | $ - | $ 6,035.92 |
| 4/24/2026 | Fees | Washington Gas | Utilities | $ (237.93) | $ - | $ 5,797.99 |
| 4/30/2026 | Check | Check #1023 (Transfer to TD Bank) | Transfer | $ (5,500.00) | $ - | $ 297.99 |
| | | | | $ (6,358.11) | $ 6,502.00 | |

**Profit & Loss**

| | | | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| Rents received | | | | $ (800.00) | $ 10,941.00 | |
| Fees | | | | $ (407.50) | $ - | |
| Repairs | | | | $ - | $ - | |
| Insurance | | | | $ - | $ - | |
| Utilities | | | | $ (825.81) | $ - | |
| **Profit (loss)** | | | | $ (2,033.31) | $ 10,941.00 | $ 8,907.69 |

**Receivables & Payables**

Payables

| | Debit |
|---|---|
| Pepco | $ (400.00) |
| Trash | $ - |
| Washington Gas | $ - |
| Water | $ (12,282.00) *Currently being disputed |
| Taxes | $ (11,170.79) |
| **Total unpaid utility bills** | **$ (23,852.79)** |

Receivables

| | Credit |
|---|---|
| Unpaid rents | $ 1,550.00 |

| Income Statement (statement of Operations) | Current Month |
|---|---|
| Gross icome/sales (net of returns and allowances) | $ 10,941.00 |
| Cost of goods sold (inclusive of depreciation, if applicable) | $ - |
| Gross profit (a-b) | $ 10,941.00 |
| Selling expenses | $ - |
| General and administrative expenses | $ (2,277.19) |
| Other expenses | |
| Depreciation and/or amortization (not included in 4b) | |
| Interest | |
| Taxes (local, state, and federal) | |
| Reorganization | |
| Profit (loss) | $ 8,663.81 |