

Accounts

America's Most Convenient Bank®

Account: **CHAPTER 11 CHECKING**

Date posted: **Apr 30, 2026**

Amount: **$5,500.00**

**Front of deposit slip**



**Back of deposit slip**



580621027282 155712  20260430 ██████ 0442
DDA_CREDIT TAP8881  0.00
Fairfax 0806 94004 5806 0001 0055

**Front of check**



1023

EUCLID REALTY CAPITAL V LLC
4917 CARRIAGEPARK RD
FAIRFAX, VA 22032

DATE 4/28/2026   68-426/514

PAY TO THE
ORDER OF Euclid Realty Capital V LLC   $ 5,500.00

Five Thousand & Five Hundred   DOLLARS

TRUIST ⊞

FOR

⑂000010231⑂ ⑂051404260⑂ ██████ 1055⑂

**Back of check**



580621027283 155713  20260430 ██████ 1055
TRN_DEBIT TAP8881  5500.00
Fairfax 0806 94004 5806 0001 0055