

Accounts

Account:        **CHAPTER 11 CHECKING**

Date posted:    **Apr 29, 2026**

Amount:         **$1,550.00**

**Front of deposit slip**



**Back of deposit slip**



**Front of check**



**Back of check**



**Front of check**



**Back of check**



**Front of check**



**Back of check**



**Front of check**



**Back of check**



**Front of check**



**Back of check**

