**Emil Hirsch, DC Bar No. 930479**
**Carlton Fields, P.A.**
**1625 Eye Street NW, Suite 800**
**Washington, DC 20006**
**Attorney for District of Columbia Water**
**and Sewer Authority**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| | § | |
| **Euclid Realty Capital V LLC** | § | **Case No.: 25-00518-ELG** |
| | § | **(Chapter 11)** |
| | § | |
| | § | |
| **Debtor** | § | |

## DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY'S JOINT OBJECTION TO CONFIRMARTION OF FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION AND THE ADEQUACY OF THE RELATED DISCLOSURE STATEMENT

District of Columbia Water and Sewer Authority ("DC Water"), by its undersigned counsel, hereby states as follows for (i) its objection to the confirmation of the Frist Amended Chapter 11 Plan of Liquidation of Euclid Realty Capital LLC filed by IBI SBL Investment LLP ("Plan") and (ii) to the adequacy of the Disclosure Statement filed in connection with said Plan on April 11, 2026. For reasons, DC Water states as follows:

1) DC Water is an independent authority created by statute to exist within the District of Columbia ("District") government.

2) DC Water is a utility. Both before and after the commencement of this case, DC Water provided utility services to the Debtor.

3) The Debtor was in arrears on its payments for prepetition services provided to and billed to it. As of the commencement of this case, DC Water was owed a sum of $12,282.17 as a secured lien creditor to the Debtor. Therefore, it filed on February 12, 2026, a secured proof of

144914094.6

claim in this case in the sum of $12,282.17. No objection has been filed to this proof of claim. A copy thereof is attached hereto as Exhibit A.

4) DC Water's secured creditor position is based on a statutory lien created by D.C. Code § 34-2407.02. Said lien is continuing in nature and priors all other liens with the exception of a lien for District taxes. *See* D.C. Code §34-2407.02(a)(1), (b).

5) The Debtor has failed to pay post-petition utility services provided to it by DC Water as of June 1, 2026, said arrearages total $14,902.85. The Debtor has not offered DC Water any utility deposit. Nor has it filed any motion pursuant to 11 U.S.C. §366.

6) The Plan and Disclosure Statement were both filed on April 11, 2026.

7) The Plan classifies DC Water's secured pre-petition claim in Class 3. The Class is described as unimpaired under the Plan. Nevertheless, the proposed treatment of this Class 3 claim is legally deficient in the following respects:

a. The Plan calls for "[t]his Class to be paid from the proceeds of the sale of the Real Estate, at Closing. *Id* p. 9. It does not specifically state that the proposed payment will be a payment in full. Nor does the Plan treatment state whether DC Water's lien will attach to the proceeds of the sale of the Real Estate in the order of its statutory priority, until the Class 3 claim is paid in full.

b. The Plan fails to treat DC Water's statutory lien as a continuing lien which attaches to and secures DC Water's claim for post-petition arrearages, until such claim is paid in full. Thus, DC Warter is left to guess what the Plan proponent proposes, in terms of its treatment of this particular secured claim in the sum of $14,902.85  as of June 1, 2026.

8) The Debtor's total failure to pay DC Water for post-petition utility services suggests that the estate is not able to pay even for such basic operating expenses. As a result of this failure and

2

the estate's present cash on hand in the approximate amount of only $8,9000, the Plan is not feasible.

9)  The Disclosure Statement is deficient for failing to adequately discuss and disclose the estate's availability of funds to pay even for basic operating expenses like utility services.

For all of these reasons, this Court should not approve the Disclosure Statement and should deny confirmation of the Plan.

Dated: June 3, 2026

Respectfully submitted,

  */s/ Emil Hirsch*
Emil Hirsch (D.C. Bar No. 0930479)
CARLTON FIELDS, P.A.
1625 Eye Street NW, Suite 800
Washington, DC 20006
Tel: (202) 965-8184
Fax: (202) 965-8104
ehirsch@carltonfields.com
*Attorney for DC Water and Sewer Authority*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing District of Columbia Water and Sewer Authority's Joint Objection To Confirm Action Of First Amended Chapter 11 Plan Of Liquidation And The Adequacy Of The Related Disclosure Statement was filed and served electronically using the Court's ECF system on June 3, 2026.

Jeffrey Martin, Esq.
Martin Law Group
8065 Leesburg Pike, Suite 750
Vienna, Virginia 22182
jeff@martinlawgroup.com

Maurice B. VerStandig, Esq.
The VerStandig Law Firm LLC

144914094.6

4

9812 Falls Road, #114-160
Potomac, MD 20854
mac@mbvesq.com
*Counsel for IBI*

/s/ *Emil Hirsch*
Emil Hirsch

144914094.6