# Exhibit A

**Fill in this information to identify the case:**

Debtor 1    EUCLID REALTY CAPITAL V LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  District of Columbia

Case number   25-00518

## Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

### Part 1:   Identify the Claim

**1. Who is the current creditor?**

DC Water
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  DC Water & Sewer Authority

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

DC Water
Name

1385 Canal Street SE
Number      Street

Washington            DC        20003
City                  State       ZIP Code

Contact phone  202-354-3600

Contact email  custserv@dcwater.com

Where should payments to the creditor be sent? (if different)

DC Water
Name

1385 Canal Street SE 3rd Floor Attn: A/R
Number      Street

Washington            DC        20003
City                  State       ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

2035438-7 . _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____    Filed on _____
                                                                      MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  5  4  3  8

**7. How much is the claim?**

$ _____ 12,282.17 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

UTILITY BILL

**9. Is all or part of the claim secured?**

☐ No

☑ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                  $_____

**Amount of the claim that is secured:**      $_____ 12,282.17

**Amount of the claim that is unsecured:** $_____ —— (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____ 12,282.17

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

|  | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____12,282.17 |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:    Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    02/06/2026
                    MM / DD / YYYY

*April Judd*
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | April | | Judd |
|---|---|---|---|
| | First name | Middle name | Last name |

Title    Collections Supervisor

Company    DC Water
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    1385 Canal Street SE
           Number        Street

Washington                    DC        20003
City                          State     ZIP Code

Contact phone    202-354-3750    Email credit.collection@dcwater.com

---

Official Form 410                **Proof of Claim**                page 3

# dc
## water is life®

Doc #: 2025091460
Filed & Recorded
09/16/2025 02:24 PM
DANIEL ALTOMARE
DEPUTY RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS

Collections Office  202-354-3750

DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY   |   1385 CANAL STREET, SE   |   WASHINGTON, DC 20003

## DELINQUENT ACCOUNTS SECTION

DC Water and Sewer Authority
Vs
EUCLID REALTY CAPITAL V LLC
501 CHESAPEAKE ST SE
WASHINGTON, DC 20032-3663

Date: 09/16/2025
Account No.: 2035438-7
Service Address: 501 CHESAPEAKE ST SE
Square:6207 Suffix: Lot:0810

### Amount Due (including penalties, if any): $10,525.21
### CERTIFICATE OF DELINQUENT WATER/SEWER CHARGES

This is to certify that, pursuant to D.C. Official Code §34-2407.02 and §34-2110 (2001), the District of Columbia Water and Sewer Authority has a continuing lien for delinquent water/sewer service charges upon the land and the improvements thereon at the above service address. From the date of its filing, this certificate shall have the force and effect of a lien created by a judgment entered by the Superior Court of the District of Columbia and will remain in force and effect until the water/sewer charges, including any interest and penalties thereon, shall have been fully paid by cash, certified check or money order to the District of Columbia Water and Sewer Authority.

Information Regarding Tax Sale
The District of Columbia Water and Sewer Authority can convert this lien to a tax lien if the delinquent balance is not paid. DC law states in part, that all real property with water and sewer charges that remain unpaid for more than 180 days are subject to tax sale. **The lien recorded against the aforementioned property makes the property tax sale eligible if the delinquent balance remains unpaid**. To remove the lien, prevent the lien from being converted to a tax lien, and eliminate the possibility of the property being sold at tax sale, the entire outstanding balance must be paid in full. Payment arrangements can be made, to prevent conversion of the lien; however, **the entire balance must be paid in full to remove the lien**. The outstanding balance on the account includes all delinquent bills.

Exemption from Tax Sale
Single-family homes where the homeowner lives, are exempt from tax sale. Prior to submitting a property for tax sale, the District of Columbia Water and Sewer Authority will review available tax records for properties that receive the Homestead Deduction, which requires that a homeowner live in their single-family home (DC Official Code §47-850). The homeowner is also permitted to present additional evidence that he or she occupies the premises. If a Tax Sale Delinquency Notice has been issued for this property and the property receives the Homestead Deduction, the District of Columbia Water and Sewer Authority (DC Water), Collections Office ((202) 354-3750) should be notified.

Additionally, to pay the outstanding balance in full or make payment arrangements, please contact the DC Water Collections Office at (202) 354-3750.

By: _(signature)_

Manager, Collections & Escalations
Customer Care Department
DC Water and Sewer Authority

## ACKNOWLEDGEMENT

This is to acknowledge that the foregoing certificate was filed with the Recorder of Deeds of the District of Columbia on the 16th day of September, 2025.

By: _____
Recorder of Deeds Government of the District of Columbia

EUCLID REALTY CAPITAL V LLC
C/O
501 CHESAPEAKE ST SE
WASHINGTON, DC 20032-3663



| | | Page 1 of 3 |
|---|---|---|
| Account Number: | 2035438-7 | |
| Service Address: | 501 CHESAPEAKE ST SE | Questions/Preguntas: (202) 354-3600 |
| Square/Suffix/Lot: | 6207//0810 | Emergencies/Emergencia: (202) 612-3400 |
| Impervious Sq. Ft.: | 9,100 | Visit Us Online: DCWater.com |

| Meter Number | Meter Size | Prior Read Date | Current Read Date | Number of Days | Prior Read | Current Read | Usage (CCF) | Usage (Gallons) | Read Type |
|---|---|---|---|---|---|---|---|---|---|
| 88189524 | 1" | 11/2/25 | 11/11/25 | 10 | 249,295 | 253,016 | 37.21 | 27833.08 | ACT |

## FINAL BILL SUMMARY

| | |
|---|---|
| Bill Date | 2/3/26 |
| Previous Balance | $17,038.31 |
| Payments as of 2/3/26 | $5,138.00 CR |
| Outstanding Amount Due | $11,900.31 |
| Other Charges and Credits | $441.94 CR |
| Current Charges | $823.80 |
| **Total Amount Due by 2/28/26** | **$12,282.17** |

**Dispute Deadline for Current Bill: 2/23/26**

## IMPORTANT MESSAGES

This account is PAST DUE in the amount of $11900.31.

With paperless billing, you can receive and pay your bill online. Log into My DC Water for more information.

The revised bill summary reflects the most recent changes to your account. If you have any questions, please contact Customer Service.

## CURRENT CHARGES - MULTI-FAMILY



| | |
|---|---|
| Metering Fee 1" | $3.01 |
| Water System Replacement Fee 1" | $3.18 |
| Water Services 37.21 CCF X $6.47 | $240.75 |
| Sewer Services 37.21 CCF X $12.52 | $465.87 |
| Clean Rivers IAC 2.99 ERU X $24.23 | $72.49 |

### DC GOVERNMENT FEES

| | |
|---|---|
| DC Government PILOT Fee 37.21 CCF X $0.62 | $23.07 |
| DC Government ROW Fee 37.21 CCF X $0.20 | $7.44 |
| DC Govt Stormwater Fee 2.99 ERU X $2.67 | $7.99 |
| **Total Current Charges** | **$823.80** |

### OTHER CHARGES AND CREDITS

| | |
|---|---|
| Bill(s) corrected 12/2025 to 01/2026 | $4,806.60 CR |
| 1% Penalty (Refer to back of bill) | $107.28 CR |
| 10% Late Penalty Fee | $701.06 CR |
| Payment Return Fee | $35.00 |

*Continued on page 3*



### USAGE AT A GLANCE (CCF)

*Please return the portion below with your payment to ensure proper credit to your account.*



**Make a SPLASH to help those in need pay their water bill**

☐ R-Up    ☐ R-Up + $1    ☐ R-up + $5  ☐ R-up + $____  ☐ $____

ROUND UP (R-up)
Round your bill up to the next dollar or more
(Starts on next bill, recurring monthly)

ONE-TIME
(Include with payment)

| Account Number: | 2035438-7 |
|---|---|
| **Total Amount Due: 2/28/26** | **$12,282.17** |
| Amount Due After: 3/5/26 | $12,364.55 |
| **Amount Enclosed** | $_____ |

Please allow time for your payment to reach us.

6751 0010 DY RP 03 02042026 YNNNNY 01 003687 0014

EUCLID REALTY CAPITAL V LLC
501 CHESAPEAKE ST SE
WASHINGTON DC 20032

Remit payment to:

DC WATER
P.O. BOX 97200
WASHINGTON, DC 20090

000203543872 3 0012282173 0012364556

**Account Number:**        2035438-7

6751 0010  DY RP 03 02042026 YNNNNY 01 003687  0014

## EXPLANATION OF TERMS

| ACT | ACTUAL METER READING | CUST | CUSTOMER METER READING | ERU | EQUIVALENT RESIDENTIAL UNIT |
|---|---|---|---|---|---|
| CAP | CUSTOMER ASSISTANCE PROGRAM | EST | ESTIMATED METER READING | NSF | INSUFFICIENT FUNDS |
| CCF | CENTUM CUBIC FEET (100) | 〔💧〕 | 1 CCF = 748 GALLONS 💧 | | |



| CUSTOMER CLASSIFICATION | DESCRIPTION – Please see 21 DCMR § 4104 for full description of the customer classifications. |
|---|---|
| RESIDENTIAL | A single-family dwelling used for domestic purposes, within a single-family home, apartment building, condominium or cooperative housing association where each unit is served by a separate service line and is individually metered, or a multi-family structure or development used for domestic purposes (less than 4 units) served by a single service line that is master metered. See 21 DCMR § 4104 for excluded premises. |
| MULTI-FAMILY (MF) | A multi-family structure or development used for domestic purposes, with four or more residential dwelling units, including single-family, apartment, condominium, or cooperative housing association served by the same service line that is master metered. See 21 DCMR § 4104 for excluded premises. |
| NON-RESIDENTIAL OR COMMERCIAL | All customers not referenced within the Residential or Multi-Family class including premises where one or more units are not used for domestic purposes and all units are served by the same master metered service line. |

| SERVICE FEES & CHARGES | REASON | AMOUNT |
|---|---|---|
| LATE FEE | Bill is not paid within 30 calendar days after bill date<br>Bill is not paid 60 or more days after bill date | 10%<br>1% Interest, compounded monthly |
| SERVICE DISCONNECTION/RESTORATION | Disconnection of service<br>Restoration of service | $60<br>$55 - Residential; $110 - Non-Residential and MF |
| UNAUTHORIZED TURN-ON | Water is illegally turned on without authorization following disconnection | $260 |
| METERING FEE | Installation, operation and repair of DC Water-owned meters | Based on meter size |
| CHECK RETURN FEE | Returned check or electronic funds transfer (EFT) | $35 |
| RETURNED CREDIT CARD FEE | Returned credit card or chargeback charge | $45 |
| WATER SYSTEM REPLACEMENT FEE | Funds replacement of aging water infrastructure | Based on meter size and average water flow |
| MANUAL METER READING FEE | If a customer refuses installation of automated meter reading device or does not satisfy meter transmission requirements, a fee of $20 is charged for residential customers, and $100 to $500 is charged based on meter size for non-residential and MF customers. | |
| NON-COMPLIANCE FEE | A $475 fee is charged for failure to comply with a notice of repair order issued to the customer. | |
| NEW CUSTOMER ACCOUNT INITIATION FEE (SERVICE INITIATION FEE) | A $60 fee for new account setup. If you are a property owner in the District of Columbia and need to start water service, have your title company contact DC Water and provide a copy of your settlement statement. Tenants are unable to start service. | |
| CLEAN RIVERS IMPERVIOUS AREA CHARGE (CRIAC) | This charge is based on the impervious area of a property and was designed so that property owners pay a fair share towards the cost of the Long Term Combined Sewer Overflow Control Plan. The charge structure uses the term equivalent residential unit or ERU to measure the impervious area. Residential properties are categorized into tiered ranges. Multi-family and non-residential properties are charged based on square footage of impervious area. For more information, please visit us at dcwater.com/impervious-area-faq. | |

| DC GOVERMENT CHARGES | PURPOSE |
|---|---|
| STORMWATER | Set by DC Dept. of Energy & Environment per amount of impervious area, funds DC stormwater management program. |
| ROW (RIGHT-OF-WAY) | Payment made to DC government for DC Water's sewer and water mains that occupy the Public Right-of-Way. |
| PILOT (PAYMENT IN LIEU OF TAXES) | Payment made to DC government for services, like public safety, that are provided to DC Water. |

| BILLING & PAYMENT | ACTION |
|---|---|
| PAYING BY MAIL | Write your account number on your check or money order and make it payable to DC Water. |
| SELLING PROPERTY / FINAL BILL REQUEST | If you are selling your property in the District of Columbia and need to close your account, have your title company contact DC Water and provide a copy of your settlement statement. DC Water holds the owner of the property responsible for payment of the final bill. Listed tenants vacating the property are encouraged to contact DC Water to be removed from the account. |
| CAP (CUSTOMER ASSISTANCE PROGRAM) | DC Water assistance program for low-income residents that may qualify for discounts on water and sewer charges and CRIAC. Contact the DC Department of Energy & Environment (DOEE) at (202) 673-6750 or 311 to apply for assistance. |
| SPLASH (SERVING PEOPLE BY LENDING A SUPPORTING HAND) | SPLASH is a DC Water customer assistance program designed to provide emergency assistance to financially challenged District residential owner/tenant customers pay their water and sewer bill. For assistance, contact the Greater Washington Urban League at 202-265-8200. To support this program, please round your bill up to the next dollar or two, and donate the difference to a DC resident in need. To automatically contribute to the roundup program, please check the appropriate box on the payment stub. The monthly roundup contribution will be made automatically. Please be sure your account balance is current before contributing. |

## BILLING DISPUTES

An owner or occupant may challenge the most recent charges on the bill by either: (a) paying the current charges in the bill and notifying DC Water in writing within 20 calendar days after the bill date, the reason(s) why the bill is believed to be incorrect and that the bill is being paid under protest; or, (b) not paying the current charges in the bill and notifying DC Water in writing, within 20 calendar days after the bill date, the reason(s) why the bill is believed to be incorrect. Challenges received after the 20 day period, will be deemed untimely and will not stop the imposition of a penalty for nonpayment of charges or the possibility of termination of service for nonpayment. DC Water will investigate and suspend an owner or occupant's obligation to pay the disputed bill until they have been provided written results of the investigation and the date that the bill should be paid. If it is determined that the bill is erroneous, DC Water shall adjust the bill accordingly and refund any overcharges paid. If the owner/occupant is not satisfied with DC Water's decision, then they may request in writing an administrative hearing within fifteen (15) calendar days of the date of the decision. The owner or occupant is not relieved of the responsibility for paying all previously or subsequently rendered bill(s), uncontested service charges, penalties, interest, and administrative costs. For more information on your rights please visit us at dcwater.com/disputing-bill.

**Page 3 of 3**

**Account Number:**    **2035438-7**    6751 0010  DY RP 03 02042026 YNNNNY 01 003687  0014



| | |
|---|---|
| Payment Return | $5,138.00 |
| **Total Other Charges and Credits** | **$441.94 CR** |
| **TOTAL CURRENT BILL** | **$104.14** CR |

