Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Counsel for IBI SBL Investment LP*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-518-ELG |
| | ) | (Chapter 11) |
| EUCLID REALTY CAPITAL V LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## **TALLY OF BALLOTS**

Comes now IBI SBL Investment LP ("IBI"), by and through undersigned counsel, pursuant to Local Rule 3018-1, and reports as follows:

The chapter 11 plan of liquidation (the "Plan"), DE #38, provides for three classes of claims. *See* Plan, DE #38, at § 3.2. The first class of claims is comprised solely of IBI, being a secured claim in an amount, as of the petition date, of $1,232,632.50, plus accruing post-petition interest, fees and costs at the contract rate. Nor surprisingly, insofar as IBI is the plan proponent, this class has voted to accept the Plan.

The second and third classes are comprised of statutory lienholders. *Id.* Both are unimpaired under the Plan and accordingly deemed to have accepted the plan. *See* 11 U.S.C. § 1126(f).

Based on the foregoing, the Debtor submits that "each class of claims or interests . . . has accepted the plan." 11 U.S.C. § 1129(a)(8).

*[Signature on Following Page]*

1

Respectfully submitted,

Dated: June 9, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for IBI*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig