The order below is hereby signed.

Signed: June 10 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-518-ELG |
| | ) | (Chapter 11) |
| EUCLID REALTY CAPITAL V LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER APPROVING DISCLOSURE STATEMENT

Upon consideration of the disclosure statement (the "Disclosure Statement"), DE #39, filed by IBI SBL Investment LP (the "Plan"), DE #38, the absence of any objection to the approval hereof, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

FOUND, that the Disclosure Statement contains adequate information as that term is defined in section 1125(a)(1) of title 11 of the United States Code; and it is further

ORDERED, that the Disclosure Statement be, and hereby is, APPROVED.

1

I ask for this:

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for IBI*

2