The order below is hereby signed.

Signed: June 10 2026



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-518-ELG |
| | ) | (Chapter 11) |
| EUCLID REALTY CAPITAL V LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### ORDER APPROVING DISCLOSURE STATEMENT

Upon consideration of the disclosure statement (the "Disclosure Statement"), DE #39, filed by IBI SBL Investment LP (the "Plan"), DE #38, the absence of any objection to the approval hereof, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

FOUND, that the Disclosure Statement contains adequate information as that term is defined in section 1125(a)(1) of title 11 of the United States Code; and it is further

ORDERED, that the Disclosure Statement be, and hereby is, APPROVED.

1

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for IBI*

United States Bankruptcy Court

District of Columbia

In re:

Euclid Realty Capital V LLC

    Debtor

Case No. 25-00518-ELG

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2026 | Form ID: pdf001 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Euclid Realty Capital V LLC, 4917 Carriagepark Rd, Fairfax, VA 22032-2368 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| cr | + | DC Water and Sewer Authority, 1385 Canal Street, Washington, DC 20003-5015 |
| cr | + | IBI SBL Investment LP, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| 802733 | + | Amika Randolph, 501 Chesapeake St SE Unit 102, Washington, DC 20032-3663 |
| 802735 | + | Antonio Colon, 501 Chesapeake St SE Unit 303, Washington, DC 20032-3663 |
| 802736 | + | DC Office of Tax and Revenue, P O Box 37559, Washington, DC 20013-7559 |
| 802737 | + | DC WATER, P.O. BOX 97200, Washington, DC 20090-7200 |
| 806481 | + | DC Water & Sewer Authority, 1385 Canal Street SE, Washington, DC 20003-5015 |
| 802738 | + | Gregory Johnson, 501 Chesapeake St SE Unit 304, Washington, DC 20032-3663 |
| 802739 | + | IBI SBL Investment LP, 84 State St., Boston, MA 02109-2202 |
| 803461 | + | IBI SBL Investment LP, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 802740 | + | Joyce Matthew, 501 Chesapeake St SE Unit 201, Washington, DC 20032-3663 |
| 802741 | + | Marguette Tinker, 501 Chesapeake St SE Unit 101, Washington, DC 20032-3663 |
| 802743 | + | Michael Missouri, 501 Chesapeake St SE Unit 302, Washington, DC 20032-3663 |
| 802744 | + | Robert Patterson, 501 Chesapeake St SE Unit 203, Washington, DC 20032-3663 |
| 802745 | + | Tamela Fleetwood, 501 Chesapeake St SE Unit 202, Washington, DC 20032-3663 |
| 802746 | + | Tashee Byars, 501 Chesapeake St SE Unit 301, Washington, DC 20032-3663 |
| 802747 | + | Teddy Tucker, 501 Chesapeake St SE Unit 204, Washington, DC 20032-3663 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Jun 11 2026 22:17:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Jun 11 2026 22:09:13 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 11 2026 22:17:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Jun 11 2026 22:09:14 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Jun 11 2026 22:17:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | | |

| | | | |
|---|---|---|---|
| | | Jun 11 2026 22:17:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 802751 | + Email/Text: angela.coleman@dc.gov | Jun 11 2026 22:17:00 | DC Office of Tax and Revenue, 1101 4th Street, SW, Suite W270, Washington, DC 20024-4457 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 802748 | *+ | Amika Randolph, 501 Chesapeake St SE Unit 102, Washington, DC 20032-3663 |
| 802750 | *+ | Antonio Colon, 501 Chesapeake St SE Unit 303, Washington, DC 20032-3663 |
| 802752 | *+ | DC WATER, P.O. BOX 97200, Washington, DC 20090-7200 |
| 802753 | *+ | Gregory Johnson, 501 Chesapeake St SE Unit 304, Washington, DC 20032-3663 |
| 802754 | *+ | IBI SBL Investment LP, 84 State St., Boston, MA 02109-2202 |
| 802755 | *+ | Joyce Matthew, 501 Chesapeake St SE Unit 201, Washington, DC 20032-3663 |
| 802756 | *+ | Marguette Tinker, 501 Chesapeake St SE Unit 101, Washington, DC 20032-3663 |
| 802758 | *+ | Michael Missouri, 501 Chesapeake St SE Unit 302, Washington, DC 20032-3663 |
| 802759 | *+ | Robert Patterson, 501 Chesapeake St SE Unit 203, Washington, DC 20032-3663 |
| 802760 | *+ | Tamela Fleetwood, 501 Chesapeake St SE Unit 202, Washington, DC 20032-3663 |
| 802761 | *+ | Tashee Byars, 501 Chesapeake St SE Unit 301, Washington, DC 20032-3663 |
| 802762 | *+ | Teddy Tucker, 501 Chesapeake St SE Unit 204, Washington, DC 20032-3663 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:

**Name**        **Email Address**

Diana Pereira Dias

on behalf of Debtor In Possession Euclid Realty Capital V LLC diana@martinlawgroup.com
brittany@martinlawgroup.com;jeff@martinlawgroup.com

Emil Hirsch

on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com
wdcecf@cfdom.net;ewhittington@carltonfields.com;ACinca@carltonfields.com;lierardi@carltonfields.com

Jeffery T. Martin

on behalf of Debtor In Possession Euclid Realty Capital V LLC jeff@martinlawgroup.com
Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com;Elouis@martinlawgroup.com;Stuart@martinlawgroup.com

Katharine Toledo

on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig

District/off: 0090-1                                    User: admin                                    Page 3 of 3
Date Rcvd: Jun 11, 2026                              Form ID: pdf001                              Total Noticed: 27

on behalf of Creditor IBI SBL Investment LP mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV


TOTAL: 7