

**EUCLID REALTY CAPITAL V LLC**
4917 CARRIAGEPARK RD
FAIRFAX, VA 22032

1023

DATE 4/28/2026     68-426/514

PAY TO THE ORDER OF _Euclid Realty Capital V LLC_     $ 5,500.00

_Five Thousand & Five Hundred_     DOLLARS

**TRUIST ⊞**

FOR _____



580621027283 155713   20260430  000001470014431055
TRN_DEBIT TAP8881   5500.00
Fairfax 0806 94004 5806 0001 0055