**May 2026**

Cash balance at the beginning of ther month:    $    26,311.73

| TD Bank #0442 | Beginning Balance: | $ | | | 26,013.74 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Type | Description | | | Category | Debit | Credit | Balance | |
| 5/4/2026 | CREDIT | Voucher rent - DHS | | | Rent | $ - | $ 2,942.00 | $ 28,955.74 | |
| 5/4/2026 | CREDIT | BUILDIUM | | | Rent | $ - | $ 163.00 | $ 29,118.74 | |
| 5/6/2026 | CREDIT | BUILDIUM | | | Rent | $ - | $ 1,430.00 | $ 30,548.74 | |
| 5/6/2026 | CREDIT | BUILDIUM | | | Rent | $ - | $ 800.00 | $ 31,348.74 | |
| 5/11/2026 | CREDIT | BUILDIUM | | | Rent | $ - | $ 800.00 | $ 32,148.74 | |
| 5/26/2026 | DEBIT | CCD DEBIT, QUARTERLY FEE PAYMENT | | | Fee | $ (250.00) | $ - | $ 31,898.74 | |
| 5/29/2026 | DEBIT | CCD DEBIT, DC-OTR-WEB-MIX PAYMENTS | | | Taxes | $ (11,170.79) | $ - | $ 20,727.95 | |
| 5/29/2026 | CREDIT | DEPOSIT | | | Rent | $ - | $ 840.00 | $ 21,567.95 | |
| | | | | | | $ (11,420.79) | $ 6,975.00 | | |

| Truist Bank #1055 | Beginning Balance: | $ | | | 297.99 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Type | Description | | | Category | Debit | Credit | Balance | |
| 5/6/2026 | DEBIT | Voucher rent - Greater Washington | | | Rent | $ - | $ 2,130.00 | $ 2,427.99 | |
| 5/20/2026 | DEPOSIT | PEPCO | | | Utilities | $ (69.84) | $ - | $ 2,358.15 | |
| 5/20/2026 | DEPOSIT | PEPCO | | | Utilities | $ (94.13) | $ - | $ 2,264.02 | |
| 5/29/2026 | Transfer | Washington Gas | | | Utilities | $ (19.05) | $ - | $ 2,244.97 | |
| 5/29/2026 | CREDIT | Washington Gas | | | Utilities | $ (22.27) | $ - | $ 2,222.70 | |
| 5/29/2026 | Check | Washington Gas | | | Utilities | $ (177.72) | $ - | $ 2,044.98 | |
| | | | | | | $ (383.01) | $ 2,130.00 | | |

**Profit & Loss**

| | | Debit | Credit | |
|---|---|---|---|---|
| Rents received | | $ - | $ 9,105.00 | |
| Fees | | $ (250.00) | $ - | |
| Repairs | | $ - | $ - | |
| Insurance | | $ - | $ - | |
| Taxes | | $ (11,170.79) | $ - | |
| Utilities | | $ (383.01) | $ - | |
| **Profit (loss)** | | $ (11,803.80) | $ 9,105.00 | $ (2,698.80) |

**Receivables & Payables**

Payables

| | | |
|---|---|---|
| Pepco | $ (600.00) | |
| Trash | $ - | |
| Washington Gas | $ - | |
| Water | $ (13,282.00) | *Currently being disputed |
| Taxes | $ - | |
| **Total unpaid utility bills** | $ - | |
| | $ (13,882.00) | |

Receivables

| | |
|---|---|
| Unpaid rents | $ 1,550.00 |

| Income Statement (statement of Operations) | Current Month | |
|---|---|---|
| Gross icome/sales (net of returns and allowances) | $ | 9,105.00 |
| Cost of goods sold (inclusive of depreciation, if applicable) | $ | - |
| Gross profit (a-b) | $ | 9,105.00 |
| Selling expenses | $ | - |
| General and administrative expenses | $ | (633.01) |
| Other expenses | | |
| Depreciation and/or amortization (not included in 4b) | | |
| Interest | | |
| Taxes (local, state, and federal) | $ | (11,170.79) |
| Reorganization | | |
| Profit (loss) | **$** | **(2,698.80)** |
| | $ | (11,803.80) |