Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
mac@mbvesq.com
*Counsel for IBI SBL Investment LP*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 25-518-ELG |
| | ) | (Chapter 11) |
| EUCLID REALTY CAPITAL V LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF AUCTION**

Pursuant to Section 4.1.1 of a confirmed plan of reorganization, ECF No. 38, as modified by the correlative confirmation order, ECF No. 51, please take notice that on August 6, 2026, at 9:30 am prevailing eastern time, or as soon thereafter as the matter may be appropriately commenced, there shall occur an auction for the real property commonly known as 501 Chesapeake St., SE, Washington, DC 20032, together with the improvements thereupon (the "Real Estate").

The auction for the Real Estate shall be conducted in Courtroom 1 at 333 Constitution Avenue, NW, Washington, District of Columbia, 20002. The auction will be called from the bench by a judge of this Honorable Court.

The minimum bid, to acquire the Real Estate at the auction, shall be $400,000.00.

Any person(s) wishing to participate in the auction must—at least three (3) business days prior to the commencement of the auction—first post a deposit of $150,000.00 in cash or by certified check or money order. Said deposit is to be made to The VerStandig Law Firm, LLC, which will hold funds in trust pending resolution of the auction. Those interested in bidding should

1

send an e-mail to mac@mbvesq.com, with a carbon copy to christianna@dcbankruptcy.com, inquiring as to delivery instructions for the deposit.

Interested bidders are warned to *not* simply mail, FedEx, or otherwise deliver cash, a certified check, or a money order to The VerStandig Law Firm, LLC but, rather, to first inquire— using the foregoing e-mail addresses—for further, more detailed information as to the necessary means of delivery.

Should a successful bidder at the auction fail to timely close, in accord with the rigors established in the aforesaid plan and confirmation order, the deposit of such successful bidder will be forfeited *en toto* without recourse.

Respectfully submitted,

Dated: June 28, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for IBI*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system. I further certify that on June 29, 2026, a copy of the foregoing is being sent to all parties on the attached mailing matrix, *except* that the attached matrix will not be sent to such parties and no copy will be sent to undersigned counsel or the party represented by undersigned counsel.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2