Label Matrix for local noticing
0090-1
Case 25-00518-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Sun Jun 28 16:31:22 EDT 2026

DC Water and Sewer Authority
1385 Canal Street
Washington, DC   20003-5015

Euclid Realty Capital V LLC
4917 Carriagepark Rd
Fairfax, VA 22032-2368

IBI SBL Investment LP
c/o The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Amika Randolph
501 Chesapeake St SE Unit 102
Washington, DC 20032-3663

Antonio Colon
501 Chesapeake St SE Unit 303
Washington, DC 20032-3663

DC Office of Tax and Revenue
1101 4th Street, SW, Suite W270
Washington, DC 20024-4457

DC Office of Tax and Revenue
P O Box 37559
Washington, DC 20013-7559

DC WATER
P.O. BOX 97200
Washington, DC 20090-7200

DC Water & Sewer Authority
1385 Canal Street SE
Washington, DC 20003-5015

Gregory Johnson
501 Chesapeake St SE Unit 304
Washington, DC 20032-3663

IBI SBL Investment LP
84 State St.
Boston, MA 02109-2202

IBI SBL Investment LP
c/o The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854-3976

Joyce Matthew
501 Chesapeake St SE Unit 201
Washington, DC 20032-3663

Marquette Tinker
501 Chesapeake St SE Unit 101
Washington, DC 20032-3663

Michael Missouri
501 Chesapeake St SE Unit 302
Washington, DC 20032-3663

Robert Patterson
501 Chesapeake St SE Unit 203
Washington, DC 20032-3663

Tamela Fleetwood
501 Chesapeake St SE Unit 202
Washington, DC 20032-3663

Tashee Byars
501 Chesapeake St SE Unit 301
Washington, DC 20032-3663

Teddy Tucker
501 Chesapeake St SE Unit 204
Washington, DC 20032-3663

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Diana Pereira Dias
Martin law Group, P.C.
8065 Leesburg Pike
Suite 750
Vienna, VA 22182-2702

Jeffery T. Martin
Martin Law Group, P.C.
8065 Leesburg Pike
Ste 750
Vienna, VA 22182-2702

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23