# INVOICE

Invoice # 1797
Date: 07/10/2026
Due On: 08/09/2026



# Martin Law Group, P.C.

8065 Leesburg Pike, Suite 750
Vienna, VA 22182
Email: jeff@martinlawgroup.com

Euclid Realty Capital V, LLC

## 00318-Euclid Realty Capital V, LLC

## Chapter 11 bankruptcy

### Services

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 11/10/2025 | DD | z2 - Case Administration: Email client bankruptcy questionnaire | 0.20 | $380.00 | $76.00 |
| Service | 11/10/2025 | DD | z2 - Case Administration: Call with client regarding questionnaire | 0.20 | $380.00 | $76.00 |
| Service | 11/10/2025 | DD | z2 - Case Administration: Reply to client's email | 0.20 | $380.00 | $76.00 |
| Service | 11/11/2025 | DD | z2 - Case Administration: Prepare petition and schedules | 0.50 | $380.00 | $190.00 |
| Service | 11/11/2025 | DD | z2 - Case Administration: Prepare corporate ownership statement and review schedules | 0.70 | $380.00 | $266.00 |
| Service | 11/11/2025 | BM | Paralegal time: Add and make corrections to Schedules | 0.20 | $150.00 | $30.00 |
| Service | 11/11/2025 | BM | Paralegal time: Email client regarding any other creditors he owes money to and which bank he has a business checking account with. | 0.20 | $150.00 | $30.00 |
| Service | 11/11/2025 | JTM | z2 - Case Administration: Work on | 2.00 | $575.00 | $1,150.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | preparation of Chapter 11; meet with client | | | |
| Service | 11/11/2025 | DD | z2 - Case Administration: Meet with client to review petition and schedules and sign | 0.80 | $380.00 | $304.00 |
| Service | 11/11/2025 | DD | z2 - Case Administration: Revise Schedules | 0.80 | $380.00 | $304.00 |
| Service | 11/11/2025 | DD | z2 - Case Administration: File Chapter 11 Bankruptcy | 0.20 | $380.00 | $76.00 |
| Service | 11/11/2025 | DD | z2 - Case Administration: File Corporate ownership statement | 0.20 | $380.00 | $76.00 |
| Service | 11/11/2025 | DD | z2 - Case Administration: Call with client regarding forms and documents needed | 0.20 | $380.00 | $76.00 |
| Service | 11/11/2025 | DD | z2 - Case Administration: Call with client regarding schedules | 0.20 | $380.00 | $76.00 |
| Service | 11/11/2025 | DD | z2 - Case Administration: Call with client regarding finalizing schedules | 0.20 | $380.00 | $76.00 |
| Service | 11/11/2025 | DD | z2 - Case Administration: Email Russell Drazen, the attorney for the foreclosure, regarding the bankruptcy filing | 0.20 | $380.00 | $76.00 |
| Service | 11/12/2025 | DD | z2 - Case Administration: Call with client regarding questions about forms | 0.20 | $380.00 | $76.00 |
| Service | 11/12/2025 | DD | z2 - Case Administration: Email to client regarding documents needed, information on 341 meeting, information for initial debtor interview, and directions on next steps | 0.30 | $380.00 | $114.00 |
| Service | 11/17/2025 | DD | z2 - Case Administration: Respond to client's email regarding initial steps for chapter 11 bankruptcy | 0.20 | $380.00 | $76.00 |
| Service | 11/17/2025 | DD | z2 - Case Administration: Call with client for clarification regarding DIP account | 0.20 | $380.00 | $76.00 |
| Service | 11/17/2025 | DD | z2 - Case Administration: Call with client regarding DIP account | 0.20 | $380.00 | $76.00 |
| Service | 11/17/2025 | DD | z2 - Case Administration: Respond to client's Email to answer questions | 0.20 | $380.00 | $76.00 |
| Service | 11/18/2025 | DD | z2 - Case Administration: gather documents for USTO and send to Bibha | 0.30 | $380.00 | $114.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 11/18/2025 | DD | z2 - Case Administration: Draft Cash collateral motion | 1.30 | $380.00 | $494.00 |
| Service | 11/18/2025 | DD | z2 - Case Administration: Email Client regarding questions about forms | 0.20 | $380.00 | $76.00 |
| Service | 11/19/2025 | DD | z4 - Fee/Employment Applications: Draft application to employ Martin Law Group in Bankruptcy case and Notice and verified statement | 1.30 | $380.00 | $494.00 |
| Service | 11/19/2025 | JTM | z3 - Asset Disposition: Emails and phone calls regarding potential sale | 0.30 | $575.00 | $172.50 |
| Service | 11/19/2025 | DD | z4 - Fee/Employment Applications: Revise Application to employ MLG | 0.50 | $380.00 | $190.00 |
| Service | 11/19/2025 | DD | z2 - Case Administration: Email copy of proposed order for application to employ to Katherine Toledo at USTO | 0.20 | $380.00 | $76.00 |
| Service | 11/19/2025 | DD | z4 - Fee/Employment Applications: File Application to Employ MLG | 0.20 | $380.00 | $76.00 |
| Service | 11/20/2025 | DD | z2 - Case Administration: Email Aimee Matthews regarding order upload | 0.20 | $380.00 | $76.00 |
| Service | 11/20/2025 | DD | z2 - Case Administration: Draft Motion for cash management | 1.70 | $380.00 | $646.00 |
| Service | 11/20/2025 | BM | Paralegal time: Upload Order for Application to Employ MLG | 0.20 | $150.00 | $30.00 |
| Service | 11/21/2025 | DD | z2 - Case Administration: Draft Cash management motion | 1.50 | $380.00 | $570.00 |
| Service | 11/21/2025 | DD | z2 - Case Administration: Call with Client with follow up questions and next steps | 0.20 | $380.00 | $76.00 |
| Service | 11/25/2025 | DD | z2 - Case Administration: Call with client answering questions | 0.30 | $380.00 | $114.00 |
| Service | 11/25/2025 | DD | z2 - Case Administration: Email client regarding COI | 0.20 | $380.00 | $76.00 |
| Service | 11/25/2025 | DD | z2 - Case Administration: Review Documents provided by client | 0.50 | $380.00 | $190.00 |
| Service | 11/25/2025 | DD | z2 - Case Administration: email Grant Powley about a possible purchase of the property | 0.20 | $380.00 | $76.00 |
| Service | 11/26/2025 | DD | z2 - Case Administration: Send additional documents to USTO | 0.20 | $380.00 | $76.00 |
| Service | 11/26/2025 | DD | z2 - Case Administration: Review | 0.40 | $380.00 | $152.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | documents before sending to USTO | | | |
| Service | 12/02/2025 | DD | z2 - Case Administration: Review client documents and prepare for initial debtor interview | 1.00 | $380.00 | $380.00 |
| Service | 12/02/2025 | DD | z2 - Case Administration: Attend initial Debtor interview | 1.20 | $380.00 | $456.00 |
| Service | 12/02/2025 | DD | z2 - Case Administration: Call client regarding initial debtor interview | 0.20 | $380.00 | $76.00 |
| Service | 12/02/2025 | DD | z2 - Case Administration: Email teams invitation link to client | 0.20 | $380.00 | $76.00 |
| Service | 12/02/2025 | DD | z2 - Case Administration: Call with client after IDI to discuss next steps and debrief | 0.20 | $380.00 | $76.00 |
| Service | 12/02/2025 | DD | z2 - Case Administration: Email to client with NDA from potential buyer and form to sign from USTO | 0.20 | $380.00 | $76.00 |
| Service | 12/03/2025 | DD | z2 - Case Administration: Call with client about insurance | 0.20 | $380.00 | $76.00 |
| Service | 12/03/2025 | DD | z2 - Case Administration: call with client regarding DIP account payments | 0.20 | $380.00 | $76.00 |
| Service | 12/04/2025 | DD | z2 - Case Administration: Email interested buyer financials and signed NDA | 0.20 | $380.00 | $76.00 |
| Service | 12/04/2025 | DD | z2 - Case Administration: Email client explanation of monthly operating reports, examples, a blank form and the deadline to file the report | 0.20 | $380.00 | $76.00 |
| Service | 12/09/2025 | DD | z6 - Meetings of Creditors: Attend 341 meeting | 0.80 | $380.00 | $304.00 |
| Service | 12/11/2025 | DD | z2 - Case Administration: Call with client regarding insurance | 0.20 | $380.00 | $76.00 |
| Service | 12/11/2025 | DD | z2 - Case Administration: Call with client about insurance deductible | 0.20 | $380.00 | $76.00 |
| Service | 12/12/2025 | DD | z2 - Case Administration: Call with client regarding insurance | 0.20 | $380.00 | $76.00 |
| Service | 12/12/2025 | DD | z2 - Case Administration: Email to USTO regarding status of Debtor's insurance | 0.20 | $380.00 | $76.00 |
| Service | 12/12/2025 | DD | z2 - Case Administration: Call with client about deadline for insurance | 0.20 | $380.00 | $76.00 |

| Service | 12/12/2025 | DD | z2 - Case Administration: Call with client regarding issues with bank account | 0.20 | $380.00 | $76.00 |
|---|---|---|---|---|---|---|
| Service | 12/15/2025 | DD | z2 - Case Administration: Email to USTO regarding insurance | 0.20 | $380.00 | $76.00 |
| Service | 12/17/2025 | DD | z2 - Case Administration: Respond to email from USTO | 0.20 | $380.00 | $76.00 |
| Service | 12/17/2025 | DD | z2 - Case Administration: Respond to email from potential buyer | 0.20 | $380.00 | $76.00 |
| Service | 12/18/2025 | DD | z2 - Case Administration: Call with client regarding MOR | 0.20 | $380.00 | $76.00 |
| Service | 12/22/2025 | BM | Paralegal time: Redact information for the November MOR | 1.00 | $150.00 | $150.00 |
| Service | 12/23/2025 | DD | z2 - Case Administration: Email interested buyer requested documents | 0.20 | $380.00 | $76.00 |
| Service | 12/23/2025 | DD | z2 - Case Administration: Call with client regarding needed documents | 0.20 | $380.00 | $76.00 |
| Service | 12/24/2025 | DD | z2 - Case Administration: Call with client regarding next steps | 0.20 | $380.00 | $76.00 |
| Service | 12/24/2025 | DD | z2 - Case Administration: Prepare November MOR for filing | 0.60 | $380.00 | $228.00 |
| Service | 12/24/2025 | DD | z2 - Case Administration: Review November MOR for any missing information and verify all necessary information has been redacted | 0.60 | $380.00 | $228.00 |
| Service | 01/05/2026 | BM | Paralegal time: Email Client regarding status hearing on Wednesday Jan. 7th | 0.20 | $180.00 | $36.00 |
| Service | 01/06/2026 | BM | Paralegal time: Call client about status hearing Wednesday | 0.20 | $180.00 | $36.00 |
| Service | 01/07/2026 | DD | z2 - Case Administration: Attend status hearing | 1.50 | $380.00 | $570.00 |
| Service | 01/07/2026 | DD | z2 - Case Administration: Prepare for status hearing | 0.50 | $380.00 | $190.00 |
| Service | 01/07/2026 | DD | z2 - Case Administration: Discuss next steps with client post status hearing and answer questions | 0.30 | $380.00 | $114.00 |
| Service | 01/20/2026 | DD | z2 - Case Administration: Call client regarding Truist account and MOR | 0.20 | $380.00 | $76.00 |
| Service | 01/21/2026 | DD | z2 - Case Administration: Revise Dec | 0.60 | $380.00 | $228.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 2025 MOR | | | |
| Service | 01/21/2026 | DD | z2 - Case Administration: Revise Cash Management Motion | 1.30 | $380.00 | $494.00 |
| Service | 01/21/2026 | DD | z2 - Case Administration: Meeting with Client to go over MOR form and revise | 1.00 | $380.00 | $380.00 |
| Service | 01/21/2026 | DD | z2 - Case Administration: Prepare Dec 2025 MOR for filing | 0.60 | $380.00 | $228.00 |
| Service | 01/21/2026 | DD | z2 - Case Administration: Call with client regarding MOR | 0.20 | $380.00 | $76.00 |
| Service | 01/30/2026 | DD | z2 - Case Administration: Call With client regarding protection payment | 0.20 | $380.00 | $76.00 |
| Service | 01/30/2026 | DD | z2 - Case Administration: Call with Client and Jeff Martin about feasible payment | 0.20 | $380.00 | $76.00 |
| Service | 01/30/2026 | DD | z2 - Case Administration: Call with client regarding expenses and possible payment | 0.20 | $380.00 | $76.00 |
| Service | 02/19/2026 | DD | z2 - Case Administration: Meet with client to discuss next steps and prepare monthly operating report for Jan 2026 | 1.10 | $380.00 | $418.00 |
| Service | 02/20/2026 | DD | z2 - Case Administration: Prepare January 2026 monthly operating report for filing | 1.00 | $380.00 | $380.00 |
| Service | 02/20/2026 | DD | z2 - Case Administration: Prepare January 2026 monthly operating report for filing | 1.00 | $380.00 | $380.00 |
| Service | 02/20/2026 | BM | Paralegal time: File January 2026 MOR | 0.20 | $180.00 | $36.00 |
| Service | 02/20/2026 | DD | z2 - Case Administration: Call with client to discuss insurance and possibly of investor | 0.20 | $380.00 | $76.00 |
| Service | 02/23/2026 | JTM | z13 - Plan and Disclosure Statement: Phone calls regarding potential Chapter 11 plan | 0.60 | $595.00 | $357.00 |
| Service | 02/27/2026 | DD | z2 - Case Administration: Email to client reminding him of quarterly fee payment | 0.20 | $380.00 | $76.00 |
| Service | 02/27/2026 | DD | z2 - Case Administration: Email client reminding him about quarterly fee payment | 0.20 | $380.00 | $76.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 03/03/2026 | DD | z2 - Case Administration: Respond to Email by US Trustee regarding quarterly fee | 0.20 | $380.00 | $76.00 |
| Service | 03/03/2026 | DD | z2 - Case Administration: Email to Trustee with Debtor's COI | 0.20 | $380.00 | $76.00 |
| Service | 03/03/2026 | DD | z2 - Case Administration: Message to client regarding COI | 0.20 | $380.00 | $76.00 |
| Service | 03/03/2026 | DD | z2 - Case Administration: Email Client regarding Trustee's intention to withdraw Motion to dismiss | 0.20 | $380.00 | $76.00 |
| Service | 03/03/2026 | DD | z2 - Case Administration: Email from Trustee regarding intention to withdraw Motion to dismiss | 0.20 | $380.00 | $76.00 |
| Service | 03/03/2026 | DD | z2 - Case Administration: Forward email to client regarding quarterly fees | 0.20 | $380.00 | $76.00 |
| Service | 03/03/2026 | DD | z2 - Case Administration: Message from client regarding quarterly fees | 0.20 | $380.00 | $76.00 |
| Service | 03/03/2026 | DD | z2 - Case Administration: Respond to client's message about paying fees | 0.20 | $380.00 | $76.00 |
| Service | 03/04/2026 | DD | z2 - Case Administration: Attend hearing on USTO motion to dismiss or convert | 1.00 | $380.00 | $380.00 |
| Service | 03/04/2026 | DD | z2 - Case Administration: Email from Trustee confirming Motion to dismiss has been withdrawn | 0.20 | $380.00 | $76.00 |
| Service | 03/10/2026 | DD | z2 - Case Administration: Call to client regarding status hearing | 0.20 | $380.00 | $76.00 |
| Service | 03/10/2026 | DD | z2 - Case Administration: Email from US Trustee auditor regarding MORs | 0.20 | $380.00 | $76.00 |
| Service | 03/11/2026 | JTM | z2 - Case Administration: Appearance at status hearing | 0.50 | $595.00 | $297.50 |
| Service | 03/11/2026 | DD | z2 - Case Administration: Call to client to verify they are coming to office for status hearing | 0.20 | $380.00 | $76.00 |
| Service | 03/11/2026 | DD | z2 - Case Administration: Message from client regarding zoom information | 0.20 | $380.00 | $76.00 |
| Service | 03/11/2026 | DD | z2 - Case Administration: Message to client regarding attending meeting at our office | 0.20 | $380.00 | $76.00 |
| Service | 03/11/2026 | DD | z2 - Case Administration: Message | 0.20 | $380.00 | $76.00 |

| | | | from client about US Trustee fee | | | |
|---|---|---|---|---|---|---|
| Service | 03/13/2026 | EW | z2 - Case Administration: Review internal email correspondence with Attorney Dias and bankruptcy auditor re: errors in previously filed monthly operating reports (MOR); Analyze file materials and identify missing information necessary to correct and update prior MOR filings. | 1.10 | $395.00 | $434.50 |
| Service | 03/13/2026 | EW | z2 - Case Administration: Phone conference with A. Pericli re: request for bank statements and scheduling meeting to prepare February Monthly Operating Report | 0.20 | $395.00 | $79.00 |
| Service | 03/13/2026 | EW | z2 - Case Administration: Draft and send correspondence to A. Pericli requesting bank statements needed to correct previously filed Monthly Operating Reports (MOR) and coordinating meeting to prepare February MOR. | 0.20 | $395.00 | $79.00 |
| Service | 03/16/2026 | EW | z2 - Case Administration: Call A. Pericli re: follow up for financial documents needed for Monthly Operating Report. | 0.20 | $395.00 | $79.00 |
| Service | 03/16/2026 | EW | z2 - Case Administration: Receive and review email and attached November bank records from A. Pericli; Verify completeness of documents and noted items pending | 0.20 | $395.00 | $79.00 |
| Service | 03/16/2026 | EW | z2 - Case Administration: Receive and review email and attached December bank records from A. Pericli; Verify completeness of documents and noted items pending | 0.20 | $395.00 | $79.00 |
| Service | 03/16/2026 | EW | z2 - Case Administration: Phone conference with A. Pericli re: document submission, confirmation of receipt of November and December records, and noted missing documents to be provided. | 0.20 | $395.00 | $79.00 |
| Service | 03/17/2026 | EW | z2 - Case Administration: Review financial documents in re: to MORs for November 2025 - January 2026 | 0.70 | $395.00 | $276.50 |
| Service | 03/17/2026 | EW | z2 - Case Administration: Text correspondence with A. Pericli re: scheduling meeting to prepare February monthly operating report | 0.20 | $395.00 | $79.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 03/17/2026 | EW | z2 - Case Administration: Receive and review text message from A. Pericli re: availability for meeting to prepare February monthly operating report; Confirm appointment | 0.20 | $395.00 | $79.00 |
| Service | 03/18/2026 | EW | z2 - Case Administration: Revise monthly operating reports for November, December, and January | 1.40 | $395.00 | $553.00 |
| Service | 03/20/2026 | EW | z2 - Case Administration: Rework November, December, and January monthly operating reports. | 1.10 | $395.00 | $434.50 |
| Service | 03/20/2026 | EW | z2 - Case Administration: Conference with A. Pericli to rework monthly operating reports for November, December, and January; Draft monthly operating report for February based on financial documentation provided by A. Pericli | 1.90 | $395.00 | $750.50 |
| Service | 03/20/2026 | DD | z2 - Case Administration: Meet with client to prepare amended MORs | 1.00 | $380.00 | $380.00 |
| Service | 03/20/2026 | DD | z2 - Case Administration: Revise MORs | 1.60 | $380.00 | $608.00 |
| Service | 03/20/2026 | DD | z2 - Case Administration: File Amended Dec 2025 MOR | 0.20 | $380.00 | $76.00 |
| Service | 03/20/2026 | DD | z2 - Case Administration: File Amended Jan 2026 MOR | 0.20 | $380.00 | $76.00 |
| Service | 03/20/2026 | DD | z2 - Case Administration: File Amended Nov 2025 MOR | 0.20 | $380.00 | $76.00 |
| Service | 03/20/2026 | DD | z2 - Case Administration: File Feb 2026 MOR | 0.20 | $380.00 | $76.00 |
| Service | 03/20/2026 | DD | z2 - Case Administration: Email to client with language for COI | 0.20 | $380.00 | $76.00 |
| Service | 03/20/2026 | DD | z2 - Case Administration: Email to USTO regarding status of amending MORs | 0.20 | $380.00 | $76.00 |
| Service | 03/23/2026 | EW | z2 - Case Administration: Review UST correspondence re: MOR deficiencies; Analyze issues and draft response addressing outstanding items and reconciliations. | 0.20 | $395.00 | $79.00 |
| Service | 03/24/2026 | EW | z2 - Case Administration: Revise monthly operating reports for filing | 0.40 | $395.00 | $158.00 |
| Service | 04/21/2026 | EW | z2 - Case Administration: Prepare March monthly operating report | 2.20 | $395.00 | $869.00 |

| | | | (MOR); Meeting with A. Pericli to review financial documents and finalize MOR | | | |
|---|---|---|---|---|---|---|
| Service | 04/21/2026 | DD | z2 - Case Administration: Prepare March MOR for filing | 0.40 | $380.00 | $152.00 |
| Service | 04/21/2026 | DD | z2 - Case Administration: File March MOR | 0.20 | $380.00 | $76.00 |
| Service | 04/21/2026 | DD | z13 - Plan and Disclosure Statement: Email to client with filed competing plan | 0.20 | $380.00 | $76.00 |
| Service | 04/21/2026 | DD | z2 - Case Administration: Meet with client to prepare March MOR | 0.50 | $380.00 | $190.00 |
| Service | 04/23/2026 | DD | z13 - Plan and Disclosure Statement: Review competing plan from secured lender and disclosure statement | 1.30 | $380.00 | $494.00 |
| Service | 04/28/2026 | DD | z7 - Financing: Call with client discussing refinance and investors | 0.20 | $380.00 | $76.00 |
| Service | 04/29/2026 | JTM | z13 - Plan and Disclosure Statement: Phone calls regarding plan confirmation negotiations | 0.50 | $595.00 | $297.50 |
| Service | 04/29/2026 | DD | z13 - Plan and Disclosure Statement: Call with client regarding timeline for plan confirmation | 0.20 | $380.00 | $76.00 |
| Service | 05/13/2026 | JTM | z2 - Case Administration: Attend status hearing | 0.50 | $595.00 | $297.50 |
| Service | 05/21/2026 | EW | z2 - Case Administration: Prepare April 2026 monthly operating report (MOR); Review financial documents provided by A. Pericli in support of preparing MOR; Conference meeting with A. Pericli to finalize and sign MOR. | 1.50 | $395.00 | $592.50 |
| Service | 05/21/2026 | DD | z2 - Case Administration: File April 2026 MOR | 0.20 | $380.00 | $76.00 |
| Service | 05/22/2026 | DD | z2 - Case Administration: Submit quarterly fee payment | 0.20 | $380.00 | $76.00 |
| Service | 06/09/2026 | DD | z2 - Case Administration: Review drafted Order for plan confirmation from lender | 0.50 | $380.00 | $190.00 |
| Service | 06/10/2026 | DD | z4 - Fee/Employment Applications: Draft first interim Fee application | 1.80 | $380.00 | $684.00 |
| Service | 06/10/2026 | JTM | z13 - Plan and Disclosure Statement: Attend confirmation hearing; meet | 2.10 | $595.00 | $1,249.50 |

| | | | | | |
|---|---|---|---|---|---|
| with client; related phone calls | | | | | |
| | | | | Services Subtotal | $27,075.00 |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/11/2025 | Court filing fee: Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1738. Filed by Euclid Realty Capital V LLC | 1.00 | $1,738.00 | $1,738.00 |
| Expense | 01/23/2026 | Postage: Certificate of Service for NOTICE OF HEARING ON MOTION TO RETAIN EXISTING BANK ACCOUNT AND OPPORTUNITY TO OBJECT | 1.00 | $23.20 | $23.20 |
| | | | Expenses Subtotal | | $1,761.20 |
| | | | Subtotal | | $28,836.20 |
| | | | Total | | $28,836.20 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1797 | 08/09/2026 | $28,836.20 | $0.00 | $28,836.20 |
| | | | Outstanding Balance | $28,836.20 |
| | | | Total Amount Outstanding | $28,836.20 |

Please make all amounts payable to: Martin Law Group, P.C.

Please pay within 30 days.