**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| EUCLID REALTY CAPITAL V, LLC | ) |
| | )   Case No. 25-00518-ELG |
| | ) |
| Debtor and Debtor in Possession. | )   Chapter 11 |
| | ) |

| CURRENT APPLICATION | |
|---|---|
| FEES REQUESTED | $ 27,075.00 |
| EXPENSES REQUESTED | $  1,761.20 |

<u>CERTIFICATE FOR REQUEST FOR FEES AND EXPENSES</u>

The Applicant herein, Martin Law Group, P.C., was appointed by order of this Court, as counsel for the Debtor with the following hourly rates being applicable during the pendency of this case:

| **Attorney** | Admitted | Hourly Rate |
|---|---|---|
| Jeffery T. Martin, Jr. | 2006 | $575-595 |
| Elouis Watford | 2019 | $395 |
| Diana P. Dias | 2022 | $380 |
| | | |
| **Paralegal** | | |
| Brittany Mathie | N/A | $150-180 |

| | |
|---|---|
| Retainer | $10,000.00 |

Jeffery T. Martin, Jr., Bar No. VA71860
Diana P. Dias, Bar No. 90008128
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
(703) 834-5550
jeff@martinlawgroup.com
diana@martinlawgroup.com
Counsel for the Debtor

Compensation for legal service rendered to the Debtor is requested in the total amount of $26,425.00for the period November 10, 2025, through June 10, 2026.

| NAME | TOTAL HOURS EXPENDED | ALLOWED HOURLY RATE | AMOUNT |
|---|---|---|---|
| Jeffery T. Martin, Jr. | 2.3 | $575 | $1,322.50 |
| | 4.2 | $595 | $2,499.00 |
| Elouis Waterford | 12.1 | $395 | $4,779.50 |
| Diana P. Dias | 47.7 | $380 | $18,126.00 |
| Brittany Mathie | 1.6 | $150 | $240.00 |
| | 0.6 | $180 | $108.00 |
| | 68.5 | | $27,075.00 |

| | EXPLANATION OF SERVICES RENDERED BY CATEGORY | AMOUNT |
|---|---|---|
| 1 | Asset Analysis and Recovery.  Identification and review of potential assets including causes of action and non-litigation recoveries. | $0.00 |
| 2 | Case Administration.  Coordination and compliance activities, including preparation of statement of financial affairs; schedules; list of contracts; United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquiries | $22,180.50 |
| 3 | Asset Disposition.  Sales, leases ('365 matters), abandonment and related transaction work. | $172.50 |
| 4 | Fee/Employment Applications.  Preparations of employment and fee applications for self or others; motions to establish interim procedures. | $1,444.00 |
| 5 | Fee Employment/Objections. Review of and objections to the employment and fee applications of others. | $0.00 |
| 6 | Meetings of Creditors.  Preparing for and attending the conference of creditors, the '341 (a) meeting and other creditors' committee meetings. | $304.00 |
| 7 | Financing.  Matters under '' 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | $76.00 |

| 8 | Relief from Stay Proceedings.  Matters relating to termination or continuation of the automatic stay under '362. | $0.00 |
|---|---|---|
| 9 | Claims Administration and Objections.  Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | $0.00 |
| 10 | Litigation.  Court appearances on contested matters and adversary proceedings and work related thereto. | $0.00 |
| 11 | Business Operations.  Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and similar problems. | $0.00 |
| 12 | Employee Benefits/Pensions.  Review issues such as severance, retention, 401K coverage and continuance of pension plan. | $0.00 |
| 13 | Plan and Disclosure Statement.  Formulation, presentation and confirmation; compliance with plan confirmation order, related orders and rules; disbursement and case closing activities except those related to the allowance and objections to allowance of claims. | $2,550.00 |
| | Paralegal Work. Prepare revisions to schedules; coordinate with client regarding hearings and document requests; filing pleadings and monthly operating reports; preparing service of pleadings | $348.00 |
| | TOTAL | $27,075.00 |

Compensation is requested in the total amount of $1,761.20 for the period November 10, 2025 through June 10, 2026, for the following categories of expenses:

| Court filing fee- Chapter 11 Voluntary Petition Non-Individual | 1,738.00 |
|---|---|
| Mailing Expense – Certificate of Service | $23.20 |
| TOTAL | $1,761.20 |

I HEREBY CERTIFY, AS A MEMBER OF THIS BAR, THAT THE FOREGOING IS TRUE AND CORRECT.

3

DATED:   July 10th, 2026              /s/ Jeffery T. Martin, Jr.
                                      Jeffery T. Martin, Jr., Bar No. VA71860
                                      Martin Law Group, P.C.
                                      8065 Leesburg Pike, Suite 750
                                      Vienna, VA 22182
                                      (703) 834-5550
                                      Counsel for the Debtor