**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| EUCLID REALTY CAPITAL V, LLC | ) |
|  | )    Case No. 25-00518-ELG |
|  | ) |
| Debtor and Debtor in Possession. | )    Chapter 11 |
|  | ) |

**NOTICE OF APPLICATION FOR COMPENSATION AND HEARING**

　　　　PLEASE TAKE NOTICE that Martin Law Group, P.C., counsel for the Debtor, Euclid Realty Capital V, LLC ("Debtor"), has filed papers with this Court asking the Court to enter an order authorizing payment of <u>compensation in the amount of $27,075.00 and expenses in the amount of $1,761.21 to Martin Law Group, P.C.</u> for professional services rendered as counsel for the Debtor.  The Application is on file with the Clerk of the U.S. Bankruptcy Court and may be reviewed therein or copies may be obtained by making a written request upon the undersigned. Payment of such fees and expenses are sought from funds currently being held on retainer or from income of the Debtor.

　　　　<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

　　　　If you do not wish this Honorable Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before <u>July 31, 2026</u>, you or your attorney must:

　 X 　　File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

　　　　U.S. Bankruptcy Court for the District of Columbia
　　　　333 Constitution Avenue, N.W.
　　　　Washington D.C. 20001

You must also mail a copy to:

Jeffery T. Martin, Jr., Bar No. VA71860
Diana P. Dias, Bar No. 90008128
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
(703) 834-5550
jeff@martinlawgroup.com
diana@martinlawgroup.com
Counsel for the Debtor

Jeffery T. Martin, Jr.
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, Virginia 22182

  X    Attend the hearing on the motion scheduled to be held on <u>August 5, 2026 at 1:00 p.m.</u>, by Zoom or at the United States Bankruptcy Court, Courtroom I, 333 Constitution Avenue N.W., Washington D.C. 20001.  Parties may attend in person or virtually via Zoom. Contact the Courtroom Deputy for Zoom Information - aimee_mathewes@dcb.uscourts.gov.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   July 10, 2026          Signature, name, address and telephone number of person giving notice:

<u>/s/ Jeffery T. Martin, Jr.</u>
Jeffery T. Martin, Jr., Bar No. VA71860
Diana P. Dias, Bar No. 90008128
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, Virginia 22182
Jeff@martinlawgroup.com
Counsel for the Debtor

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY on this 10th day of July, 2026, that a copy of the foregoing was served via the Court's CM/ECF System on the United States Trustee and all parties requesting notice.

<u>/s/ Jeffery T. Martin, Jr.</u>
Jeffery T. Martin, Jr.