**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| EUCLID REALTY CAPITAL V, LLC ) | Case No. 25-00518-ELG |
| ) | |
| Debtor and Debtor in Possession. ) | Chapter 11 |

**ORDER (1) APPROVING FIRST INTERIM APPLICATION OF MARTIN LAW
GROUP, P.C. FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR FOR THE
PERIOD FROM NOVEMBER 10, 2025 THROUGH JUNE 10, 2026**

THIS CAUSE came to be heard upon the First Interim Application for Payment of Fees and Costs ("Fee Application") of Martin Law Group, P.C. ("MLG"), as Counsel to the Debtor Euclid Realty Capital V, LLC ("Debtor"); and

IT APPEARING TO THE COURT that MLG is requesting approval and payment for compensation for its legal services rendered to the Debtor in this proceeding in the amount of $27,075.00 for the period of November 10, 2025, through June 10, 2026, and reimbursement for out-of-pocket costs and expenses of $1,761.21 for total fees and costs through said date in the amount of $28,836.20; and

Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
(703) 834-5550
jeff@martinlawgroup.com
Counsel to the Debtor

IT FURTHER APPEARING that, good cause exists for approving the Fee Application, it is hereby:

ORDERED that fees in the amount of $27,075.00 and expenses in the amount of $1,761.21 are hereby approved and Counsel authorized to apply the Ten Thousand Dollars ($10,000.00) previously received from the Debtor and now held in its trust account towards the payment of such interim compensation.

WE ASK FOR THIS:

MARTIN LAW GROUP, P.C.

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
(703) 834-5550;
jeff@martinlawgroup.com
Counsel for the Debtor


SEEN:


_____
Katharine Toledo
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314 202-603-5203
katharine.i.toledo@usdoj.gov