**June 2026**

Cash balance at the beginning of ther month: $ 23,612.93

| TD Bank #0442 | Beginning Balance: | $ | 21,567.95 | | | | |
|---|---|---|---|---|---|---|---|
| Date | Transaction Type | Description | Category | Debit | Credit | Balance | |
| 6/2/2026 | CREDIT | Voucher rent - DHS | Rent | $ - | $ 2,942.00 | $ 24,509.95 | |
| 6/2/2026 | CREDIT | Voucher rent - District of Columbia | Rent | $ - | $ 1,430.00 | $ 25,939.95 | |
| 6/3/2026 | CREDIT | BUILDIUM | Rent | $ - | $ 963.00 | $ 26,902.95 | |
| 6/10/2026 | DEBIT | Check #101 | Legal Fees | $ (10,000.00) | $ - | $ 16,902.95 | |
| 6/11/2026 | DEBIT | CCD DEBIT, BILL.COM PAYABLE | Trash Utility | $ (211.58) | $ - | $ 16,691.37 | |
| 6/15/2026 | DEBIT | CCD DEBIT, BILL.COM PAYABLE | Trash Utility | $ (211.58) | $ - | $ 16,479.79 | |
| 6/29/2026 | CREDIT | BUILDIUM | Rent | $ - | $ 950.00 | **$ 17,429.79** | |
| | | | | $ (10,423.16) | $ 6,285.00 | | |

| Truist Bank #1055 | Beginning Balance: | $ | 2,044.98 | | | | |
|---|---|---|---|---|---|---|---|
| Date | Transaction Type | Description | Category | Debit | Credit | Balance | |
| 6/5/2026 | DEBIT | Voucher rent - Greater Washington | Rent | $ - | $ 2,130.00 | $ 4,174.98 | |
| 6/22/2026 | DEPOSIT | PEPCO | Utilities | $ (61.67) | $ - | $ 4,113.31 | |
| 6/22/2026 | DEPOSIT | PEPCO | Utilities | $ (130.54) | $ - | $ 3,982.77 | |
| 6/25/2026 | Transfer | Washington Gas | Utilities | $ (19.05) | $ - | $ 3,963.72 | |
| 6/25/2026 | CREDIT | Washington Gas | Utilities | $ (24.00) | $ - | $ 3,939.72 | |
| 6/25/2026 | Check | Washington Gas | Utilities | $ (166.52) | $ - | **$ 3,773.20** | |
| | | | | $ (401.78) | $ 2,130.00 | | |

**Profit & Loss**

| Rents received | | | | $ - | $ 8,415.00 | | |
|---|---|---|---|---|---|---|---|
| Fees | | | | $ (10,000.00) | $ - | | |
| Repairs | | | | $ - | $ - | | |
| Insurance | | | | $ - | $ - | | |
| Taxes | | | | $ - | $ - | | |
| Utilities | | | | $ (824.94) | $ - | | |
| **Profit (loss)** | | | | $ (10,824.94) | $ 8,415.00 | **$ (2,409.94)** | |

**Receivables & Payables**

<u>Payables</u>

| Pepco | $ 1,900.00 | |
|---|---|---|
| Trash | $ 422.00 | |
| Washington Gas | $ 300.00 | |
| Water | $ 14,000.00 | *Currently being disputed |
| Taxes | $ - | |
| **Total unpaid utility bills** | **$ 16,622.00** | |

<u>Receivables</u>

| Unpaid rents | $ 2,300.00 |
|---|---|

| Income Statement (statement of Operations) | Current Month |
|---|---|
| Gross icome/sales (net of returns and allowances) | $ 8,415.00 |
| Cost of goods sold (inclusive of depreciation, if applicable) | $ - |
| Gross profit (a-b) | $ 8,415.00 |
| Selling expenses | $ - |
| General and administrative expenses | $ (10,824.94) |
| Other expenses | |
| Depreciation and/or amortization (not included in 4b) | |
| Interest | |
| Taxes (local, state, and federal) | $ - |
| Reorganization | |
| Profit (loss) | **$ (2,409.94)** |