The order below is hereby signed.

Signed: August 4 2026



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| EUCLID REALTY CAPITAL V, LLC | ) | |
| | ) | Case No. 25-00518-ELG |
| | ) | |
| Debtor and Debtor in Possession. | ) | Chapter 11 |
| | ) | |

### ORDER (1) APPROVING FIRST INTERIM APPLICATION OF MARTIN LAW GROUP, P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR FOR THE PERIOD FROM NOVEMBER 10, 2025 THROUGH JUNE 10, 2026

THIS CAUSE came to be heard upon the First Interim Application for Payment of Fees and Costs ("Fee Application") of Martin Law Group, P.C. ("MLG"), as Counsel to the Debtor Euclid Realty Capital V, LLC ("Debtor"); and

IT APPEARING TO THE COURT that MLG is requesting approval and payment for compensation for its legal services rendered to the Debtor in this proceeding in the amount of $26,543.00 for the period of November 10, 2025, through June 10, 2026, and reimbursement for out-of-pocket costs and expenses of $1,761.21 for total fees and costs through said date in the amount of $28,304.21; and

Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
(703) 834-5550
jeff@martinlawgroup.com
Counsel to the Debtor

IT FURTHER APPEARING that, good cause exists for approving the Fee Application, it is hereby:

ORDERED that fees in the amount of $26,543.00 and expenses in the amount of $1,761.21 are hereby approved and Counsel authorized to apply the Ten Thousand Dollars ($10,000.00) previously received from the Debtor and now held in its trust account towards the payment of such interim compensation.

WE ASK FOR THIS:

MARTIN LAW GROUP, P.C.

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr., Bar No. VA71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA 22182
(703) 834-5550;
jeff@martinlawgroup.com
Counsel for the Debtor


SEEN AND AGREED TO:

/s/ Katharine Toledo
Katharine Toledo
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314 202-603-5203
katharine.i.toledo@usdoj.gov

United States Bankruptcy Court

District of Columbia

In re: | Case No. 25-00518-ELG

Euclid Realty Capital V LLC

Chapter 11

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 | User: admin | Page 1 of 2

Date Rcvd: Aug 04, 2026 | Form ID: pdf001 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

**Recip ID          Recipient Name and Address**

dbpos          +  Euclid Realty Capital V LLC, 4917 Carriagepark Rd, Fairfax, VA 22032-2368

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Diana Pereira Dias

           on behalf of Debtor In Possession Euclid Realty Capital V LLC diana@martinlawgroup.com
           brittany@martinlawgroup.com;jeff@martinlawgroup.com

Emil Hirsch

           on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com
           wdcecf@cfdom.net;ewhittington@carltonfields.com;ACinca@carltonfields.com;lierardi@carltonfields.com

Jeffery T. Martin

           on behalf of Debtor In Possession Euclid Realty Capital V LLC jeff@martinlawgroup.com
           Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com;Elouis@martinlawgroup.com;Stuart@martinlawgroup.com

Katharine Toledo

           on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov

Kristen S. Eustis

District/off: 0090-1                           User: admin                                    Page 2 of 2
Date Rcvd: Aug 04, 2026                        Form ID: pdf001                            Total Noticed: 1

                              on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
                              on behalf of Creditor IBI SBL Investment LP mac@mbvesq.com
                              lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

U. S. Trustee for Region Four
                              USTPRegion04.DC.ECF@USDOJ.GOV


TOTAL: 7